| TO: | Mail Stop 8<br>Director of the U.S. Patent & Trademark Office<br>P.O. Box 1450<br>Alexandria, VA  22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Northern Distirct of Californai on the following:

( X ) Patents   or   ( ) Trademarks

| DOCKET NO:<br>16-cv-00175-SK | DATE FILED:<br>January 11, 2016 | UNITED STATES DISCTRICT COURT<br>Phillip Burton Federal Building<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
|---|---|---|
| PLAINTIFF:<br>Whitepages, Inc. | | DEFENDANT:<br>Isaacs |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1.  8,861,698 | 10/14/14 | Post-Page Caller Name Identification System |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following patent(s) have been included.

DATE INCLUDED      INCLUDED BY:
( ) Amendment      ( ) Answer      ( ) Cross Bill      ( ) Other Pleading

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGEMENT:

*Susan Y. Soong*
Susan Y. Soong, Clerk

*Yumiko Saito*
(by) Deputy Clerk, Yumiko Saito

Copy 1 – Upon initiation of action, mail this copy to Commissioner
Copy 2 – Upon filing document adding patent(s) mail this copy to Commissioner
Copy 3 – Upon termination of action, mail this copy to the Commissioner
Copy 4 – Case file copy