UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WHITEPAGES, INC.,

          Plaintiff,

    v.

JEFFREY ISAACS, et al.,

          Defendants.

Case No.  16-cv-00175-RS

**CLERK'S NOTICE**

TO ALL PARTIES AND COUNSEL OF RECORD:

        A Case Management Conference in the instant case shall be held on **April 21, 2016 at 10:00 a.m**. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.  See Standing Order Re: Initial Case Management (available at http://www.cand.uscourts.gov/pages/424).  Parties or counsel may appear personally or file a request to appear by telephone.  If any party files such a request, the Case Management Conference shall be moved to 11:00 a.m.  All parties shall appear telephonically and must contact Court Conference at 866/582-6878 at least one week prior to the Conference.

Dated: January 25, 2016

                              Susan Y. Soong
                              Clerk, United States District Court

                              By: _____
                              Corinne Lew, Deputy Clerk to the
                              Honorable RICHARD SEEBORG
                              415-522-2123

United States District Court
Northern District of California