BRYAN A. KOHM (CSB NO. 233276)
bkohm@fenwick.com
FENWICK & WEST LLP
555 California Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Plaintiff
WHITEPAGES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WHITEPAGES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual, and IANINA PETREA, an individual,<br><br>Defendants. | Case No. 3:16-cv-00175-RS<br><br>**ERRATA: CORRECTION TO COMPLAINT, CASE CAPTION AND ECF PARTY IDENTIFIER** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  1.  On January 11, 2016, plaintiff Whitepages, Inc. filed this action against Defendants Greenflight Venture Corporation, Jeffrey Isaacs, and Ianina Petrea.

  2.  The papers filed with the District Court contained a typographical error and read "GREENFLIGHT VENTURES CORPORATION" in place of "GREENFLIGHT VENTURE CORPORATION." This typographical error appeared in the complaint, case caption and ECF party identifier.

3. Accordingly, the complaint, case caption, and ECF party identifier should be corrected. With respect to the case caption, it should be revised to read as follows:

**WHITEPAGES, INC., a Delaware corporation,**

**Plaintiff,**

v.

**GREENFLIGHT VENTURE CORPORATION, a Florida corporation, JEFFREY ISAACS, an individual, and IANINA PETREA, an individual,**

**Defendants.**

4. This errata is applicable to the following papers:

- COMPLAINT FOR DECLARATORY JUDGMENT OF NON-INFRINGEMENT; TRADE LIBEL; LIBEL; UNFAIR COMPETITION (Dkt. No. 1) filed on January 11, 2016

- NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING (Dkt. No. 12) filed on January 25, 2016

5. In addition, the party name contained in the ECF system reflects the typographical error and should be revised to reflect the corrected party caption name.

Dated: February 8, 2016                FENWICK & WEST LLP

By: */s/ Bryan A. Kohm*
Bryan A. Kohm

Attorneys for Plaintiff
WHITEPAGES, INC.

# CERTIFICATE OF SERVICE

I, Kathleen J. Meyer, am a citizen of the United States and employed in King County, Washington. I am over the age of eighteen and not a party to the within-entitled action. My business address is Fenwick & West LLP, 1191 Second Avenue, 10th Floor, Seattle, Washington 98101. I hereby certify that on February 8, 2016, I caused a copy of the foregoing **ERRATA: CORRECTION TO COMPLAINT, CASE CAPTION AND ECF PARTY IDENTIFIER** to be served on the following parties by email at the addresses indicated below:

**GREENFLIGHT VENTURE CORPORATION**
jeffreydi@gmail.com

**JEFFREY ISAACS**
jeffreydi@gmail.com

**IANINA PETREA**
ivp@greenflight.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 8, 2016         s/ *Kathleen J. Meyer*
                                Kathleen J. Meyer