# CERTIFICATION OF CURRENT STATUS

January 21, 2016

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the Washington State Bar Association, **Elizabeth Paige Bartley Hagan**, WSBA ID# **46933** was admitted to the practice of law in this state by the Supreme Court of Washington on **November 21, 2013**, and is, as of today's date, an **Active member** of the Washington State Bar Association, **Eligible** to practice law in this state.

This certificate reflects the member's status as of the date stated. Historical information about status, including periods on inactive status, administrative and disciplinary suspensions, disbarments, resignations, etc., are not reflected in this information, but are available through a Certification of Status History. Complete discipline information, including confidential and public information about grievances and disciplinary proceedings, is available with written authorization signed by the member, through a Discipline History Certificate.

*Paula C. Littlewood*
Paula C. Littlewood
Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA