BRYAN A. KOHM (CSB No. 233276)
bkohm@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  415.875.2300
Facsimile:  415.281.1350

ELIZABETH B. HAGAN (WSBA No. 46933)
ehagan@fenwick.com
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone:  206.389.4510
Facsimile:  206.389.4511

Attorneys for Plaintiff
WHITEPAGES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WHITEPAGES, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual, and IANINA PETREA, an individual,<br><br>Defendants. | Case No.: 3:16-cv-00175-RS<br><br>**NOTICE OF APPEARANCE OF RAVI R. RANGANATH**<br><br>Judge: Hon. Richard Seeborg |

Ravi R. Ranganath of the law firm of Fenwick & West LLP hereby enters an appearance in the above-captioned action on behalf of Plaintiff Whitepages, Inc. For purposes of receipt of Notice of Electronic Filing, the e-mail addresses for Ravi R. Ranganath are:

rranganath@fenwick.com and rpelayo@fenwick.com.

1  Dated:   March 2, 2016              FENWICK & WEST LLP

3                                      By: */s/ Ravi R. Ranganath*
                                           Ravi R. Ranganath

                                       Attorneys for Plaintiff Whitepages, Inc.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO