# EXHIBIT B

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2  
EPAS ID: PAT3695468

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| DR JEFFREY D ISAACS | 01/14/2016 |

### RECEIVING PARTY DATA

| Name: | GREENFLIGHT VENTURE CORPORATION |
|---|---|
| Street Address: | 10312 ORCHID RESERVE DR |
| City: | WEST PALM BEACH |
| State/Country: | FLORIDA |
| Postal Code: | 33412 |

### PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| Patent Number: | 8861698 |

### CORRESPONDENCE DATA

Fax Number:  
*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

Phone: 2122570737  
Email: jeffreydi@gmail.com  
Correspondent Name: JEFFREY ISAACS  
Address Line 1: 8 CHASE CIRCLE  
Address Line 4: FORT WASHINGTON, PENNSYLVANIA 19034

| NAME OF SUBMITTER: | DR JEFFREY D ISAACS |
|---|---|
| SIGNATURE: | /Jeffrey D Isaacs/ |
| DATE SIGNED: | 01/14/2016 |
| | This document serves as an Oath/Declaration (37 CFR 1.63). |

Total Attachments: 2  
source=assign#page1.tif  
source=assign#page2.tif

## ASSIGNMENT FOR
## PATENT

FOR VALUE RECEIVED, I, JEFFREY D. ISSACS

hereby sell, assign and transfer unto
GREENFLIGHT VENTURE CORPORATION
10312 ORCHID RESERVE DRIVE
WEST PALM BEACH, FLORIDA 33412

as assignee, and its successors, assigns and legal representatives, the entire right, title and interest, for all countries in and to certain inventions relating to the <u>Post-Page Caller Name Identification System</u> described in an application for Letters Patent of the United States, executed by me on the 13day of January, 2016, and all the rights and privileges under any and all Letters Patent that may be granted therefore.

I request that any and all patents for said inventions be issued to said assignee, its successors, assigns and legal representatives, or to such nominees as it may designate.

I agree that, when requested, we will, without charge to said assignee but at its expense, sign all papers, take all rightful oaths, and do all acts which may be necessary, desirable or convenient for securing and maintaining patents for said inventions in any and all countries and for vesting title thereto in said assignee, its successors, assigns and legal representatives or nominees.

I authorize and empower the said assignee, its successors, assigns and legal representatives or nominees, to invoke and claim for any application for patent or other form of protection for said inventions filed by it or them, the benefit of the right of priority provided by the International Convention for the Protection of Industrial Property, as amended, or by any convention which may henceforth be substituted for it, and to invoke and claim such right of priority without further written or oral authorization from us.

- 2 -

      I hereby consent that a copy of this assignment shall be deemed a full legal and formal equivalent of any assignment, consent to file or like document which may be required in any country for any purpose and more particularly in proof of the right of the said assignee or nominee to claim the aforesaid benefit of the right of priority provided by the International Convention for the Protection of Industrial Property, as amended, or by any convention which may henceforth be substituted for it.

      I covenant with said assignee, its successors, assigns and legal representatives, that the rights and property herein conveyed are free and clear of any encumbrance, and that we have full right to convey the same as herein expressed.

      Signed at __Singapore__, this __14__ day of __January__, 2016_.

                                          _[signature]_