Aldo A. Badini (SBN: 257086)
abadini@winston.com
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, California 94025-4004
Telephone:     (650) 858-6500
Facsimile:      (650) 858-6550

Attorney for Defendants
GREENFLIGHT VENTURE
CORPORATION AND JEFFREY ISAACS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WHITEPAGES, INC., a Delaware corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GREENFLIGHT VENTURE CORPORATION, ) <br> a Florida company, JEFFREY ISAACS, an ) <br> individual, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | **Case No. 3:16-cv-00175-RS** <br><br> **NOTICE OF APPEARANCE OF ALDO A. BADINI** |

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that Aldo A. Badini of Winston & Strawn LLP, 275 Middlefield Road, Suite 205, Menlo Park, CA 94025, hereby enters an appearance in the above-captioned matter as counsel for Defendants GREENFLIGHT VENTURE CORPORATION and JEFFREY ISAACS.

Dated:  March 28, 2016                    WINSTON & STRAWN LLP

                                          By:  */s/ Aldo A. Badini*
                                               Aldo A. Badini
                                               Attorney for Defendants
                                               GREENFLIGHT VENTURE CORPORATION
                                               and JEFFREY ISAACS