1  Alexandra McTague (SBN: 290664)
   amctague@winston.com
2  WINSTON & STRAWN LLP
   275 Middlefield Road, Suite 205
3  Menlo Park, California 94025-4004
   Telephone:     (650) 858-6500
4  Facsimile:     (650) 858-6550

5  Attorney for Defendants
   GREENFLIGHT VENTURE
6  CORPORATION AND JEFFREY ISAACS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WHITEPAGES, INC., a Delaware corporation, | **Case No. 3:16-cv-00175-RS** |
| Plaintiff, | **NOTICE OF APPEARANCE OF ALEXANDRA MCTAGUE** |
| v. | |
| GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that Alexandra McTague of Winston & Strawn LLP, 275 Middlefield Road, Suite 205, Menlo Park, CA 94025, hereby enters an appearance in the above-captioned matter as counsel for Defendants GREENFLIGHT VENTURE CORPORATION and JEFFREY ISAACS.

Dated:  March 28, 2016            WINSTON & STRAWN LLP

By:  */s/ Alexandra McTague*
Alexandra McTague
Attorney for Defendants
GREENFLIGHT VENTURE CORPORATION
and JEFFREY ISAACS