James C. Lin (SBN: 271673)
jalin@winston.com
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, California 94025-4004
Telephone:    (650) 858-6500
Facsimile:    (650) 858-6550

Attorney for Defendants
GREENFLIGHT VENTURE
CORPORATION AND JEFFREY ISAACS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WHITEPAGES, INC., a Delaware corporation, | **Case No. 3:16-cv-00175-RS** |
| Plaintiff, | **NOTICE OF APPEARANCE OF JAMES C. LIN** |
| v. | |
| GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

     PLEASE TAKE NOTICE that James C. Lin of Winston & Strawn LLP, 275 Middlefield Road, Suite 205, Menlo Park, CA 94025, hereby enters an appearance in the above-captioned matter as counsel for Defendants GREENFLIGHT VENTURE CORPORATION and JEFFREY ISAACS.

Dated:  March 28, 2016                    WINSTON & STRAWN LLP

                                               By:   */s/ James C. Lin*
                                                     James C. Lin
                                                     Attorney for Defendants
                                                     GREENFLIGHT VENTURE CORPORATION
                                                     and JEFFREY ISAACS