1  Aldo A. Badini (SBN: 257086)
   abadini@winston.com
2  Alexandra McTague (SBN: 290664)
   amctague@winston.com
3  James C. Lin (SBN: 271673)
   jalin@winston.com
4  WINSTON & STRAWN LLP
   275 Middlefield Road, Suite 205
5  Menlo Park, California 94025-4004
   Telephone:   (650) 858-6500
6  Facsimile:   (650) 858-6550

7  Attorneys for Defendants
   GREENFLIGHT VENTURE
8  CORPORATION AND JEFFREY ISAACS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| WHITEPAGES, INC., a Delaware corporation, | **Case No. 3:16-cv-00175-RS** |
| Plaintiff, | |
| v. | **GREENFLIGHT VENTURE CORPORATION'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |
| GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual, | |
| Defendants. | **DEMAND FOR JURY TRIAL** |
| GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| WHITEPAGES, INC., a Delaware corporation, | |
| Counterclaim-Defendant. | |

1 | Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Greenflight Venture
2 | Corporation, by and through its attorneys, hereby states that it is a privately held company. There is
3 | no parent corporation or publicly held corporation that holds 10% or more of Greenflight Venture
4 | Corporation's stock.
5 |
6 | Greenflight Venture Corporation reserves the right to supplement this statement, if necessary.
7 |
8 | Dated: March 28, 2016                    WINSTON & STRAWN LLP
9 |
                                             By:   */s/ Alexandra McTague*
10 |                                                Aldo A. Badini
                                                   Alexandra McTague
11 |                                                James C. Lin
                                                   Attorneys for Declaratory Judgment Defendants
12 |                                                and Counterclaim-Plaintiffs
                                                   GREENFLIGHT VENTURE CORPORATION
13 |                                                AND JEFFREY ISAACS

1

GREENFLIGHT VENTURE CORPORATION'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P.
7.1 - CASE NO. 3:16-cv-00175-RS