Aldo A. Badini (SBN: 257086)
abadini@winston.com
Alexandra McTague (SBN: 290664)
amctague@winston.com
James C. Lin (SBN: 271673)
jalin@winston.com
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, California 94025-4004
Telephone:   (650) 858-6500
Facsimile:    (650) 858-6550

Attorneys for Defendants
GREENFLIGHT VENTURE
CORPORATION AND JEFFREY ISAACS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WHITEPAGES, INC., a Delaware corporation, | **Case No. 3:16-cv-00175-RS** |
| Plaintiff, | |
| v. | **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE & [PROPOSED] ORDER** |
| GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual, | Dept: Judge Hon. Richard Seeborg |
| Defendants. | |
| GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| WHITEPAGES, INC., a Delaware corporation, | |
| Counterclaim-Defendant. | |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Whitepages, Inc. ("Whitepages") and Defendants Greenflight Venture Corporation and Jeffrey Isaacs (collectively, "Greenflight"), through their respective attorneys, hereby stipulate as follows:

**WHEREAS**, on January 11, 2016, the Court issued an Initial Case Management Scheduling Order that, *inter alia*, set the Case Management Conference in this action for April 13, 2016;

**WHEREAS**, on January 22, 2016, the Clerk noticed the impending reassignment of this action to a U.S. District Court Judge that, *inter alia*, vacated all presently scheduled hearing dates;

**WHEREAS**, on January 25, 2016, the Court issued an Order Reassigning Case that reassigned this action to Judge Hon. Richard Seeborg;

**WHEREAS**, on January 25, 2016, the Clerk noticed the scheduling of the Case Management Conference in this action that set the initial Case Management Conference in this action for April 21, 2016, with an initial Case Management Statement due by April 14, 2016;

**WHEREAS**, on March 30, 2016, the parties to this action met and conferred pursuant to Fed. R. Civ. P. 16 and this Court's Local Rules;

**WHEREAS**, the parties agree to continue the Case Management Conference to May 12, 2016 in light of the fact that Lead Counsel for Defendants and Counterclaim-Plaintiffs Greenflight Venture Corporation and Jeffrey Isaacs is unavailable to attend the Case Management Conference in person on April 21, 2016 because he is required to attend a mediation in Florida the day before, and travel is such that he cannot attend both.  The parties discussed the possibility of a teleconference Case Management Conference, but both parties would prefer to appear in person;

**WHEREAS**, the parties further agree to continue the Case Management Conference to May 12, 2016 in light of the fact that, a related case, *Greenflight Venture Corporation v. True Software*, involving the same patent, was just transferred to the Northern District of California from the Southern District of Florida on April 7, 2016, and is Case No. 3:16-cv-1837.  It is currently before Magistrate Judge Kim and has a Case Management Conference set for July, but the parties anticipate some coordination between the cases given the similarities of the cases and that True Software would prefer to participate in the process.  A three-week continuance would provide True Software's counsel opportunity to weigh in on the case schedule and other matters.  True Software's counsel has

1

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE & [PROPOSED] ORDER - CASE NO. 3:16-CV-00175-RS

been notified of the proposed Case Management Conference date of May 12, 2016.  True Software's counsel has not expressed his or her availability on that date but prefers to keep True Software's July 20, 2016 Case Management Conference date or set it for another date after May 24, 2016;

**WHEREAS**, the requested continuance will have no effect on the schedule for this case;

**IT IS HEREBY STIPULATED AND AGREED** by the parties that the Case Management Conference be continued until May 12, 2016, or such other date thereafter that is convenient for the Court, with an initial Case Management Statement due by May 5, 2016.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  April 14, 2016

FENWICK & WEST LLP

By:  /s/ Bryan A. Kohm

    BRYAN A. KOHM (CSB NO. 233276)
    rranganath@fenwick.com
    555 California Street, 12th Floor
    San Francisco, CA  94104
    Telephone:     415.875.2300
    Facsimile:      415.281.1350

COUNSEL FOR WHITEPAGES, INC.


WINSTON & STRAWN LLP

By:      /s/ Alexandra McTague
    Aldo A. Badini
    Alexandra McTague
    James C. Lin
    Attorneys for Declaratory Judgment Defendants
    and Counterclaim-Plaintiffs

GREENFLIGHT VENTURE CORPORATION
AND JEFFREY ISAACS

**ATTESTATION**

I, Alexandra McTague, am the ECF user whose ID and password are being used to file this JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Whitepages' counsel, Bryan Kohm, has concurred in this filing.

By: ___*/s/ Alexandra McTague*___
Alexandra McTague

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____
JUDGE HON. RICHARD SEEBORG