Phillip J. Lee (SBN 263063)
plee@McKoolSmithHennigan.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone:   (213) 694-1200
Facsimile:   (213) 694-1234

Ashley N. Moore (SBN 24074748)
Admitted *Pro Hac Vice*
amoore@mckoolsmith.com
Warren Lipschitz (SBN 24078867)
Admitted *Pro Hac Vice*
wlipschitz@mckoolsmith.com
Jonathan Powers (SBN 24098277)
Admitted *Pro Hac Vice*
jpowers@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas  75201
Telephone:   (214) 978-4000
Facsimile:   (214) 978-4044

Attorneys for Defendant
True Software Scandinavia, A.B.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WHITEPAGES, INC., <br><br> Plaintiff-Counterdefendant, <br><br> v. <br><br> GREENFLIGHT VENTURE CORPORATION, et al., <br><br> Defendants-Counterclaimants. | No. 3:16-cv-00175-RS <br><br> **PROPOSED ORDER DEEMING CASES RELATED** <br><br> [N.D. Cal. Civ. L.R. 3-12, 7-11] <br><br> JUDGE: Hon. Richard Seeborg |
| GREENFLIGHT VENTURE CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> TRUE SOFTWARE SCANDINAVIA, A.B., <br><br> Defendant. | No. 16-cv-01837-HSG |

Case No. 3:16-cv-00175-RS                                                    PROPOSED ORDER DEEMING CASES RELATED

Pursuant to Civil Local Rule 3-12 Defendant True Software Scandinavia, A.B. has filed a Response to Referral for Purpose of Determining Relationship urging that the subsequently filed case of *Greenflight Venture Corporation v. True Software Scandinavia, A.B.*, No. 16-cv-01837-HSG, transferred on April 8, 2016 (the "*True Software* case") be deemed related to *Whitepages, Inc. v. Greenflight Venture Corporation, et al.*, No. 3:16-cv-00175-RS (the "*Whitepages* case").

The Court finds that the *True Software* case and the *Whitepages* case **ARE RELATED** as defined by Rule 3-12(b).

DATED: April 25, 2016

                                                    Hon. Richard Seeborg
                                                    United States District Judge