1  BRYAN A. KOHM (CSB No. 233276)
   bkohm@fenwick.com
2  RAVI R. RANGANATH (CSB No. 272981)
   rranganath@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA  94104
   Telephone:    415.875.2300
5  Facsimile:    415.281.1350

6  ELIZABETH HAGAN (WSBA No. 46933)
   Admitted *Pro Hac Vice*
7  ehagan@fenwick.com
   FENWICK & WEST LLP
8  1191 Second Avenue, 10th Floor
   Seattle, WA  98101
9  Telephone:    206.389.4510
   Facsimile:    206.389.4511

10
11 Attorneys for Plaintiff and Counterclaim-Defendant WHITEPAGES, INC.

11 [Full list of counsel on signature page]

12

13              **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15              **SAN FRANCISCO DIVISION**

16 WHITEPAGES, INC., a Delaware corporation,    )   Case No. 3:16-cv-00175-RS
                                                )
17 Plaintiff,                                   )   **JOINT STIPULATION AND**
                                                )   **[PROPOSED] ORDER CONTINUING**
18 v.                                           )   **INITIAL JOINT CASE**
                                                )   **MANAGEMENT CONFERENCE**
19 GREENFLIGHT VENTURE CORPORATION,             )
   a Florida company, JEFFREY ISAACS, an        )   Trial Date:  None set
20 individual,                                   )
                                                )
21 Defendants.                                  )
                                                )
22 GREENFLIGHT VENTURE CORPORATION,             )
   a Florida company, JEFFREY ISAACS, an        )
23 individual,                                   )
                                                )
24 Counterclaim-Plaintiffs,                     )
                                                )
25 v.                                           )
                                                )
26 WHITEPAGES, INC., a Delaware corporation,    )
                                                )
27 Counterclaim-Defendant.                      )
                                                )
28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | |
|---|---|
| GREENFLIGHT VENTURE CORPORATION, | Case No. 3:16-cv-01837-RS |
| Plaintiff, | |
| v. | |
| TRUE SOFTWARE SCANDINAVIA A.B., | |
| Defendant. | |

Pursuant to Local Rule 6-2, Whitepages, Inc. ("Whitepages"), Greenflight Venture Corporation and Jeffrey Isaacs ("Greenflight"), and True Software Scandinavia A.B. ("True Software") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, by Order dated January 11, 2016, the Court set an Initial Case Management Conference in *Whitepages, Inc. v. Greenflight Venture Corporation, et al.*, Case No. 3:16-cv-00175-RS (the "*Whitepages* Action") for April 13, 2016 (Dkt. No. 3);

WHEREAS, pursuant to a Clerk's Notice dated January 25, 2016, the Court reset the Initial Case Management Conference in the *Whitepages* Action to April 21, 2016 (Dkt. No. 11);

WHEREAS, pursuant to a Clerk's Notice dated April 15, 2016, the Court reset the Initial Case Management Conference in the *Whitepages* Action to May 26, 2016 at 10:00 AM (Dkt. No. 25);

WHEREAS, by Order dated May 2, 2016, the Court found that the matter *Greenflight Venture Corporation v. Whitepages, Inc., et al.*, No. 16-cv-01837-RS (the "*True Software* Action") was related to the *Whitepages* Action (Dkt. No. 28), and in connection with this Order, scheduled the Initial Case Management Conference for the *True Software* Action for May 26, 2016 at 10:00 AM, the same date and time of the Initial Case Management Conference in the *Whitepages* Action (Case No. 16-cv-01837, Dkt. No. 44);

WHEREAS, in order to accommodate the scheduling of the Case Management Conference in both actions for the same day, the Parties have conferred and agree that the Initial Case Management Conference in the *Whitepages* and *True Software* Actions should be reset to

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    the following week, on June 2, 2016;

2            WHEREAS, the Parties do not expect that this proposed modification will impact the

3    schedule ultimately set by the Court or alter the date of any event or deadline already fixed by

4    Court Order;

5            THE PARTIES HEREBY STIPULATE, subject to the Court's availability, that the Initial

6    Case Management Conference currently set for May 26, 2016 at 10:00 AM shall be reset for June

7    2, 2016 at 10:00 AM, and the Parties shall file their Joint Case Management Statement and Rule

8    26 Report in both cases by May 26, 2016.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION AND [PROPOSED]
ORDER CONTINUING INITIAL JOINT
CASE MANAGEMENT CONFERENCE                3

Case Nos.: 3:16-cv-00175-RS;
3:16-cv-01837-RS

Dated:  May 11, 2016                    FENWICK & WEST LLP


                                        By:  */s/ Bryan A. Kohm*
                                             Bryan A. Kohm
                                             Attorneys for Whitepages, Inc.


                                        WINSTON & STRAWN LLP


                                        By:  */s/ Alexandra B. McTague*
                                             Alexandra B. McTague
                                             Attorneys for Greenflight Venture
                                             Corporation and Jeffrey Isaacs

                                        McKOOL SMITH, P.C.


                                        By:  */s/ Ashley N. Moore*
                                             Ashley N. Moore
                                             Attorneys for True Software Scandinavia
                                             A.B.


PURSUANT TO STIPULATION, IT IS SO
ORDERED.


_____
The Honorable Richard Seeborg
United States District Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

## <u>ATTESTATION PURSUANT TO GENERAL ORDER 45</u>

2

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of

3

perjury that the concurrence in the filing of this document has been obtained from its signatories.

4

5   Dated: May 11, 2016                    FENWICK & WEST LLP

6

7                                          By:  */s/ Bryan A. Kohm*

8                                               Bryan A. Kohm
                                                Attorneys for Whitepages, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO