BRYAN A. KOHM (CSB No. 233276)
bkohm@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

ELIZABETH HAGAN (WSBA No. 46933)
Admitted *Pro Hac Vice*
ehagan@fenwick.com
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone:     206.389.4510
Facsimile:     206.389.4511

Attorneys for Plaintiff-Counterdefendant
WHITEPAGES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| WHITEPAGES, INC., a Delaware corporation,<br><br>    Plaintiff-Counterdefendant,<br><br>    v.<br><br>GREENFLIGHT VENTURE CORPORATION, a Florida company, and JEFFREY ISAACS, an individual,<br><br>    Defendants-Counterclaimants. | Case No.: 3:16-cv-00175-RS<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR JUDGMENT ON THE PLEADINGS OF INVALIDITY UNDER 35 U.S.C. § 101**<br><br>Date:   July 7, 2016<br>Time:  1:30 PM<br>Dept:  Courtroom 3, 17th Floor<br>Judge: Honorable Richard Seeborg |

Plaintiff Whitepages, Inc.'s ("Whitepages") motion for judgment on the pleadings of invalidity under 35 U.S.C. § 101 [Dkt. No. 31] was heard by this Court on July 7, 2016. All parties were represented by their respective counsel.

Based on Whitepages' motion, the accompanying memorandum of points and authorities, the pleadings, and the remaining papers filed with the Court in this matter, and upon hearing of

this matter, the Court finds that the claims of the patent asserted by Defendants Greenflight Venture Corporation and Jeffrey Isaacs (collectively, "Greenflight"), U.S. Patent No. 8, 861,698 (the "'698 patent"), are directed to patent-ineligible subject matter under 35 U.S.C. § 101. Accordingly, the Court hereby grants Whitepages' motion and enters judgment of invalidity under 35 U.S.C. § 101. Greenflight's counterclaim for infringement of the '698 patent is dismissed.

      IT IS SO ORDERED.

Dated: _____, 2016

                                         Richard Seeborg
                                         United States District Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING MOTION
FOR JUDGMENT ON THE PLEADINGS OF
INVALIDITY UNDER 35 U.S.C. § 101      2      Case No.: 3:16-cv-00175-RS