1  BRYAN A. KOHM (CSB No. 233276)
   bkohm@fenwick.com
2  RAVI R. RANGANATH (CSB No. 272981)
   rranganath@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA  94104
   Telephone:    415.875.2300
5  Facsimile:    415.281.1350

6  ELIZABETH HAGAN (WSBA No. 46933)
   Admitted *Pro Hac Vice*
7  ehagan@fenwick.com
   FENWICK & WEST LLP
8  1191 Second Avenue, 10th Floor
   Seattle, WA  98101
9  Telephone:    206.389.4510
   Facsimile:    206.389.4511

Attorneys for Plaintiff-Counterdefendant WHITEPAGES, INC.

[Full list of counsel on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| WHITEPAGES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual,<br><br>Defendants. | **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL JOINT CASE MANAGEMENT CONFERENCE**<br><br>Case No. 3:16-cv-00175-RS |
| GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>WHITEPAGES, INC., a Delaware corporation,<br><br>Counterclaim-Defendant. | |

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL JOINT CASE MANAGEMENT CONFERENCE

Case No.: 3:16-cv-00175-RS

|   |   |
|---|---|
| GREENFLIGHT VENTURE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TRUE SOFTWARE SCANDINAVIA A.B.,<br><br>Defendant. | Case No. 3:16-cv-01837-RS |

Pursuant to Local Rule 6-2, Whitepages, Inc. ("Whitepages"), Greenflight Venture Corporation and Jeffrey Isaacs ("Greenflight"), and True Software Scandinavia A.B. ("True Software") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, by Order dated January 11, 2016, the Court set an Initial Case Management Conference in *Whitepages, Inc. v. Greenflight Venture Corporation, et al.*, Case No. 3:16-cv-00175-RS (the "*Whitepages* Action") for April 13, 2016 (Dkt. No. 3);

WHEREAS, pursuant to a Clerk's Notice dated January 25, 2016, the Court reset the Initial Case Management Conference in the *Whitepages* Action to April 21, 2016 (Dkt. No. 11);

WHEREAS, pursuant to a Clerk's Notice dated April 15, 2016, the Court reset the Initial Case Management Conference in the *Whitepages* Action to May 26, 2016 at 10:00 AM (Dkt. No. 25);

WHEREAS, by Order dated May 2, 2016, the Court found that the matter *Greenflight Venture Corporation v. Whitepages, Inc., et al.*, No. 16-cv-01837-RS (the "*True Software* Action") was related to the *Whitepages* Action (Dkt. No. 28), and in connection with this Order, scheduled the Initial Case Management Conference for the *True Software* Action for May 26, 2016 at 10:00 AM, the same date and time of the Initial Case Management Conference in the *Whitepages* Action (Case No. 16-cv-01837, Dkt. No. 44);

WHEREAS, in order to accommodate the scheduling of the Initial Case Management Conference in both actions on the same day, the Parties conferred and on May 11, 2016 filed a joint stipulation continuing the Initial Case Management Conference in the *Whitepages* and *True*

JOINT STIPULATION AND [PROPOSED]
ORDER CONTINUING INITIAL JOINT
CASE MANAGEMENT CONFERENCE         2                     Case No.: 3:16-cv-00175-RS

1  *Software* Actions to June 2, 2016 (Case No. 3:16-cv-00175-RS, Dkt. No. 29, Case No. 16-cv-
2  01837, Dkt. No. 45);

3  WHEREAS, pursuant to a Clerk's notice dated May 11, 2016, the Court continued the
4  Initial Case Management Conference to June 9, 2016 (Case No. 3:16-cv-00175-RS, Dkt. No. 30,
5  Case No. 16-cv-01837, Dkt. No. 46);

6  WHEREAS, the Parties have conferred and agreed, to accommodate their various
7  scheduling constraints and allow their respective counsel to appear in person, that the Initial Joint
8  Case Management Conference in the *Whitepages* and *True Software* Actions should be continued
9  to the next available Court date, June 23, 2016 at 10:00 AM.

10  WHEREAS, the Parties do not expect that this proposed modification will impact the
11  schedule ultimately set by the Court or alter the date of any event or deadline already fixed by
12  Court Order;

13  THE PARTIES HEREBY STIPULATE, subject to the Court's availability, that the Initial
14  Case Management Conference currently set for June 9, 2016 at 10:00 AM shall be reset for June
15  23, 2016 at 10:00 AM, and the Parties shall file their Joint Case Management Statement and Rule
16  26 Report in both cases by June 16, 2016.

| | |
|---|---|
| Dated: May 24, 2016 | FENWICK & WEST LLP |
| | By: */s/ Bryan A. Kohm*<br>Bryan A. Kohm<br>Attorneys for Whitepages, Inc. |
| | WINSTON & STRAWN LLP |
| | By: */s/ Alexandra B. McTague*<br>Alexandra B. McTague<br>Attorneys for Greenflight Venture Corporation and Jeffrey Isaacs |
| | McKOOL SMITH, P.C. |
| | By: */s/ Ashley N. Moore*<br>Ashley N. Moore<br>Attorneys for True Software Scandinavia A.B. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
The Honorable Richard Seeborg
United States District Judge

JOINT STIPULATION AND [PROPOSED]
ORDER CONTINUING INITIAL JOINT
CASE MANAGEMENT CONFERENCE                4                       Case No.: 3:16-cv-00175-RS

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: May 24, 2016    FENWICK & WEST LLP

By: */s/ Bryan A. Kohm*
    Bryan A. Kohm
    Attorneys for Whitepages, Inc.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION AND [PROPOSED]
ORDER CONTINUING INITIAL JOINT
CASE MANAGEMENT CONFERENCE     5     Case No.: 3:16-cv-00175-RS