UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

                Plaintiff(s),         Case No.

                                       ADR CERTIFICATION BY PARTIES
    v.                                  AND COUNSEL


                Defendant(s).
_____/

       Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

       **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov   *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under Civil L.R. 5-1(b));*

       **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

       **(3)** Considered whether this case might benefit from any of the available dispute resolution options.


Dated:_____                                                       _____
                                                                              [Party]


Dated: ___–_____                                                   _____
                                                                              [Counsel]


> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 6/14