1 | Aldo A. Badini (SBN: 257086)
abadini@winston.com
2 | Alexandra McTague (SBN: 290664)
amctague@winston.com
3 | James C. Lin (SBN: 271673)
jalin@winston.com
4 | WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
5 | Menlo Park, California 94025-4004
Telephone:   (650) 858-6500
6 | Facsimile:   (650) 858-6550

7 | CONSTANCE F. RAMOS (BAR NO. 203637)
CFRamos@winston.com
8 | WINSTON & STRAWN LLP
101 California Street
9 | San Francisco, CA 94111
Telephone:   (415) 591-1000
10 | Facsimile:   (415) 591-1400

11 | Attorneys for Defendants
GREENFLIGHT VENTURE
12 | CORPORATION AND JEFFREY ISAACS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WHITEPAGES, INC., a Delaware corporation, | **Case No. 3:16-cv-00175-RS** |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF CONSTANCE F. RAMOS** |
| GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual, | |
| Defendants. | |
| GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| WHITEPAGES, INC., a Delaware corporation, | |
| Counterclaim-Defendant. | |

1

| | |
|---|---|
| GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| TRUE SOFTWARE SCANDINAVIA AB, | ) ) |
| Defendant. | ) ) ) |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Constance F. Ramos of Winston & Strawn LLP, 101 California Street, San Francisco, CA 94111, duly admitted to this Court, hereby enters an appearance in the above-captioned matter as counsel for Plaintiff GREENFLIGHT VENTURE CORPORATION.

Dated: June 17, 2016                              WINSTON & STRAWN LLP

                                                  By: */s/ Constance F. Ramos*
                                                      Constance F. Ramos
                                                      Attorneys for Defendants
                                                      GREENFLIGHT VENTURE
                                                      CORPORATION AND JEFFREY ISAACS

SF:410480.1

# CERTIFICATE OF SERVICE

**United States District Court for the Northern District of California**

**Case No. 3:16-cv-00175-RS**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 101 California Street, San Francisco, CA 94111-5840. On June 17, 2016, I served the following document:

**NOTICE OF APPEARANCE OF CONSTANCE F. RAMOS**

 After filing the document on the Court's CM/ECF system and by electronically transmitting a copy(ies) of the document(s) listed above via the Court's CM/ECF system to the addressee(s) as set forth below, in accordance with the parties' agreement to be served electronically pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), or Local Rule of Court, or court order.  No error messages were received after said transmission(s).

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of June, 2016 at San Francisco, California.

Signed:   /s/*Maureen Courtney*
          MAUREEN COURTNEY

**SERVICE LIST**

| | |
|---|---|
| Bryan Kohm<br>Ravi R. Ranganath<br>Fenwick & West LLP<br>555 California St.<br>San Francisco, CA 94104<br><br>Elizabeth Hagan<br>Fenwick & West LLP<br>1191 Second Avenue, 10th Floor<br>Seattle, WA 98101 | *Attorneys for Whitepages, Inc. and Alex Algard*<br><br>Tel:  415-875-2404<br>Email:  bkohm@fenwick.com<br>Email:  rranganath@fenwick.com<br><br>Tel:  (206) 389-4510<br>Email:  ehagan@fenwick.com |
| Phillip Jeung Lee<br>McKool Smith Hennigan, PC – Los Angeles<br>300 South Grand Avenue, Suite 2900<br>Los Angeles, CA 90071 | *Attorneys for True Softward Scandinavia A.B.*<br><br>Tel:  (213) 694-1153<br>Email: plee@mckoolsmithhennigan.com |

CM/ECF LIST

- **Aldo A. Badini**
  abadini@winston.com,lcachola@winston.com,docketsf@winston.com,docketny@winston.com,cgarlitos@winston.com
- **Elizabeth Paige Bartley Hagan**
  ehagan@fenwick.com,smcphee@fenwick.com
- **Bryan A. Kohm**
  bkohm@fenwick.com,anolen@fenwick.com,recordsecf@fenwick.com,smcphee@fenwick.com,ehagan@fenwick.com
- **Phillip Jeung Lee**
  plee@mckoolsmithhennigan.com
- **James Ching-I Lin**
  jalin@winston.com
- **Alexandra B McTague**
  amctague@winston.com,PACERCourtFile@winston.com,DockeSF@winston.com,cgarlitos@winston.com
- **Ravi Ragavendra Ranganath**
  rranganath@fenwick.com,rpelayo@fenwick.com

SF:410480.1

2
CERTIFICATE OF SERVICE