Aldo A. Badini (SBN: 257086)
abadini@winston.com
Constance F. Ramos (SBN: 203637)
cframos@winston.com
Alexandra McTague (SBN: 290664)
amctague@winston.com
James C. Lin (SBN: 271673)
jalin@winston.com
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, California 94025-4004
Telephone:   (650) 858-6500
Facsimile:    (650) 858-6550

Attorneys for Defendants
GREENFLIGHT VENTURE
CORPORATION AND JEFFREY ISAACS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WHITEPAGES, INC., a Delaware corporation, | **Case No. 3:16-cv-00175-RS** |
| Plaintiff, | |
| v. | **STATEMENT OF RECENT DECISION** |
| GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual, | |
| Defendants. | |
| GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| WHITEPAGES, INC., a Delaware corporation, | |
| Counterclaim-Defendant. | |

Pursuant to Local Rule 7-3(d)(2), Greenflight Venture Corporation submits this Statement of Recent Decision in support of its Opposition to Whitepages' Motion for Judgment on the Pleadings (ECF 36) and hereby brings to the Court's attention the following recent Federal Circuit decision regarding 35 U.S.C. § 101:

*Bascom Global Internet Services, Inc. v. AT&T Mobility LLC et al.*, No. 15-1763 (Fed. Cir. June 27, 2016).

A true and correct copy of the opinion is attached hereto as Exhibit A.

Respectfully Submitted,

Dated:  June 30, 2016       WINSTON & STRAWN LLP

By:     */s/ Aldo Badini*
      Aldo A. Badini
      Constance F. Ramos
      Alexandra McTague
      James C. Lin

Attorneys for Declaratory Judgment Defendants and Counterclaim-Plaintiffs
GREENFLIGHT VENTURE CORPORATION AND JEFFREY ISAACS