

North America   Europe   Asia

275 Middlefield Road
Suite 205
Menlo Park, CA 94025
T +1 650 858 6500
F +1 650 858 6550

**ALDO BADINI**
Partner
212-294-4601
abadini@winston.com

July 15, 2016

Hon. Richard Seeborg
US District Court, Northern District of California
Courtroom 3 - 17th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

**Re:**   Joint Statement Regarding Additional Party, Hiya, Inc.
*Whitepages, Inc. v. Greenflight Venture Corp. et al.*, Case No.: 3:16-cv-00175-RS

Dear Judge Seeborg:

The parties submit this letter in response to the Court's request following up on the discussion counsel had at the end of the oral argument on July 7, 2016 on Whitepage's pending Motion For Judgment On The Pleadings Of Invalidity Under 35 U.S.C. § 101 (ECF No. 31).

At the July 7 hearing, Greenflight informed the Court that it had recently been advised by Whitepages that Whitepages had "spun off" the part of their business that is at issue in this case, to a new company named Hiya, Inc. ("Hiya").  Based on discussions between counsel prior to the hearing, the parties intended to proceed with a plan to join Hiya to the case by Whitepages submitting an Amended and Supplemental Complaint for Declaratory Judgment to include Hiya as a co-plaintiff/counterclaim defendant who is practicing the allegedly infringing system and method.  Given the discussions at the hearing, Whitepages no longer intends to make any such amendment at this time; rather, Whitepages prefers to wait until after a ruling on its pending 101 motion before considering adding Hiya to its complaint.

Given the parties' present positions, Greenflight anticipates that it will file a new complaint against Hiya in this district, along with a Notice of Pendency of Other Action Involving Same Patent under Patent L.R. 2-1(a)(1), in the above-captioned matter and in Greenflight's related case against True Software Scandinavia AB, Case No.: 3:16-cv-01837-RS.  Greenflight will also move to coordinate the three cases for discovery purposes.  Greenflight anticipates filing the new complaint within the next 10 days or so.



Hon. Richard Seeborg
July 15, 2016
Page 2

Under the circumstances, the parties also respectfully propose that the Court postpone the Case Management Conference – currently set for August 4 – to a date at least nine (9) weeks after the filing of the Hiya complaint, so as to accommodate a new, joint Case Management Statement including Hiya.

Respectfully submitted,

| | |
|---|---|
| */s/ Aldo A. Badini* | */s/ Bryan Kohm* |
| Aldo A. Badini | Bryan Kohm |
| Counsel for Greenflight Venture Corporation and Jeffrey Isaacs | Counsel for Whitepages, Inc. |

Attestation Pursuant to General Order 45

Pursuant to General Order No. 45 § X(B), regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

*/s/ Aldo A. Badini*
Aldo A. Badini

AB:mec

Cc:   Ashley Farris Moore, counsel for True Software Scandinavia

SF:411438