1  BRYAN A. KOHM (CSB No. 233276)
   bkohm@fenwick.com
2  RAVI R. RANGANATH (CSB No. 272981)
   rranganath@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA  94104
   Telephone:     415.875.2300
5  Facsimile:     415.281.1350

6  ELIZABETH HAGAN (WSBA No. 46933)
   Admitted *Pro Hac Vice*
7  ehagan@fenwick.com
   FENWICK & WEST LLP
8  1191 Second Avenue, 10th Floor
   Seattle, WA  98101
9  Telephone:     206.389.4510
   Facsimile:     206.389.4511

10
   Attorneys for Plaintiff-Counterdefendant WHITEPAGES, INC.
11

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WHITEPAGES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual,<br><br>Defendants.<br><br>GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>WHITEPAGES, INC., a Delaware corporation,<br><br>Counterclaim-Defendant. | **MOTION TO VACATE INITIAL JOINT CASE MANAGEMENT CONFERENCE**<br><br>Case No. 3:16-cv-00175-RS |

|  |  |
|---|---|
| GREENFLIGHT VENTURE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TRUE SOFTWARE SCANDINAVIA A.B.,<br><br>Defendant. | Case No. 3:16-cv-01837-RS |

Whitepages, Inc. ("Whitepages") hereby moves to vacate the Case Management Conference scheduled for August 4, 2015 or, in the alternative, to coordinate the Case Management Conferences scheduled in case numbers 3:16-cv-00175-RS and 3:16-cv-01837-RS, which have been related. True Software Scandinavia A.B. ("True Software") does not oppose this relief. Counsel for Greenflight Venture Corporation and Jeffrey Isaacs ("Greenflight") have not been able to reach their clients since July 29, 2016 in order to ascertain whether Greenflight opposes or supports vacating the Case Management Conference.

By Order dated January 11, 2016, the Court set an Initial Case Management Conference in *Whitepages, Inc. v. Greenflight Venture Corporation, et al.*, Case No. 3:16-cv-00175-RS for April 13, 2016 (Dkt. No. 3), which after a series of orders resetting the conference was set for August 4, 2016 at 10:00am (Case No. 3:16-cv-00175-RS, Dkt. No. 40, Case No. 16-cv-01837, Dkt. No. 54). Upon request by True Software to attend the Case Management Conference by telephone, the Court entered a minute order on July 20 setting the conference for 11:00 a.m. (3:16-cv-01837-RS, Dkt. No. 59.) Given that the Case Management Conference in the two cases was intended to occur together, it appears that the Court intended that all parties in the two cases should appear telephonically for the Case Management Conference at 11:00 a.m. on August 4, 2016, but the Court's current calendar does not reflect coordinated Case Management Conferences.

By Order dated July 25, 2016, the Court granted Whitepages' Motion for Judgment on the Pleadings on its affirmative defense of invalidity of the asserted patent under 35 U.S.C. § 101, and dismissed Greenflight's counterclaim against Whitepages for infringement as moot. (Case

No. 3:16-cv-00175-RS, Dkt. No. 48.)[1]  Given that invalidation of the asserted patent rendered all claims moot, it was assumed that judgment would be entered, thus rendering the Case Management Conference unnecessary.  Greenflight subsequently filed a Motion for Leave to File a Motion for Reconsideration of the Court's Order on Whitepages' Motion for Judgment on the Pleadings, which remains pending, which has delayed entry of judgment.  (Case No. 3:16-cv-00175-RS, Dkt. Nos. 49, 50.)

In view of the Court's Order on Whitepages' Motion for Judgment on the Pleadings and in the interest of efficiency for both the parties and the Court, Whitepages believes that the Initial Case Management Conference currently set for August 4, 2016 should be taken off calendar, with a new date to be set in the event the Court grants Greenflight's Motion for Reconsideration or modifies its Order on Whitepages' Motion for Judgment on the Pleadings.

In the event the Court desires to move forward with the Case Management Conference in the two actions, Whitepages requests that the two conferences be scheduled to occur together at 11:00 a.m. on August 4, 2016, when the True Software case (Case No. 3:16-cv-01837-RS) is scheduled to occur, with all parties appearing telephonically.  Based on the Court's current calendar, the Case Management Conference in the two actions is scheduled to occur at different times on August 4.  Given that the cases were related because they involve the same patent, Whitepages submits that it would be most efficient to also coordinate the Case Management Conferences in the two actions.

For the reasons set forth above, Whitepages respectfully requests that the Initial Case Management Conference currently set for August 4, 2016 be taken off calendar, with a new date for the Initial Case Management Conference to be set as necessary depending on the Court's resolution of Greenflight's pending Motion for Leave to File a Motion for Reconsideration.  In the alternative, Whitepages requests that the Case Management Conferences in the two actions be coordinated and scheduled for 11:00 a.m. on August 4, 2016—the time for which a telephonic Case Management Conference has been set in the True Software action (Case No. 3:16-cv-01837-RS), with all parties appearing telephonically.

---

[1] True Software joined in Whitepages' Motion for Judgment on the Pleadings.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | |
|---|---|
| Dated:  August 2, 2016 | FENWICK & WEST LLP |
| | By: */s/ Bryan A. Kohm*<br>        Bryan A. Kohm<br>        Attorneys for Whitepages, Inc. |