BRYAN A. KOHM (CSB No. 233276)
bkohm@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

ELIZABETH HAGAN (WSBA No. 46933)
Admitted *Pro Hac Vice*
ehagan@fenwick.com
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA  98101
Telephone:     206.389.4510
Facsimile:     206.389.4511

Attorneys for Plaintiff-Counterdefendant WHITEPAGES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WHITEPAGES, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual, <br><br> Defendants. | **[PROPOSED] ORDER GRANTING MOTION TO VACATE INITIAL JOINT CASE MANAGEMENT CONFERENCE** <br><br> Case No. 3:16-cv-00175-RS |
| GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> WHITEPAGES, INC., a Delaware corporation, <br><br> Counterclaim-Defendant. | |

ORDER GRANTING MOTION TO VACATE
INITIAL JOINT CASE MANAGEMENT
CONFERENCE                                                                      Case No.: 3:16-cv-00175-RS

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

|  | Case No. 3:16-cv-01837-RS |
|---|---|
| GREENFLIGHT VENTURE CORPORATION, | |
| Plaintiff, | |
| v. | |
| TRUE SOFTWARE SCANDINAVIA A.B., | |
| Defendant. | |

Upon consideration of Whitepages, Inc.'s submission, the Court hereby vacates the Case Management Conferences scheduled August 4, 2016, in the above-captioned actions.

Dated: _____

By: _____
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO VACATE
INITIAL JOINT CASE MANAGEMENT
CONFERENCE                         2                          Case No.: 3:16-cv-00175-RS