UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITEPAGES, INC.,<br>    Plaintiff,<br>    v.<br>JEFFREY ISAACS, et al.,<br>    Defendants. | Case No. 16-cv-00175-RS; 16-cv-01837-RS<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION AND SETTING BRIEFING SCHEDULE** |
| GREENFLIGHT VENTURE CORPORATION, et al.,<br>    Plaintiffs,<br>    v.<br>TRUE SOFTWARE SCANDINAVIA A.B.,<br>    Defendant. | |

The motion for leave to file a motion for reconsideration submitted by defendants Greenflight Venture Corporation and Jeffrey Isaacs is granted. The memorandum accompanying the notice of motion for leave shall be deemed the opening brief. *See* Dkt. No. 50. Plaintiff Whitepages, Inc. shall file an opposition of no more than seven pages on or before August 9, 2016. No reply will be permitted.

The Case Management Conference in each of the related cases is continued to September 8, 2016, at 11:00 AM. All parties shall appear telephonically and must contact Court Conference at (866) 582-6878 at least one week prior to the Conference to arrange their participation.

**IT IS SO ORDERED**.

Dated: August 2, 2016

_____
RICHARD SEEBORG
United States District Judge