1  Ashley N. Moore (SBN 24074748)
Admitted *Pro Hac Vice*
2  amoore@mckoolsmith.com
Warren Lipschitz (SBN 24078867)
3  Admitted *Pro Hac Vice*
wlipschitz@mckoolsmith.com
4  Jonathan Powers (SBN 24098277)
Admitted *Pro Hac Vice*
5  jpowers@mckoolsmith.com
MCKOOL SMITH, P.C.
6  300 Crescent Court, Suite 1500
Dallas, Texas  75201
7  Telephone:     (214) 978-4000
Facsimile:     (214) 978-4044
8
Phillip J. Lee (SBN 263063)
9  plee@McKoolSmithHennigan.com
MCKOOL SMITH HENNIGAN, P.C.
10 300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
11 Telephone:     (213) 694-1200
Facsimile:     (213) 694-1234
12
Attorneys for Defendant
13 True Software Scandinavia, AB

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16                    **SAN FRANCISCO DIVISION**

17 WHITEPAGES, INC., a Delaware corporation,          Case No.    3:16-cv-00175-RS
                                                                  3:16-cv-01837-RS
18               Plaintiff,

19         v.                                          **JOINT STIPULATION AND
                                                      [PROPOSED] ORDER TO VACATE
20 GREENFLIGHT VENTURE CORPORATION, a                 INITIAL JOINT CASE
Florida company, JEFFREY ISAACS, an individual,      MANAGEMENT CONFERENCE**
21
               Defendants.                            **DEMAND FOR JURY**
22
                                                      JUDGE: Hon. Richard Seeborg
23 GREENFLIGHT VENTURE CORPORATION, a
Florida company, JEFFREY ISAACS, an individual,
24
               Counterclaim-Plaintiffs,
25
           v.
26
WHITEPAGES, INC., a Delaware corporation,
27

28

**MCKOOL SMITH, P.C.
DALLAS, TX**

1

Counterclaim-Defendant.

2

GREENFLIGHT VENTURE CORPORATION, a
Florida company, JEFFREY ISAACS, an individual,

3

4

Plaintiffs,

5

v.

6

TRUE SOFTWARE SCANDINAVIA, AB,

7

Defendant.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**McKool Smith, P.C.
Dallas, TX**

Case No. 3:16-cv-00175-RS
Case No. 3:16-cv-01837-RS

STIPULATION & [PROPOSED] ORDER TO VACATE
JOINT CASE MANAGEMENT CONFERENCE

1    Pursuant to Civil Local Rule 6-2(a), Defendants, Counterclaim-Plaintiffs, and Plaintiffs

2    Greenflight Venture Corporation ("Greenflight Venture") and Jeffrey Isaacs (together,

3    "Greenflight"), Plaintiff and Counterclaim-Defendant Whitepages, Inc. ("Whitepages"), and

4    Defendant True Software Scandinavia, AB ("True Software"), through their respective attorneys,

5    hereby stipulate as follows:

6    **WHEREAS**, by Order dated January 11, 2016, the Court set an Initial Case Management

7    Conference in Whitepages, Inc. v. Greenflight Venture Corporation, et al., Case No. 3:16-cv-00175-

8    RS for April 13, 2016 (Dkt. No. 3), which after a series of orders resetting the conference was set for

9    August 4, 2016 at 10:00 am (Case No. 3:16-cv-00175-RS, Dkt. No. 40, Case No. 16-cv-01837, Dkt.

10   No. 54).  Upon request by True Software to attend the Case Management Conference by telephone,

11   the Court entered a minute order on July 20 setting the conference for 11:00 a.m. on August 4, 2016.

12   (3:16-cv-01837-RS, Dkt. No. 59.)   By Order dated August 2, 2016 the Case Management

13   Conferences for both cases were continued to September 8, 2016. (3:16-cv-00175-RS, Dkt. No. 52);

14   **WHEREAS**, by Order dated July 25, 2016, the Court granted Whitepages' Motion for

15   Judgment on the Pleadings on its affirmative defense of invalidity of the asserted patent under 35

16   U.S.C. § 101, and dismissed Greenflight's counterclaim against Whitepages for infringement as

17   moot (Case No. 3:16-cv-00175-RS, Dkt. No. 48);

18   **WHEREAS**, the Court granted Greenflight leave to file a Motion for Reconsideration of the

19   Court's Order on Whitepages' Motion for Judgment on the Pleadings, which the Court denied on

20   August 16, 2016. (Case No. 3:16-cv-00175-RS, Dkt. Nos. 50, 52, 54);

21   **WHEREAS**, the parties have conferred and agree that in view of the Court's Order on

22   Whitepages' Motion for Judgment on the Pleadings and Greenflight's Motion for Reconsideration,

23   and in the interest of efficiency for both the parties and the Court, the Initial Case Management

24   Conferences currently set for September 8, 2016 should be taken off calendar;

25   **THE PARTIES HEREBY STIPULATE** for the reasons set forth above, that the Initial

26   Case Management Conferences currently set for September 8, 2016 shall be taken off calendar.

27

28

MCKOOL SMITH, P.C.
DALLAS, TX

-1-

Case No. 3:16-cv-00175-RS                        STIPULATION & [PROPOSED] ORDER TO VACATE
Case No. 3:16-cv-01837-RS                        JOINT CASE MANAGEMENT CONFERENCE

**McKool Smith, P.C.**
**Dallas, TX**

1    Dated: September 1, 2016

2                                        /s/ Bryan A. Kohm
                                         BRYAN A. KOHM (CSB No. 233276)
3                                        bkohm@fenwick.com

4                                        RAVI R. RANGANATH (CSB NO. 272981)
                                         rranganath@fenwick.com
5                                        FENWICK & WEST LLP
                                         555 California Street,12th Floor
6                                        San Francisco, CA 94104
                                         Telephone: 415.875.2300
7                                        Facsimile: 415.281.1350

8                                        ELIZABETH B. HAGAN (WSBA No. 46933)
                                         Admitted Pro Hac Vice, ehagan@fenwick.com
9                                        FENWICK & WEST LLP
                                         1191 Second Avenue, 10th Floor
10                                       Seattle, WA 98101
                                         Telephone: 206.389.4510
11                                       Facsimile: 206.389.4511

12                                       Attorneys for Plaintiff
                                         WHITEPAGES, INC.

13
     Dated: September 1, 2016
14
                                         /s/ Aldo A. Badini
15                                       Aldo A. Badini
                                         Constance F. Ramos
16                                       James C. Lin
                                         WINSTON & STRAWN LLP

17                                       Attorneys for Declaratory Judgment Defendants and
                                         Counterclaim-Plaintiffs
18                                       GREENFLIGHT VENTURE CORPORATION and
                                         JEFFREY ISAACS

19

20

21

22

23

24

25

26

27

28
                                              -2-
     Case No. 3:16-cv-00175-RS                    STIPULATION & [PROPOSED] ORDER TO VACATE
     Case No. 3:16-cv-01837-RS                    JOINT CASE MANAGEMENT CONFERENCE

MCKOOL SMITH, P.C.
DALLAS, TX

1 | Dated: September 1, 2016

/s/ Ashley N. Moore
Ashley N. Moore (SBN 24074748)
Admitted Pro Hac Vice
amoore@mckoolsmith.com
Warren Lipschitz (SBN 24078867)
Admitted Pro Hac Vice
wlipschitz@mckoolsmith.com
Jonathan Powers (SBN 24098277)
Admitted Pro Hac Vice
jpowers@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Phillip J. Lee (SBN 263063)
plee@McKoolSmithHennigan.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Attorneys for Defendant
TRUE SOFTWARE SCANDINAVIA, AB

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
The Honorable Richard Seeborg
United States District Judge

-3-

Case No. 3:16-cv-00175-RS
Case No. 3:16-cv-01837-RS

STIPULATION & [PROPOSED] ORDER TO VACATE
JOINT CASE MANAGEMENT CONFERENCE

1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

2      Pursuant to General Order No. 45, § X(B), regarding signatures, I attest under penalty of

3   perjury that the concurrence in the filing of this document has been obtained from its signatories.

4   Dated:  September 1, 2016

                                        */s/ Ashley N. Moore*_____

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MCKOOL SMITH, P.C.**
**DALLAS, TX**

-4-