Ashley N. Moore (SBN 24074748)
Admitted *Pro Hac Vice*
amoore@mckoolsmith.com
Warren Lipschitz (SBN 24078867)
Admitted *Pro Hac Vice*
wlipschitz@mckoolsmith.com
Jonathan Powers (SBN 24098277)
Admitted *Pro Hac Vice*
jpowers@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas  75201
Telephone:     (214) 978-4000
Facsimile:     (214) 978-4044

Phillip J. Lee (SBN 263063)
plee@McKoolSmithHennigan.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone:     (213) 694-1200
Facsimile:     (213) 694-1234

Attorneys for Defendant
True Software Scandinavia, AB

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WHITEPAGES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual,<br><br>Defendants.<br><br>GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual,<br><br>Counterclaim-Plaintiffs,<br><br>v.<br><br>WHITEPAGES, INC., a Delaware corporation, | Case No.   3:16-cv-00175-RS<br>               3:16-cv-01837-RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE INITIAL JOINT CASE MANAGEMENT CONFERENCE**<br><br>**DEMAND FOR JURY**<br><br>JUDGE: Hon. Richard Seeborg |

1 | Counterclaim-Defendant.

2 | GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual,

3

4 | Plaintiffs,

5 | v.

6 | TRUE SOFTWARE SCANDINAVIA, AB,

7 | Defendant.

McKool Smith, P.C.
Dallas, TX

1  Pursuant to Civil Local Rule 6-2(a), Defendants, Counterclaim-Plaintiffs, and Plaintiffs
2  Greenflight Venture Corporation ("Greenflight Venture") and Jeffrey Isaacs (together,
3  "Greenflight"), Plaintiff and Counterclaim-Defendant Whitepages, Inc. ("Whitepages"), and
4  Defendant True Software Scandinavia, AB ("True Software"), through their respective attorneys,
5  hereby stipulate as follows:

6  **WHEREAS**, by Order dated January 11, 2016, the Court set an Initial Case Management
7  Conference in Whitepages, Inc. v. Greenflight Venture Corporation, et al., Case No. 3:16-cv-00175-
8  RS for April 13, 2016 (Dkt. No. 3), which after a series of orders resetting the conference was set for
9  August 4, 2016 at 10:00 am (Case No. 3:16-cv-00175-RS, Dkt. No. 40, Case No. 16-cv-01837, Dkt.
10 No. 54).  Upon request by True Software to attend the Case Management Conference by telephone,
11 the Court entered a minute order on July 20 setting the conference for 11:00 a.m. on August 4, 2016.
12 (3:16-cv-01837-RS, Dkt. No. 59.)  By Order dated August 2, 2016 the Case Management
13 Conferences for both cases were continued to September 8, 2016. (3:16-cv-00175-RS, Dkt. No. 52);

14 **WHEREAS**, by Order dated July 25, 2016, the Court granted Whitepages' Motion for
15 Judgment on the Pleadings on its affirmative defense of invalidity of the asserted patent under 35
16 U.S.C. § 101, and dismissed Greenflight's counterclaim against Whitepages for infringement as
17 moot (Case No. 3:16-cv-00175-RS, Dkt. No. 48);

18 **WHEREAS**, the Court granted Greenflight leave to file a Motion for Reconsideration of the
19 Court's Order on Whitepages' Motion for Judgment on the Pleadings, which the Court denied on
20 August 16, 2016. (Case No. 3:16-cv-00175-RS, Dkt. Nos. 50, 52, 54);

21 **WHEREAS**, the parties have conferred and agree that in view of the Court's Order on
22 Whitepages' Motion for Judgment on the Pleadings and Greenflight's Motion for Reconsideration,
23 and in the interest of efficiency for both the parties and the Court, the Initial Case Management
24 Conferences currently set for September 8, 2016 should be taken off calendar;

25 **THE PARTIES HEREBY STIPULATE** for the reasons set forth above, that the Initial
26 Case Management Conferences currently set for September 8, 2016 shall be taken off calendar.

McKool Smith, P.C.
Dallas, TX

-1-
Case No. 3:16-cv-00175-RS                STIPULATION & [PROPOSED] ORDER TO VACATE
Case No. 3:16-cv-01837-RS                JOINT CASE MANAGEMENT CONFERENCE

Dated: September 1, 2016

*/s/ Bryan A. Kohm*
BRYAN A. KOHM (CSB No. 233276)
bkohm@fenwick.com

RAVI R. RANGANATH (CSB NO. 272981)
rranganath@fenwick.com
FENWICK & WEST LLP
555 California Street,12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

ELIZABETH B. HAGAN (WSBA No. 46933)
Admitted Pro Hac Vice, ehagan@fenwick.com
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511

Attorneys for Plaintiff
WHITEPAGES, INC.

Dated: September 1, 2016

*/s/ Aldo A. Badini*
Aldo A. Badini
Constance F. Ramos
James C. Lin
WINSTON & STRAWN LLP

Attorneys for Declaratory Judgment Defendants and Counterclaim-Plaintiffs
GREENFLIGHT VENTURE CORPORATION and JEFFREY ISAACS

McKOOL SMITH, P.C.
DALLAS, TX

Dated: September 1, 2016

*/s/ Ashley N. Moore*
Ashley N. Moore (SBN 24074748)
Admitted Pro Hac Vice
amoore@mckoolsmith.com
Warren Lipschitz (SBN 24078867)
Admitted Pro Hac Vice
wlipschitz@mckoolsmith.com
Jonathan Powers (SBN 24098277)
Admitted Pro Hac Vice
jpowers@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Phillip J. Lee (SBN 263063)
plee@McKoolSmithHennigan.com
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

Attorneys for Defendant
TRUE SOFTWARE SCANDINAVIA, AB

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
The Honorable Richard Seeborg
United States District Judge

-3-

Case No. 3:16-cv-00175-RS
Case No. 3:16-cv-01837-RS

STIPULATION & [PROPOSED] ORDER TO VACATE
JOINT CASE MANAGEMENT CONFERENCE