1  BRYAN A. KOHM (CSB No. 233276)
   bkohm@fenwick.com
2  RAVI R. RANGANATH (CSB No. 272981)
   rranganath@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA  94104
   Telephone:     415.875.2300
5  Facsimile:     415.281.1350

6  ELIZABETH HAGAN (WSBA No. 46933)
   Admitted *Pro Hac Vice*
7  ehagan@fenwick.com
   FENWICK & WEST LLP
8  1191 Second Avenue, 10th Floor
   Seattle, WA  98101
9  Telephone:     206.389.4510
   Facsimile:     206.389.4511

10
   Attorneys for Plaintiff-Counterdefendant
11 WHITEPAGES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WHITEPAGES, INC., a Delaware corporation,<br><br>    Plaintiff-Counterdefendant,<br><br>v.<br><br>GREENFLIGHT VENTURE CORPORATION, a Florida company, and JEFFREY ISAACS, an individual,<br><br>    Defendants-Counterclaimants. | Case No.: 3:16-cv-00175-RS<br><br>**PLAINTIFF WHITEPAGES, INC.'S NOTICE OF MOTION AND MOTION FOR ENTRY OF JUDGMENT PURSUANT TO RULE 58(d)**<br><br>Date:   October 13, 2016<br>Time:   1:30 PM<br>Dept:   Courtroom 3, 17th Floor<br>Judge:  Honorable Richard Seeborg |

**PLEASE TAKE NOTICE THAT** on October 13, 2016 at 1:30 p.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Richard Seeborg, 450 Golden Gate Ave., San Francisco, CA 94102, Courtroom 3, 17th Floor, Plaintiff and Counter-defendant Whitepages, Inc. ("Whitepages") will and hereby does move the Court to order entry of judgment, pursuant to Rules 58(a) and (d) of the Federal Rules of Civil Procedure, that U.S.

Patent No. 8,861,698 ("the '698 patent) is invalid under 35 U.S.C. § 101, and dismissing both the counterclaims asserted by Defendants Greenflight Venture Corporation and Jeffrey Isaacs (together, "Greenflight") for patent infringement and Whitepages' corresponding claim for declaratory judgment of non-infringement as moot.

By Order dated July 25, 2016, the Court granted Whitepages' Motion for Judgment on the Pleadings on its affirmative defense of invalidity of the '698 patent under 35 U.S.C. § 101, and dismissed Greenflight's counterclaim for infringement against Whitepages as moot. Dkt. No. 48. Greenflight moved for reconsideration, which the Court denied on August 16, 2016. Dkt. No. 54. Although the Court formally dismissed Greenflight's counterclaim for infringement against Whitepages, it did not explicitly address Whitepages' claim for declaratory judgment of non-infringement in either of these Orders. However, Whitepages' claim is likewise moot given the Court's Order finding the claims of the asserted patent ineligible under Section 101. No other claim remains in this action. Accordingly, Whitepages requests, pursuant to Rule 58(d) of the Federal Rules of Civil Procedure, that the Court enter judgment as required by Rule 58(a).

Prior to filing this motion, counsel for Whitepages conferred with counsel for Greenflight to seek its agreement to file a joint stipulation for entry of judgment. Greenflight would not stipulate to entry of judgment unless Whitepages agreed to waive its rights to fees and costs. Whitepages could not agree to this condition, and accordingly files the instant motion.

For the foregoing reasons, Whitepages respectfully requests that the Court order entry of judgment in the form attached hereto.

Dated:   September 7, 2016         FENWICK & WEST LLP


                                   By: */s/ Bryan A. Kohm*
                                        Bryan A. Kohm

                                        Attorneys for Plaintiff-Counterdefendant
                                        Whitepages, Inc.