BRYAN A. KOHM (CSB No. 233276)
bkohm@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

ELIZABETH HAGAN (WSBA No. 46933)
Admitted *Pro Hac Vice*
ehagan@fenwick.com
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA  98101
Telephone:     206.389.4510
Facsimile:     206.389.4511

Attorneys for Plaintiff-Counterdefendant
WHITEPAGES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WHITEPAGES, INC., a Delaware corporation,<br><br>  Plaintiff-Counterdefendant,<br><br>  v.<br><br>GREENFLIGHT VENTURE CORPORATION, a Florida company, and JEFFREY ISAACS, an individual,<br><br>  Defendants-Counterclaimants. | Case No.: 3:16-cv-00175-RS<br><br>**[PROPOSED] ORDER FOR ENTRY OF JUDGMENT** |

[PROPOSED] ORDER FOR
ENTRY OF JUDGMENT

Case No.: 3:16-cv-00175-RS

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

On July 25, 2016, the Court granted Whitepages, Inc.'s ("Whitepages") Motion for Judgment on the Pleadings, ordering that U.S. Patent No. 8,861,698 is invalid under 35 U.S.C. § 101, and dismissing the counterclaims for infringement asserted by Defendants Greenflight Venture Corporation and Jeffrey Isaacs (collectively, "Greenflight") against Whitepages as moot. Whitepages' claim for declaratory judgment of non-infringement is likewise moot. On August 16, 2016, the Court denied Greenflight's motion for reconsideration. Therefore,

**IT IS HEREBY ORDERED** that judgment of invalidity of U.S. Patent No. 8,861,698 is entered in favor of Whitepages and against Greenflight.

**IT IS FURTHER ORDERED** that all remaining claims, counterclaims, and defenses asserted in this action be dismissed as moot.

The Clerk of the Court is directed to enter judgment in accordance with this Order.

Dated: _____, 2016

_____
The Honorable Richard Seeborg
United States District Judge