| | |
|---|---|
| 1 | BRYAN A. KOHM (CSB No. 233276) |
|   | bkohm@fenwick.com |
| 2 | RAVI R. RANGANATH (CSB No. 272981) |
|   | rranganath@fenwick.com |
| 3 | FENWICK & WEST LLP |
|   | 555 California Street, 12th Floor |
| 4 | San Francisco, CA  94104 |
|   | Telephone:     415.875.2300 |
| 5 | Facsimile:     415.281.1350 |
| 6 | ELIZABETH HAGAN (WSBA No. 46933) |
|   | Admitted *Pro Hac Vice* |
| 7 | ehagan@fenwick.com |
|   | FENWICK & WEST LLP |
| 8 | 1191 Second Avenue, 10th Floor |
|   | Seattle, WA  98101 |
| 9 | Telephone:     206.389.4510 |
|   | Facsimile:     206.389.4511 |
| 10 |  |
|   | Attorneys for Plaintiff-Counterdefendant |
| 11 | WHITEPAGES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WHITEPAGES, INC., a Delaware corporation, | Case No.: 3:16-cv-00175-RS |
| Plaintiff-Counterdefendant, | **[PROPOSED] ORDER FOR ENTRY OF JUDGMENT** |
| v. |  |
| GREENFLIGHT VENTURE CORPORATION, a Florida company, and JEFFREY ISAACS, an individual, |  |
| Defendants-Counterclaimants. |  |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

On July 25, 2016, the Court granted Whitepages, Inc.'s ("Whitepages") Motion for Judgment on the Pleadings, ordering that U.S. Patent No. 8,861,698 is invalid under 35 U.S.C. § 101, and dismissing the counterclaims for infringement asserted by Defendants Greenflight Venture Corporation and Jeffrey Isaacs (collectively, "Greenflight") against Whitepages as moot. Whitepages' claim for declaratory judgment of non-infringement is likewise moot. On August 16, 2016, the Court denied Greenflight's motion for reconsideration. Therefore,

**IT IS HEREBY ORDERED** that judgment of invalidity of U.S. Patent No. 8,861,698 is entered in favor of Whitepages and against Greenflight.

**IT IS FURTHER ORDERED** that all remaining claims, counterclaims, and defenses asserted in this action be dismissed as moot.

The Clerk of the Court is directed to enter judgment in accordance with this Order.

Dated: __9/7_____, 2016                    _____
                                                The Honorable Richard Seeborg
                                                United States District Judge