| | |
|---|---|
| 1 | Aldo A. Badini (SBN: 257086) |
| | abadini@winston.com |
| 2 | James C. Lin (SBN: 271673) |
| | jalin@winston.com |
| 3 | WINSTON & STRAWN LLP |
| | 275 Middlefield Road, Suite 205 |
| 4 | Menlo Park, California 94025-4004 |
| | Telephone:    (650) 858-6500 |
| 5 | Facsimile:     (650) 858-6550 |
| 6 | CONSTANCE F. RAMOS (BAR NO. 203637) |
| | CFRamos@winston.com |
| 7 | WINSTON & STRAWN LLP |
| | 101 California Street |
| 8 | San Francisco, CA 94111 |
| | Telephone:    (415) 591-1000 |
| 9 | Facsimile:     (415) 591-1400 |
| 10 | Attorneys for Defendants |
| | GREENFLIGHT VENTURE |
| 11 | CORPORATION AND JEFFREY ISAACS |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WHITEPAGES, INC., a Delaware corporation, | **Case No. 3:16-cv-00175-RS** |
| Plaintiff, | |
| v. | **NOTICE OF APPEAL** |
| GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual, | |
| Defendants. | |
| GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| WHITEPAGES, INC., a Delaware corporation, | |
| Counterclaim-Defendant. | |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants and Counterclaim Plaintiffs Greenflight Venture Corporation and Jeffrey Isaacs (collectively, "Greenflight") in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from dispositive orders dated July 25 and August 16, 2016, granting a motion for judgment on the pleadings and denying reconsideration that U.S. Patent No. 8,861,698 is invalid under 35 U.S.C. § 101, and dismissing Greenflight's counterclaim for patent infringement.  *See* ECF Nos. 48 (July 25, 2016 Order Granting Motion for Judgment on the Pleadings) and 54 (August 16, 2016 Order Denying Motion for Reconsideration).

Dated:  September 7, 2016                           WINSTON & STRAWN LLP

                                                    By:   */s/ Aldo A. Badini*
                                                          Aldo A. Badini
                                                          Constance F. Ramos
                                                          James C. Lin
                                                          Attorneys for Defendants
                                                          GREENFLIGHT VENTURE
                                                          CORPORATION AND JEFFREY ISAACS

**CERTIFICATE OF SERVICE**
**United States District Court for the Northern District of California**
**Case No. 3:16-cv-00175-RS**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 101 California Street, San Francisco, CA 94111-5840. On the below date, I served the following document(s):

**NOTICE OF APPEAL**

by electronically filing the document listed above via the Court's CM/ECF system, which system electronically served said document to the addressees as set forth below. No error messages were received after said transmissions.

| | |
|---|---|
| Bryan A. Kohm<br>Ravi R. Ranganath<br>Fenwick & West LLP<br>555 California St.<br>San Francisco, CA 94104<br>Tel: 415-875-2404<br><br>Elizabeth B. Hagan<br>Fenwick & West LLP<br>1191 Second Ave., 10th Floor<br>Seattle, WA 98101<br>Telephone:    206.389.4510<br>Facsimile:    206.389.4511 | *Attorneys for Whitepages, Inc.*<br><br>Email: bkohm@fenwick.com;<br>Whitepages-Greenflight_Fenwick_Service@fenwick.com |
| Phillip J. Lee<br>McKool Smith Hennigan, PC<br>Suite 2900<br>300 South Grand Avenue<br>Los Angeles, CA 90071<br>Tel: (213) 694-1153<br><br>Ashley N. Moore<br>Warren Lipschitz<br>Jonathan Powers<br>McKool Smith, PC<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201<br>Tel: (214) 978-4000 | *Attorneys for True Software Scandinavia A.B.*<br><br>TrueSoftware_Greenflight@McKoolSmith.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of September, 2016 at San Francisco, California.

Signed:    /s/*Maureen Courtney*
           MAUREEN COURTNEY

SF:413831.1