Aldo A. Badini (SBN: 257086)
abadini@winston.com
James C. Lin (SBN: 271673)
jalin@winston.com
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, California 94025-4004
Telephone:     (650) 858-6500
Facsimile:      (650) 858-6550

CONSTANCE F. RAMOS (BAR NO. 203637)
CFRamos@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone:     (415) 591-1000
Facsimile:      (415) 591-1400

Attorneys for Defendants
GREENFLIGHT VENTURE
CORPORATION AND JEFFREY ISAACS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WHITEPAGES, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual, <br><br> Defendants. <br><br> GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual, <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> WHITEPAGES, INC., a Delaware corporation, <br><br> Counterclaim-Defendant. | **Case No. 3:16-cv-00175-RS** <br><br><br> **AMENDED NOTICE OF APPEAL** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants and Counterclaim Plaintiffs Greenflight Venture Corporation and Jeffrey Isaacs (collectively, "Greenflight") in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from dispositive orders dated July 25 and August 16, 2016, granting a motion for judgment on the pleadings and denying reconsideration that U.S. Patent No. 8,861,698 is invalid under 35 U.S.C. § 101, and dismissing Greenflight's counterclaim for patent infringement. *See* ECF Nos. 48 (July 25, 2016 Order Granting Motion for Judgment on the Pleadings) and 54 (August 16, 2016 Order Denying Motion for Reconsideration). On September 7, 2016, the court ordered entry of judgment consistent with the above orders. *See* ECF No. 59 (Order for Entry of Judgment). Greenflight hereby also appeals the Court's September 7, 2016 order for entry of judgment.


Dated:  September 8, 2016                              WINSTON & STRAWN LLP


                                                      By:   */s/ Aldo A. Badini*
                                                            Aldo A. Badini
                                                            Constance F. Ramos
                                                            James C. Lin
                                                            Attorneys for Defendants
                                                            GREENFLIGHT VENTURE
                                                            CORPORATION AND JEFFREY ISAACS

**CERTIFICATE OF SERVICE**
**United States District Court for the Northern District of California**
**Case No. 3:16-cv-00175-RS**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 101 California Street, San Francisco, CA 94111-5840. On the below date, I served the following document(s):

**AMENDED NOTICE OF APPEAL**

by electronically filing the document listed above via the Court's CM/ECF system, which system electronically served said document to the addressees as set forth below. No error messages were received after said transmissions.

| | |
|---|---|
| Bryan A. Kohm<br>Ravi R. Ranganath<br>Fenwick & West LLP<br>555 California St.<br>San Francisco, CA 94104<br>Tel: 415-875-2404<br><br>Elizabeth B. Hagan<br>Fenwick & West LLP<br>1191 Second Ave., 10th Floor<br>Seattle, WA 98101<br>Telephone: 206.389.4510<br>Facsimile: 206.389.4511 | *Attorneys for Whitepages, Inc.*<br><br>Email: bkohm@fenwick.com;<br>Whitepages-Greenflight_Fenwick_Service@fenwick.com |
| Phillip J. Lee<br>McKool Smith Hennigan, PC<br>Suite 2900<br>300 South Grand Avenue<br>Los Angeles, CA 90071<br>Tel: (213) 694-1153<br><br>Ashley N. Moore<br>Warren Lipschitz<br>Jonathan Powers<br>McKool Smith, PC<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201<br>Tel: (214) 978-4000 | *Attorneys for True Software Scandinavia A.B.*<br><br>TrueSoftware_Greenflight@McKoolSmith.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of September, 2016 at San Francisco, California.

Signed:   /s/*Maureen Courtney*
                  MAUREEN COURTNEY

SF:413920.1