AO 149 (6/88)

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet

United States District Court for the Northern District of California

**WHITEPAGES, INC.-v-ISAACS ET AL**
Plaintiff(s)          Defendant(s)

(List all parties.  Use asterisk to indicate dismissed or withdrawn parties.  Use separate sheet if needed.  Explain any discrepancy with caption used on judgment, order or opinion.)

Type of case: **Patent Infringement**

**Docket No.   CV 16-00175 RS**          Date of Judgment/Order:   **7/25/16, 8/16/16 & 9/7/16**

Cross or related appeal? **None**          Date of Notice of Appeal:   **9/8/16**

Appellant is:  () Plaintiff     (✔) Defendant     () Other (explain

DOCKET FEE STATUS:
    (✔) Paid    () Not Paid    Billed On:
U.S. Appeal? Yes ()   No  (✔)
In forma pauperis?
  () Granted    () Denied   () Revoked     () Pending   (✔) Never requested

COUNSEL
(List name, firm, address and telephone of lead counsel for each party.  Indicate party represented.

**\*\*\*see attach docket sheet\*\*\***

COURT REPORTER: **Pamela A. Batalo (626) 688-7509**

IMPORTANT: Attach copy of opinion or order appealed from.  Forward together with copy of notice of appeal and certified docket entries.