

**RE: CAND_09.08.19_Whitepages_16cv175.pdf**
appeal    to: Gina_Agustine@cand.uscourts.gov                    09/20/2016 03:27 PM

This is an automated message acknowledging receipt of your email.
No response to this acknowledgement is required.


Sincerely,

Office of the Clerk
United States Court of Appeals for the Federal Circuit
Washington, DC
202-275-8000