# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 16-2672 - Whitepages, Inc. v. Greenflight Venture Corp.

**Date of docketing:** September 21, 2016

**Appeal from:** United States District Court for the Northern District of California case no. 3:16-cv-00175-RS

**Appellant(s):** Greenflight Venture Corporation, Jeffrey Isaacs

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. (*Due within 14 days of the date of docketing.*) See Fed. Cir. R. 47.3.
- Certificate of interest. (*Due within 14 days of the date of docketing.*) See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing or within 30 days if the United States or its officer or agency is a party in the appeal.*) [Only in cases where all parties are represented by counsel. See Fed. Cir. R. 33.1 and the mediation guidelines available at www.cafc.uscourts.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court**.
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office**. However, in a case involving an appellant, a cross-appellant, and an appellee, a special briefing schedule is used. The appellant's opening brief is due within 60 days of the date of docketing. The cross-appellant's opening brief is due within 40 days of filing of the appellant's opening brief. The appellee's brief is due within 40 days of filing of the cross-appellant's brief. The appellant's response/reply brief is due within 40 days of filing of the appellee's brief. The cross-appellant's reply brief is due within 14 days of filing of the appellant's response/reply brief. The joint appendix is due within 10 days of filing of the cross-appellant's reply brief.
- Settlement discussions. See Fed. Cir. R. 33.
- **ORAL ARGUMENT SCHEDULE CONFLICTS:** Counsel should advise the clerk in writing within 30 days once briefing is completed of potential scheduling conflicts or as soon as they are known and should not wait until an actual conflict arises. Once scheduled, a case will not be postponed except on motion showing **compelling reasons**. See Practice Note following Fed. Cir. R. 34.

The official caption is reflected on the electronic docket under the listing of the parties and counsel. The Rules of Practice and required forms are available at www.cafc.uscourts.gov.

Peter R. Marksteiner
Clerk of Court

cc: United States District Court for the Northern District of California
Aldo A. Badini
Elizabeth B. Hagan

**CERTIFICATE OF SERVICE**
**United States District Court for the Northern District of California**
**Case No. 3:16-cv-00175-RS**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 101 California Street, San Francisco, CA 94111-5840. On the below date, I served the following document(s):

**NOTICE OF DOCKETING**

by electronically filing the document listed above via the Court's CM/ECF system, which system electronically served said document to the addressees as set forth below. No error messages were received after said transmissions.

| | |
|---|---|
| Bryan A. Kohm<br>Ravi R. Ranganath<br>Fenwick & West LLP<br>555 California St.<br>San Francisco, CA 94104<br>Tel:   415-875-2404<br><br>Elizabeth B. Hagan<br>Fenwick & West LLP<br>1191 Second Ave., 10th Floor<br>Seattle, WA  98101<br>Telephone:     206.389.4510<br>Facsimile:      206.389.4511 | *Attorneys for Whitepages, Inc.*<br><br>Email:  bkohm@fenwick.com;<br>Whitepages-Greenflight_Fenwick_Service@fenwick.com |
| Phillip J. Lee<br>McKool Smith Hennigan, PC<br>Suite 2900<br>300 South Grand Avenue<br>Los Angeles, CA 90071<br>Tel:  (213) 694-1153<br><br>Ashley N. Moore<br>Warren Lipschitz<br>Jonathan Powers<br>McKool Smith, PC<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201<br>Tel:  (214) 978-4000 | *Attorneys for True Software Scandinavia A.B.*<br><br><br><br>TrueSoftware_Greenflight@McKoolSmith.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of September, 2016 at San Francisco, California.

Signed:       /s/*Maureen Courtney*
                     MAUREEN COURTNEY