# EXHIBIT 1

| | |
|---|---|
| **From:** | Mayur Kamat |
| **To:** | App Store Notices; Kelly Schmitt |
| **Cc:** | ivp@greenflightvc.com; jdi@greenflightvc.com |
| **Subject:** | Re: Apple Inc. (our ref# APP50291) |
| **Date:** | Monday, August 24, 2015 11:15:38 PM |

Justin,

Thanks for reaching out. We have reviewed the complaint and the related patent and we believe that our technology is significantly different in several ways from the patent referenced here. For example, Whitepages ID app follows a distinctly different data retrieval process than that outlined in the patent. Whitepages technology has been implemented in its products years before the patent was even filed. As a result, we believe that the complaint below is without merit.

Mayur Kamat

Whitepages/Caller ID • mayur@whitepages.com

On 8/24/15, 11:28 AM, "App Store Notices" <appstorenotices@apple.com> wrote:

>Dear Bret and Mayur,

>

>**Please include APP50291 in the subject line of any future correspondence on this matter.**

>

>On 8/22/2015, we received a notice from Greenflight Venture Corp ("Complainant") that Complainant believes the app listed below infringes its intellectual property rights.  In particular, Complainant believes you are infringing its patent.  Please see their comments below.

>

>Developer: WhitePages.com

>Provider: WhitePages.com

>App Title: Whitepages ID

>Apple ID: 986999874

>

>Comments from Complainant: Patent infringement, USPTO issued patent.

>

>Based on success of our Caller ID app, on  July 28 2015 WhitePages substantially duplicates our CNAM based reverse query system, without obtaining any licensing rights. We will be filling for injunctive relief and damages in USDC if this is app is not taken down immediately. USPTO #8861698

>-

>

>You can reach Complainant through Ianina Petrea (email: ivp@greenflightvc.com), or Jeffrey Isaacs (email: jdi@greenflightvc.com), copied on this email.  Please exchange correspondence directly with Complainant.

>

>We look forward to receiving written assurance that your application does not infringe Complainant's rights, or that the parties are taking steps to promptly resolve the matter.  Please keep us apprised of your progress.

>

>Please note that during the course of this matter:

>

>1.  Correspondence to Apple must include the reference number noted above in the subject line and copy the other party.  All correspondence sent to Apple may be shared with the other party.

>

>2.  Written assurance of rights may include confirmation that your application does not infringe Complainant's rights, an express authorization from Complainant, or other evidence acceptable to Apple, and should include documentation wherever possible.

>

>3.  Should you choose to remove your application (for example, while you make any necessary changes), visit iTunes Connect at [https://urldefense.proofpoint.com/v2/url?u=http-3A__itunesconnect.apple.com&d=BQIGaQ&c=l5YmaygVL_uloFyEjsA1Ww&r=Pd3VpAfM64bro-yqoV0kofZWLsY5sFcYYUax_cY-538&m=Bqm_vS-hoxyP9gMRkcYTiiE4OE33jglN0eJctv8SxO8&s=TSYG549UPiCtoKZYpXT2JUYF_63op6dRteA1N1DmR-M&e=](https://urldefense.proofpoint.com/v2/url?u=http-3A__itunesconnect.apple.com&d=BQIGaQ&c=l5YmaygVL_uloFyEjsA1Ww&r=Pd3VpAfM64bro-yqoV0kofZWLsY5sFcYYUax_cY-538&m=Bqm_vS-hoxyP9gMRkcYTiiE4OE33jglN0eJctv8SxO8&s=TSYG549UPiCtoKZYpXT2JUYF_63op6dRteA1N1DmR-M&e=)  and access your app in the Manage Your Application module.

>

>       > Click on the "Rights and Pricing" button from the App Summary Page,

>       > Click on the "Deselect All" button to uncheck all App Store territories, and

>        > Click on the "Save Changes" button

>

>4.  Developers with a history of allegations of repeat infringement, or those who misrepresent facts to Apple and/or the Complainant are at risk of termination from the Developer Program.

>

>5.  Failure to respond to the Complainant or to take steps toward resolving a dispute may lead to removal of the app(s) at issue as in violation of the App Store Review Guidelines and/or the iOS Developer Program License Agreement.  Please keep Apple apprised of your progress.

>

>Thank you for your immediate attention.

>

>Sincerely,

>

>Justin

>

>   iTunes Legal  Apple  1 Infinite Loop  Cupertino  CA  95014  [mailto:AppStoreNotices@apple.com](mailto:AppStoreNotices@apple.com)

>The information in this e-mail and any attachment(s) is intended solely for the personal and confidential use of the designated recipients.  This message may be an attorney-client communication protected by privilege.  If you are not the intended recipient, you may not review, use, copy, forward, or otherwise disseminate this message.  Please notify us of the transmission error by reply e-mail and delete all copies of the message and any attachment(s) from your systems.  The use of the sender's name in this message is not intended as an electronic signature under any applicable law.  Thank you.