# EXHIBIT 3

**Fenwick**
**FENWICK & WEST LLP**

555 CALIFORNIA STREET, 12TH FLOOR   SAN FRANCISCO, CA 94104
TEL 415.875.2300   FAX 415.281.1350   WWW.FENWICK.COM

September 11, 2015

BRYAN A. KOHM

EMAIL BKOHM@FENWICK.COM
Direct Dial (415) 875-2404

**VIA E-MAIL**

Ianina Petrea
Greenflight Venture Corporation
10312 Orchid Reserve Drive
West Palm Beach, Florida 33412

    Re: Complaint re Whitepages ID (Apple Reference No. APP50291)

Dear Ms. Petrea:

    Fenwick & West LLP represents Whitepages, Inc. ("Whitepages"). I write regarding Greenflight Venture Corporation's ("Greenflight") complaint submitted to Apple Inc. regarding the Whitepages ID application. Please direct all future communications concerning this matter to me.

    In the submission to Apple dated August 22, 2015, Greenflight states that "Whitepages substantially duplicates [Greenflight's] CNAM based query system." Greenflight subsequently elaborates, in an email dated August 28, 2015, that Whitepages ID "infringes on United States Patent 8,861,698 claim 1(c) by offering an app with a 'function serving as an interface between the query and the carrier's respective CNAM database.'" In the same email, Greenflight also asserts that it maintains intellectual property rights, which are alleged to be infringed by Whitepages, in a "privacy control" system with opt-out controls.

    To ensure that Whitepages addresses Greenflight's concerns, Whitepages requests that Greenflight provide clarification regarding its allegations. Specifically, Whitepages requests that Greenflight provide the detailed basis for its allegation that Whitepages infringes the '698 patent. Whitepages similarly requests that Greenflight identify the intellectual property rights that it contends to hold in a privacy control system with opt-out controls and its basis for alleging that Whitepages infringes on those rights.

Ianina Petrea
September 11, 2015
Page 2

      Whitepages looks forward to Greenflight's response and to working with Greenflight to resolve this matter.

      Sincerely,

      FENWICK & WEST LLP

      Bryan A. Kohm