# EXHIBIT 4

| | |
|---|---|
| **From:** | Jeffrey Isaacs |
| **To:** | Bryan Kohm |
| **Cc:** | ivp@greenflightvc.com |
| **Subject:** | re: Complaint re Whitepages ID (Apple Reference No. APP50291) |
| **Date:** | Sunday, September 27, 2015 5:26:01 PM |

Dear Mr. Kohm,

Greenflight Venture Corporation has received your letter dated September 11, 2015 informing that you serve as counsel to Whitepages. Based upon our understanding of PSTN/SS7 standards and data availability, we believe that the Whitepages ID app infringes on patent 8,861,698 either directly or under federal equivalency doctrine. A substantiated notice of infringement was conveyed to your client and Apple on August 28, 2015.

There exist a range of solutions to our IP concerns, several of which could mutually benefit Whitepages. We would like to propose a meeting to discuss the entire matter, perhaps in or around Cupertino in the next few weeks. If your client is agreeable, we will notify Apple that both parties are scheduling preliminary discussions with the hope of reaching a mutually acceptable outcome.

One of us from Greenflight will follow up with you in the next few days to discuss.

Regards,


Jeffrey Isaacs

CEO
Greenflight Venture Corporation