# EXHIBIT 5

| | |
|---|---|
| **From:** | Bryan Kohm |
| **Sent:** | Tuesday, September 29, 2015 11:54 PM |
| **To:** | Jeffrey Isaacs |
| **Cc:** | ivp@greenflightvc.com |
| **Subject:** | Re: Complaint re Whitepages ID (Apple Reference No. APP50291) |

Mr. Isaacs:

Thank you for your email.  Regarding Greenflight's claims, based on the emails to Apple, I understand that Greenlight's claim of infringement is based on the allegation that Whitepages allegedly practices claim 1(c) of U.S. Patent No. 8,861,698.  Please confirm that my understanding is correct.

Your email is silent on Greenflight's claim that Whitepages violates Greenflight's intellectual property rights in a privacy control system with opt-out controls.  To date, Greenflight has not identified the intellectual property rights to which it refers, nor articulated why it believes Whitepages infringes on those rights.  In order to make the parties' discussions productive, Whitepages requests that Greenflight provide this information.

With respect to contacting Apple, Whitepages does not oppose advising Apple that the parties are conducting discussions regarding Greenflight's claims.

I look forward to receiving the requested information and discussing this matter further with you.

Best,
Bryan

---

**From:** Jeffrey Isaacs
**Date:** Sunday, September 27, 2015 at 5:25 PM
**To:** Bryan Kohm
**Cc:** "ivp@greenflightvc.com"
**Subject:** re: Complaint re Whitepages ID (Apple Reference No. APP50291)

Dear Mr. Kohm,

Greenflight Venture Corporation has received your letter dated September 11, 2015 informing that you serve as counsel to Whitepages. Based upon our understanding of PSTN/SS7 standards and data availability, we believe that the Whitepages ID app infringes on patent 8,861,698 either directly or under federal equivalency doctrine. A substantiated notice of infringement was conveyed to your client and Apple on August 28, 2015.

There exist a range of solutions to our IP concerns, several of which could mutually benefit Whitepages. We would like to propose a meeting to discuss the entire matter, perhaps in or around Cupertino in the next few weeks. If your client is agreeable, we will notify Apple that both parties are scheduling preliminary discussions with the hope of reaching a mutually acceptable outcome.

One of us from Greenflight will follow up with you in the next few days to discuss.

Regards,

Jeffrey Isaacs

CEO

Greenflight Venture Corporation