# EXHIBIT 8

**From:** Jeffrey Isaacs
**To:** Bryan Kohm
**Subject:** Re: Apple Ref#App50291
**Date:** Wednesday, October 21, 2015 2:25:46 PM

Mr. Kohm,

Friday at 11AM PT works for us.
Look forward to speaking with you.

Regards,
Jeff


&gt;&gt;&gt;
Mr. Isaacs:

Thank you for your email. Are you available for a teleconference on Friday, October 23? I am available between 11am-4pm PT.

Best,
Bryan