# EXHIBIT 9

| | |
|---|---|
| **From:** | Jeffrey Isaacs |
| **To:** | Bryan Kohm |
| **Cc:** | Ianina Petrea |
| **Subject:** | Emails |
| **Date:** | Wednesday, December 16, 2015 3:43:51 PM |

Hi Bryan,

Attached are two emails for Alex Algard. Please let me know when or if your client is willing to discuss these matters.

Thanks,
Jeff


>>>Letter from Apple Legal dated 12/11/2015
Dear Bret and Mayur,

**Please include APP50291 in the subject line of any future correspondence on this matter.**

Greenflight Venture Corp has advised that this matter is still not resolved. Please contact Greenflight Venture Corp immediately regarding this issue. You can reach Greenflight Venture Corp through: Ianina Petrea (email: ivp@greenflightvc.com), or Jeffrey Isaacs (email: jdi@greenflightvc.com).

As you know, it is your responsibility to resolve this issue directly with Greenflight Venture Corp, and further, that you are responsible for any liability to Apple in connection with this matter. We look forward to confirmation from you and Greenflight Venture Corp that this issue has been resolved.

If the matter is not resolved shortly, Apple may be forced to pull your application(s) from the App Store.

Developer: WhitePages.com
Provider: WhitePages.com
Title: Whitepages ID
Apple ID: 986999874
-

Sincerely,

Audrey

>>> Sent via LinkedIn
WhitePages rights to US Patent No. 8,861,698

Hi Alex, I'm writing you regarding your ID by WhitePages and Pro apps, in regards to a patent that I developed. The patent governs missed call/missed SMS CNAM (caller ID) lookups of US & Canadian Phone numbers. In the last six months or so, WhitePages and TrueCaller launched similar apps that appear to utilize this technology. I thought you might be interested in exclusive rights to this, as opposed to one of your competitors. An attorney from Fenwick directed us to speak to him back in mid-October, but there has been no reply as had been promised. Meanwhile, Apple Legal has sent about half a dozen emails to Bret Moore and Mayur Kamat that have gone unanswered. It seems unlike WhitePages to not at least issue a reply to Apple Legal, hence my email to you. As I mentioned to Fenwick, I believe there may exist several advantages to you acquiring exclusive rights to the patent, including 1) tax benefits, 2) competitive strategic advantages, 3) IP portfolio strengthening for future public offerings, and 4) improved

self-regulation industry image. In the alternative, we could also discuss basic licensing so that the issue with Apple resolves quickly. Hopefully you've had some time to consider these options and will be able to let us know your thoughts. I can be reached directly at jdi@greenflightvc.com or jeffrey.isaacs@insead.edu. Thanks for your attention to this matter. Regards, Jeff