# EXHIBIT 10

| | |
|---|---|
| **From:** | Bryan Kohm |
| **Sent:** | Wednesday, December 16, 2015 5:14 PM |
| **To:** | Jeffrey Isaacs |
| **Cc:** | Ianina Petrea |
| **Subject:** | Re: Emails |

Jeff,

Thank you for passing along the emails.  Let me reach out to my client and get back to you.  But just to be sure we're on the same page, please confirm that I have stated your position correctly:  It is Greenlight's position that the only way to look up CNAM data is through the use of SS7 signaling, unless of course a CNAM database (such as AT&T) is contacted directly over the internet or through other direct line, and therefore any app that queries CNAM must infringe the '698 patent.  Do I have this correct?

Thanks,
Bryan

---

**From:** Jeffrey Isaacs <jdi@greenflightvc.com>
**Date:** Wednesday, December 16, 2015 at 3:43 PM
**To:** Bryan Kohm <BKohm@Fenwick.com>
**Cc:** Ianina Petrea <ivp@greenflightvc.com>
**Subject:** Emails

Hi Bryan,

Attached are two emails for Alex Algard. Please let me know when or if your client is willing to discuss these matters.

Thanks,
Jeff

>>>Letter from Apple Legal dated 12/11/2015
Dear Bret and Mayur,

**Please include APP50291 in the subject line of any future correspondence on this matter.**

Greenflight Venture Corp has advised that this matter is still not resolved.  Please contact Greenflight Venture Corp immediately regarding this issue.  You can reach Greenflight Venture Corp through: Ianina Petrea (email: ivp@greenflightvc.com), or Jeffrey Isaacs (email: jdi@greenflightvc.com).

As you know, it is your responsibility to resolve this issue directly with Greenflight Venture Corp, and further, that you are responsible for any liability to Apple in connection with this matter.  We look forward to confirmation from you and Greenflight Venture Corp that

this issue has been resolved.

If the matter is not resolved shortly, Apple may be forced to pull your application(s) from the App Store.


Developer: WhitePages.com
Provider: WhitePages.com
Title: Whitepages ID
Apple ID: 986999874
-

Sincerely,

Audrey


>>> Sent via LinkedIn
WhitePages rights to US Patent No. 8,861,698

Hi Alex, I'm writing you
regarding your ID by WhitePages and Pro apps, in regards to a patent that I
developed. The patent governs missed call/missed SMS CNAM (caller ID) lookups
of US & Canadian Phone numbers. In the last six months or so, WhitePages
and TrueCaller launched similar apps that appear to utilize this technology. I
thought you might be interested in exclusive rights to this, as opposed to one
of your competitors. An attorney from Fenwick directed us to speak to him back
in mid-October, but there has been no reply as had been promised. Meanwhile,
Apple Legal has sent about half a dozen emails to Bret Moore and Mayur Kamat
that have gone unanswered. It seems unlike WhitePages to not at least issue a
reply to Apple Legal, hence my email to you. As I mentioned to Fenwick, I
believe there may exist several advantages to you acquiring exclusive rights to
the patent, including 1) tax benefits, 2) competitive strategic advantages, 3)
IP portfolio strengthening for future public offerings, and 4) improved
self-regulation industry image. In the alternative, we could also discuss basic
licensing so that the issue with Apple resolves quickly. Hopefully you've had
some time to consider these options and will be able to let us know your
thoughts. I can be reached directly at jdi@greenflightvc.com
or jeffrey.isaacs@insead.edu.
Thanks for your attention to this matter. Regards, Jeff