# EXHIBIT 12

|  |  |
|---|---|
| **From:** | Jeffrey Isaacs |
| **To:** | Bryan Kohm |
| **Cc:** | Ianina Petrea; george.f.baker@greenflightvc.com |
| **Subject:** | Related claim |
| **Date:** | Thursday, January 07, 2016 10:47:29 PM |

Mr. Kohm,

Please be advised Greenflight has initiated a related claim against TrueCaller A.B. for infringement of the '698 app.
Depending upon jurisdictional issues, should this matter advance to litigation we intend to do so in the same forum as with your client.

Our co-director , Mr. Baker also represents the George F. Baker Trust's IP interests herein, will be in Vancouver in February. We would hope to meet with your client by this time at the latest to reach a resolution agreement.

Regards,
Jeff Isaacs

---

**\*\*This is an automated response; please do not reply.\*\***

Dear Ianina, Jeff and George,

Thank you for using our web form to submit your claim. We acknowledge receipt and will process your claim shortly. Upon processing, we will contact you further, as well as contacting the developer of the disputed app if appropriate.

Please understand that duplicate submissions will not expedite your matter and may in fact delay the processing of your claim.

Here are the details of your submission on 01/07/16

Company: Greenflight Venture Corporation First Name: Ianina Last Name: Petrea E-mail Address: ivp@greenflightvc.com Phone: 2122570737 Address 10312 Orchid Reserve Dr West Palm Beach FL 33412 Company: First Name: Jeff Last Name: Isaacs E-mail Address: jdi@greenflightvc.com Phone: Address Company: First Name: George Last Name: Baker E-mail Address: gfb@greenflightvc.com Phone: Address

1. Apple ID: 448142450 Selected Issues: Other Description of rights infringed: TrueCaller has duplicated our CNAM based reverse query system, without authorization. By way of background, the TrueCaller app had enjoyed previous international success in India and Europe using contact book crowdsourcing which had tried and failed in the US market. To gain US market share and provide financial return to its US investors, TrueCaller proceeded to copy the technology described in our US PTO patent #8861698. The company, and its US-based investors, have not responded to Greenflight's infringment notice. Apple, Inc is hereby requested to remove the TrueCaller app from the US App Store until it is in compliance with US patent code.

Sincerely,

App Store Disputes Team

Apple Legal | 1 Infinite Loop | Cupertino | CA | 95014

The information in this e-mail and any attachment(s) is intended solely for the personal and confidential use of the designated recipients. This message may be an attorney-client communication protected by privilege. If you are not the intended recipient, you may not review, use, copy, forward, or otherwise disseminate this message. Please notify us of the transmission error by reply e-mail and delete all copies of tthe message and any attachment(s) from your systems. The use of the sender's name in this

message is not intended as an electronic signature under and applicable law. Thank you.