# EXHIBIT 14

| | |
|---|---|
| **From:** | jeffreydi@gmail.com on behalf of Jeffrey D. Isaacs |
| **To:** | Bryan Kohm |
| **Subject:** | Re: Whitepages |
| **Date:** | Tuesday, January 12, 2016 1:20:37 AM |

Bryan,

First, you reference a conversation that we had agreed was verbal off-record and informal, and I never gave you permission to record it in anyway. Please issue a statement rescinding any reliance on our informal discussions, or I will have to report this matter to the California bar. Obviously a seasoned patent law firm could obfuscate issues, such as "interfacing node" by claiming various different contexts used in verbal conversation . I expect better of Fenwick and , again, request your confirmation that you did not illegally record our telephone call.

I'm travelling in Singapore for an old classmate's wedding, so I would like to know if you and your client agree to extend your deadline by an extra 14 days for me to look into your claims (minus the claims pertaining to our telephone call).

As I did mention on the telephone call, we thought Whitepages would be interested in obtaining rights to the patent to 1) protect the careers of its 100+ employees, and 2) continue its 20 year industry dominance. Basically, we saw it as an opportunity for your client to 'clean up' their product offering and contribute to the public interest in terms of the privacy opt-out rights. Again, your letter seems to misconstrue our opt-out 'claims' , and we request a conference call with your client before your deadline to discuss this matter and avoid unnecessary litigation and costs to the federal legal system.

Please let me know regarding 1) the deadline extension I requested, and 2) whether your client accepts or requests our third request for a discussion . Please be reminded that a direct discussions is required by Apple's terms and conditions, and to date your client has refused to speak to us and has refused to provide any evidence that the patent is not infringed. As you know, patents are presumed valid and we have given Whitepages 4 months to respond with evidence supporting their belief.

Best regards,
Jeffrey Isaacs

On Tue, Jan 12, 2016 at 9:52 AM, Bryan Kohm <BKohm@fenwick.com> wrote:
> Jeffrey,
>
> Please see the attached letter.
>
> Best,
> Bryan
>
> Bryan Kohm
> Fenwick & West LLP
> Tel. 415.875.2404
> Fax. 415.281.1350