# EXHIBIT 15

| | |
|---|---|
| **From:** | jeffreydi@gmail.com on behalf of Jeffrey D. Isaacs |
| **To:** | Bryan Kohm; alex@whitepages.com; algard@whitepages.com; George Baker |
| **Subject:** | Phone call with Alan Mamedi |
| **Date:** | Tuesday, January 12, 2016 4:17:28 PM |

Hi Bryan:

After my phone call today with Alex's friend Alan, I wanted to put in writing the following.

Greenflight believes that upholding its patent, with respect to WhitePages and TrueCaller, is in the public interest.

We will advocate for this interest in the USDC, to support the long-term availability of a proper infrastructure for free caller ID.

Your client appeared on national television "Fox Networks" with Maria Bartiroma. Under presumption of validity, your client, Mr. Alex Algard, made false statements to the nation that it had the "leading" technology for reverse phone networks. Mr Algard made no mention of the current patent claims against his product, and had no right to call it the "leading" product in the field.

Greenflight demands Mr Algard issue a retraction of this statement. Absent this action, Greenflight will request Fox Networks corrects his false statement.

Whitepages technology dates back to uploading/copying landline whitepages onto the internet. As Mr Algard pointed out on national television, "landline is dying a fast death." Our technology brings free mobile(as distinguished from landline) caller ID to the public in a responsible fashion. Whitepages use of inferior and or outdated technology, monetized by questionable recurring billing practices, was on the way out. Greenflight agrees that "fast death" was in fact an appropriate term to describe this phenomenon, in this context.

Despite the legal confrontations, we still believe Whitepages is in an excellent position to strengthen its IP portfolio and profit from our patent, while offering the public its best product ever. We hereby extend a 72 hour offer to Whitepages, Inc, to aquire the '698 patent in its entirety for $15 million USD.

Please be advised that a lawsuit claim is pending against your client and in the process of delivery to the relevant District Court. Filing will coincide with the 72 hour offer expiration.

Jeffrey Isaacs

cc: Apple Legal
TrueCaller
Kleiner Perkins