# EXHIBIT 18

| | |
|---|---|
| **From:** | Bryan Kohm |
| **Sent:** | Friday, January 15, 2016 2:27 PM |
| **To:** | dgreene@foxrothschild.com |
| **Subject:** | Greenflight |
| **Attachments:** | 2016 01 11 [1] Complaint.pdf; 2016 01 11 [1-01] Exhibit A.pdf; 2016 01 11 [1-02] Civil Cover Sheet.pdf; 2016 01 11 [1-03] Summons (Greenflight Ventures).pdf; 2016 01 11 [1-04] Summons (Ianina Petrea).pdf; 2016 01 11 [1-05] Summons (Jeffrey Isaacs).pdf; 2016 01 11 [1-06] Form AO 120.pdf; 2016 01 12 [3] Order Setting Initial CMC and ADR Deadlines.pdf; ADR-Certification.pdf; Checklist for Rule 26(f).pdf; Consenting to the Jurisdiction of a Magistrate Judge.pdf; ECF Registration Info.pdf; ESI_Guidelines-12-1-2015.pdf; Notice of Assignment to Magistrate for Trial, Consent or Declination.pdf; Notice_of_Availability_of_Magistrate_Judge (If District Judge).pdf; Standing Order for All Judges of the Northern Distric tof CA.pdf; Standing Order for Mag Judge Sallie Kim.pdf; Standing Order for Patent Cases.pdf |

Mr. Greene:

I represent Whitepages, Inc.  I learned today that you represent Greenflight Ventures Corporation ("Greenflight") with respect to its claims of infringement against Whitepages.  On January 11, 2016, Whitepages filed a complaint against Greenflight, Jeffrey Isaacs and Ianina Petrea.  A copy of the complaint and associated materials are attached to this email.  Please advise whether you will accept service of the complaint on behalf of Greenflight.  Please also advise whether you represent Mr. Isaacs and Ms. Petrea, and if so, whether you will accept service on their behalf as well.

Best regards,
Bryan