# EXHIBIT 20

| | |
|---|---|
| **From:** | jeffreydi@gmail.com on behalf of Jeffrey D. Isaacs |
| **To:** | Bryan Kohm |
| **Subject:** | Related cases : 3:16-cv-00175-SK |
| **Date:** | Tuesday, January 19, 2016 9:59:27 AM |

Bryan,

Why the delay on filing a notice of related cases in your CAND case?

Dr Jeff Isaacs