# EXHIBIT 21

**From:** jeffreydi@gmail.com on behalf of Jeffrey D. Isaacs
**To:** Bryan Kohm
**Subject:** Fwd: SS7
**Date:** Tuesday, January 19, 2016 12:47:55 PM

Bryan,

Please see attached to True Software's attorneys. Greenflight hereby asks your client, or you, to respond to the issues raised below. Please note this letter is in regard to the complaint we filed with Apple, Inc, and not any other related USDC processes. Greenflight does not maintain counsel for communications instances such is this with the Apple developer community.

We appreciated your prompt response to the questions we asked True Software, specifically: 1) Apple, Inc, through the App Review process, seems to be in a position to quickly verify this matter and avoid unnecessary litigation expenses to the tax payer. Does your client consent to provide documentation of its CNAM provider to Apple, Inc's as part of the developer community dispute resolution process underway since August 2015?

2) Are the words "SS7 network service" mentioned in your client's CNAM provider contract, or any previous contracts with the provider?

3) Have you personally reviewed your client's provider contracts/documentation, before you accused me of making false statements to Apple?

Your prompt reply is appreciated. To reiterate, as of now Greenflight handles Apple communications directly; we have retained counsel only for a patent infringement case filed in SDFL.

Regards,
Jeffrey Isaacs


---------- Forwarded message ----------
From: **Jeffrey D. Isaacs** <jeffrey.isaacs.wg03@wharton.upenn.edu>
Date: Wed, Jan 20, 2016 at 4:41 AM
Subject: SS7
To: "Ashley N. Moore" <amoore@mckoolsmith.com>, Ted Stevenson <tstevenson@mckoolsmith.com>


Ashley,

We've been reviewing the letter that you sent last week, and believe you may have made false statements to Apple computer, specifically, that TrueCaller's system and app "do not connect to the SS7 network."

We are in possession of sample contracts from the nation's largest CNAM providers.

We believe that the contract relevant to TrueCaller , in its first paragraph, states that "CNAM

is [an] SS7 network service."

Have you personally seen and verified True Software's CNAM provider documentation?

By "system," do you include connected systems provided by the third-party CNAM provider? If so, you must agree your statement is false. If not, it is misleading Apple by suggesting a complete system.

Apple, Inc, through the App Review process, seems to be in a position to quickly verify this matter and avoid unnecessary litigation expenses to the tax payer.

Does your client consent to a request to have Apple mediate and independently verify whether or not SS7 is accessed during the TrueCaller app query?

Your prompt reply is appreciated. This letter pertains to the pending Apple complaint, and not any other processes that may be underway.

Regards,
Dr Jeff Isaacs