# EXHIBIT 22

**From:** jeffreydi@gmail.com on behalf of Jeffrey D. Isaacs
**To:** Bryan Kohm
**Subject:** Re: SS7
**Date:** Wednesday, January 20, 2016 1:44:20 AM

Bryan,

Is it your/your clients position that Apple no longer has a right to investigate an infringing app on their own App Store?
Have you filed for any preliminary injunctions to that effect?

If not, Greenflight still awaits your compliance (5 months overdue) with Apple's App Store/developer rules & regulations. Namely, you were asked to provide evidence of non-infringement to Apple's satisfaction. As I mentioned, your clients CNAM provider contract should mention on its first page whether or not the data is SS7 sourced.

Seperately, are you planning to file a Notice of Related cases, pursuant to FRCP and California Rules of Court?

Jeff


On Wed, Jan 20, 2016 at 9:41 AM, Bryan Kohm <BKohm@fenwick.com> wrote:
> Jeffrey,
>
> As you know, this matter is now the subject of an action pending before the United States District Court for the Northern District of California ("the district court action"). Any and all matters concerning this dispute, including the requested discovery below, should proceed according the procedures of that Court.
>
> Best,
> Bryan
>
> From: <jeffreydi@gmail.comjeffreydi@gmail.com>> on behalf of "Jeffrey D. Isaacs" <jeffrey.isaacs.wg03@wharton.upenn.edujeffrey.isaacs.wg03@wharton.upenn.edu>>
> Date: Tuesday, January 19, 2016 at 12:47 PM
> To: Bryan Kohm BKohm@Fenwick.com>>
> Subject: Fwd: SS7
>
> Bryan,
>
> Please see attached to True Software's attorneys. Greenflight hereby asks your client, or you, to respond to the issues raised below. Please note this letter is in regard to the complaint we filed with Apple, Inc, and not any other related USDC processes. Greenflight does not maintain counsel for communications instances such is this with the Apple developer community.
>
> We appreciated your prompt response to the questions we asked True Software, specifically:
> 1) Apple, Inc, through the App Review process, seems to be in a position to quickly verify this matter and avoid unnecessary litigation expenses to the tax payer. Does your client

consent to provide documentation of its CNAM provider to Apple, Inc's as part of the developer community dispute resolution process underway since August 2015?

2) Are the words "SS7 network service" mentioned in your client's CNAM provider contract, or any previous contracts with the provider?

3) Have you personally reviewed your client's provider contracts/documentation, before you accused me of making false statements to Apple?

Your prompt reply is appreciated. To reiterate, as of now Greenflight handles Apple communications directly; we have retained counsel only for a patent infringement case filed in SDFL.

Regards,
Jeffrey Isaacs


---------- Forwarded message ----------
From: Jeffrey D. Isaacs <<jeffrey.isaacs.wg03@wharton.upenn.edu>jeffrey.isaacs.wg03@wharton.upenn.edu>>
Date: Wed, Jan 20, 2016 at 4:41 AM
Subject: SS7
To: "Ashley N. Moore" <amoore@mckoolsmith.comamoore@mckoolsmith.com>>, Ted Stevenson <tstevenson@mckoolsmith.comtstevenson@mckoolsmith.com>>


Ashley,

We've been reviewing the letter that you sent last week, and believe you may have made false statements to Apple computer, specifically, that TrueCaller's system and app "do not connect to the SS7 network."

We are in possession of sample contracts from the nation's largest CNAM providers.

We believe that the contract relevant to TrueCaller , in its first paragraph, states that "CNAM is [an] SS7 network service."

Have you personally seen and verified True Software's CNAM provider documentation?

By "system," do you include connected systems provided by the third-party CNAM provider? If so, you must agree your statement is false. If not, it is misleading Apple by suggesting a complete system.

Apple, Inc, through the App Review process, seems to be in a position to quickly verify this matter and avoid unnecessary litigation expenses to the tax payer.

Does your client consent to a request to have Apple mediate and independently verify whether or not SS7 is accessed during the TrueCaller app query?

Your prompt reply is appreciated. This letter pertains to the pending Apple complaint, and

not any other processes that may be underway.

Regards,
Dr Jeff Isaacs