# EXHIBIT 24

| | |
|---|---|
| **From:** | jeffreydi@gmail.com on behalf of Jeffrey D. Isaacs |
| **To:** | Bryan Kohm |
| **Subject:** | Demand Letter |
| **Date:** | Wednesday, January 20, 2016 11:23:31 AM |
| **Attachments:** | AppStoreJanGFVC.pdf |

Bryan,

Thank you for allowing an extra week to respond to your letter.

Please see our attached letter to Apple. We have reviewed your claims and discussed them with multpiple law firms. We have good faith belief in our infringement claims. Our patent can be continued until October 2016 in the event , as a pro se applicant, some claim language needs to be amended. I don't believe this is the case, as you can see , we believe an SS7 interfacing node is outsourced by all industry leading CNAM providers. We have offered to show documentation of sample contracts. On the other hand, your client has refused to produce evidence pursuant to Apple's App Review Guidelines and iOS Developer Rules & Regulations.

We continue to rely upon the high standards Apple sets for the App Store. We await your production of evidence acceptable to Apple of non-infringment. By definition, your trade libel claim at this point is frivolous. First, Apple hasn't done anything yet , certainly not at the $75,000 range for a federal claim. Second, by definition Apple awaits "evidence acceptable to Apple," and thereby we have full faith that any decision by Apple will be reviewed according to their own investigation of the facts and review of the '698 patent.

We await your client's evidence, documentation, and willingness to meet and confer.

Dr Jeff Isaacs