# EXHIBIT 25

| | |
|---|---|
| **From:** | jeffreydi@gmail.com on behalf of Jeffrey D. Isaacs |
| **To:** | Bryan Kohm |
| **Subject:** | Withdrawal of CAND claim |
| **Date:** | Thursday, January 21, 2016 11:32:12 AM |

Hi Bryan,

Yesterday we requested that Apple Legal obtain documentation of infringement from your client and verify , themselves, whether or not infringement of the '698 patent has occurred.

As such, we believe we have complied with the spirit of your January 11th offer to dismiss the CAND libel / trade libel claims in exchange for retraction of our demand to pull the app. We appreciate you extending the offer by a week, and deem it accepted. To clarify, we do not (and never did) seek any action adverse to your client by Apple that their own legal department did not investigate and verify.

Please provide notice that you have completed your end of the agreement, and have filed a motion to withdrawal the case without prejudice.

On a separate note, my letter yesterday merely pointed out that ;the '698 patent may be amended until October. At this point, we are not aware of any necessity to do so. Your client outsources the SS7 node, and this is covered by the claims.

Regards,

Jeffrey Isaacs