# EXHIBIT 29

| | |
|---|---|
| **From:** | Bryan Kohm |
| **Sent:** | Thursday, January 21, 2016 12:58 PM |
| **To:** | Greene, David A. |
| **Subject:** | Greenflight |
| **Attachments:** | Re: Withdrawal of CAND claim; Re: Withdrawal of CAND claim; Re: Withdrawal of CAND claim; Withdrawal of CAND claim |

David:

I've attached my recent communications with Jeffrey Isaacs. It's not clear to me why Jeffrey refuses to allow you to be included in the communications, but I think it would be much more productive if you participated. I'm happy to have a call if you'd like.

Best,
Bryan

**Bryan Kohm**
Fenwick & West LLP
Tel. 415.875.2404
Fax. 415.281.1350