# EXHIBIT 30

**From:** Bryan Kohm
**Sent:** Wednesday, January 27, 2016 4:04 PM
**To:** Doroshow, James E.
**Subject:** Re: Greenflight

Jim,

Following up on my voicemail, are you available sometime tomorrow to talk? I am currently generally available, so just let me know what time works for you. Some things I would like to discuss (or at least begin discussing):

(1) How to proceed with the Florida case. As you know, Whitepages filed a declaratory judgment action against Greenflight in California before the Florida case was filed.
(2) If Greenflight intends to move forward with the Florida action, how does Greenflight intend to handle the mis-joinder of the Whitepages defendants and True Software.
(3) Is Greenflight willing to grant the Whitepages defendants an extension to respond to the complaint?

I look forward to talking.

Best,
Bryan

---

**From:** "Greene, David A." <DGreene@foxrothschild.com>
**Date:** Friday, January 22, 2016 at 11:46 AM
**To:** Bryan Kohm <BKohm@Fenwick.com>
**Cc:** "Doroshow, James E." <JDoroshow@foxrothschild.com>, "Greene, David A." <DGreene@foxrothschild.com>
**Subject:** RE: Greenflight

Bryan,

Please feel free to contact my partner, Jim Doroshow, to discuss this matter. His number is 310-228-6990. Thank you.


David Greene
Fox Rothschild LLP
(561) 804-4441 - direct
DGreene@foxrothschild.com

-----Original Message-----
From: Bryan Kohm [mailto:BKohm@Fenwick.com]
Sent: Thursday, January 21, 2016 3:58 PM
To: Greene, David A.
Subject: Greenflight

David:

I've attached my recent communications with Jeffrey Isaacs. It's not clear to me why Jeffrey refuses to allow you to be included in the communications, but I think it would be much more productive if you participated. I'm happy to have a call if you'd like.

Best,
Bryan

Bryan Kohm
Fenwick & West LLP
Tel. 415.875.2404
Fax. 415.281.1350

This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for
the use of the Individual(s) named above. If you are not the intended recipient
of this e-mail, or the employee or agent responsible for delivering this to the
intended recipient, you are hereby notified that any dissemination or copying
of this e-mail is strictly prohibited. If you have received this e-mail in error,
please immediately notify us by telephone at (215)-299-2167 or notify us by
e-mail at helpdesk@foxrothschild.com. Also, please mail a hardcopy of the e-mail
to Fox Rothschild LLP, 2000 Market Street, Philadelphia PA 19103-3222 via the
U.S. Postal Service. We will reimburse you for all expenses incurred. Thank you.