# EXHIBIT 31

**2015 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P13000035701

**Entity Name:** GREENFLIGHT VENTURE CORPORATION

**FILED**
**Mar 14, 2015**
**Secretary of State**
**CC0325329063**

**Current Principal Place of Business:**

10312 ORCHID RESERVE DRIVE
WEST PALM BEACH, FL 33412

**Current Mailing Address:**

3553 W CHESTER PIKE
PMB #177
NEWTOWN SQUARE, PA 19073 US

**FEI Number:** 46-2583393

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

PETREA, IANINA
10312 ORCHID RESERVE DRIVE
W PALM BEACH, FL 33412 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:
_____
Electronic Signature of Registered Agent                                                                                      Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | P | | Title | CEO |
| Name | PETREA, IANINA | | Name | ISAACS, JEFFREY D DR. |
| Address | 10312 ORCHID RESERVE DR | | Address | GRAND ETANG |
| City-State-Zip: | W PALM BEACH FL 33412 | | City-State-Zip: | TERRES BASSES 97150 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JEFFREY ISAACS                                        CEO                                             03/14/2015
_____
Electronic Signature of Signing Officer/Director Detail                                                                Date