# EXHIBIT 32

**2016 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P13000035701

**Entity Name:** GREENFLIGHT VENTURE CORPORATION

**FILED**
**Jan 16, 2016**
**Secretary of State**
**CC2517246149**

**Current Principal Place of Business:**

90, GRAND ETANG
CO VOLVERT INTERNATIONAL SARL
TERRE BASSE, ST MARTIN  97150

**Current Mailing Address:**

90, GRAND ETANG
CO VOLVERT INTERNATIONAL
TERRE BASSE, STMARTIN  97150  FR

**FEI Number:** 46-2583393

**Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

ISAACS, JEFFREY  DR.
10312 ORCHID RESERVE DRIVE
W PALM BEACH, FL  33412  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   /DR JEFFREY D. ISAACS/                                                          01/16/2016
                       Electronic Signature of Registered Agent                                                Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | CEO |
| Name | ISAACS, JEFFREY D DR. |
| Address | GRAND ETANG |
| City-State-Zip: | TERRES BASSES   97150 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: /DR JEFFREY D ISAACS/                                   CEO                                 01/16/2016
                    Electronic Signature of Signing Officer/Director Detail                                          Date