# EXHIBIT 33



Gary R. Nikolits, CFA
**Property Appraiser**
Palm Beach County

Homestead Exemption  E-file ▶

| | |
|---|---|
| Location Address | 10312 ORCHID RESERVE DR |
| Municipality | WEST PALM BEACH |
| Parcel Control Number | 74-41-42-36-05-009-0010 |
| Subdivision | ORCHID RESERVE CONDOMINIUM |
| Official Records Book | 22882   Page 900 |
| Sale Date | SEP-2008 |
| Legal Description | ORCHID RESERVE CONDOMINIUM UNIT 9A |

| Owners | Mailing address |
|---|---|
| ISAACS WILLIAM L & SKALER DEBRA | 8 CHASE CIR FORT WASHINGTON PA 19034 2824 |

| Sales Date | Price | OR Book/Page | Sale Type | Owner |
|---|---|---|---|---|
| SEP-2008 | $325,000 | 22882 / 0900 | WARRANTY DEED | ISAACS WILLIAM L & |
| FEB-2006 | $434,841 | 20017 / 0612 | WARRANTY DEED | HUFFSTUTTER SHARON |

No Exemption Information Available.

| | | |
|---|---|---|
| Number of Units  1 | *Total Square Feet  2356 | Acres |
| Use Code  0400 – CONDOMINIUM | Zoning  – | |

| Tax Year | 2015 | 2014 | 2013 |
|---|---|---|---|
| Improvement Value | $220,000 | $160,000 | $120,000 |
| Land Value | $0 | $0 | $0 |
| Total Market Value | $220,000 | $160,000 | $120,000 |

All values are as of January 1st each year

| Tax Year | 2015 | 2014 | 2013 |
|---|---|---|---|
| Assessed Value | $145,200 | $132,000 | $120,000 |
| Exemption Amount | $0 | $0 | $0 |
| Taxable Value | $145,200 | $132,000 | $120,000 |

| Tax Year | 2015 | 2014 | 2013 |
|---|---|---|---|
| Ad Valorem | $3,908 | $3,284 | $2,801 |
| Non Ad Valorem | $848 | $848 | $851 |
| Total tax | $4,756 | $4,132 | $3,652 |