# EXHIBIT 34

## RETURN OF SERVICE AFFIDAVIT
GREENFLIGHT VENTURES CORPORATION C/O: DR. JEFFREY ISAACS

| | |
|---|---|
| UNITED STATES DISTRICT COURT | CASE: 3:16-CV-00175-SK |
| THE NORTHERN DISTRICT OF CALIFORNIA | CIVIL DIVISION |

---

WHITEPAGES, INC.

vs.

GREENFLIGHT VENTURES CORPORATION, A
FLORIDA COMPANY, JEFFREY ISAACS ET AL.

21 DAY SUMMONS, COMPLAINT FOR DECLARATORY
JUDGMENT OF NON-INFRINGEMENT;
TRADE LIBEL; LIBEL; UNFAIR COMPETITION
SEE SUPPLEMENTARY FOR ALL DOCUMENTS SERVED

---

Pursuant to the request of Bryan A. Kohm, Esquire, 555 California Street, Suite 1200, San Francisco, CA. WF GREENBERG & COMPANY, LLC., received this process on January 20, 2016 at 04:00 P.M.

I, WILLIAM F. GREENBERG was unable to serve same on **GREENFLIGHT VENTURES CORPORATION C/O: DR. JEFFREY ISAACS**, at 10312 ORCHID RESERVE DRIVE, WEST PALM BEACH, FL 33412 on **JANUARY 22, 2016 at 11:30 A.M.**

### NO SERVICE

For the reason that diligent search and inquiry failed to locate **GREENFLIGHT VENTURES CORPORATION C/O: DR. JEFFREY ISAACS**.

### COMMENTS

10312 ORCHID RESERVE DRIVE, WEST PALM BEACH: 1/22 11:30A PER WHITE MALE (DECLINE NAME) APPROX 55Y 5'10 170LB GREY HAIR, STATED ISAACS HAVE NOT LIVED AT THIS ADDRESS FOR ABOUT 2 YEARS.

**I ACKNOWLEDGE** that I am authorized to serve process, in good standing in the jurisdiction wherein this process was served and I have no interest in the above action. No Notary required pursuant to F.S. 92.525 (2)

The foregoing instrument was acknowledged before me this day by the process server who is personally known to me.
February 3rd, 2016

**WF GREENBERG & COMPANY, LLC.**
**7040 SEMINOLE PRATT RD SUITE 25-169**
**LOXAHATCHEE, FL 33470**
**OFFICE (561) 422-3190**

NOTARY

WILLIAM F. GREENBERG PB CERT 263

INDEX   104278
FILE NO  WHITEPAGES/GREENFLIGHT

CHRISTINA WILKOF
MY COMMISSION # FF 129263
EXPIRES: June 12, 2018
Bonded Thru Budget Notary Services

UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA
CIVIL DIVISION
3:16-CV-00175-SK


WHITEPAGES, INC.

      (Plaintiff/Petitioner)           **SUPPLEMENTAL AFFIDAVIT**

vs


GREENFLIGHT VENTURES CORPORATION, A
FLORIDA COMPANY, JEFFREY ISAACS ET AL.
      (DEFENDANT/RESPONDANT)


All Documents attached for service to defendant;

Summons,
Complaint for declaratory Judgment of non-infringement; trade libel;
libel; unfair competition,
Exhibit A,
Civil Cover Sheet,
Report on the filing or determination of an action regarding a patent or
trademark,
Order Setting initial case management conference and ADR Deadlines,
Standing order for all Judges of the Northern District of California,
Standing order for magistrate Judge Sallie Kim,
Standing order for Patent Cases,
Notice of Assignment of Case to a United States Magistrate Judge for
Trial,
ECF Registration Information,
United States District Court Northern District of California - Consenting
to the Jurisdiction of a Magistrate Judge,
ADR Certification by Parties and Counsel,
Checklist for Rule 26(f) Meet and Confer regarding electronically stored
information,
Guidelines for the discovery of electronically stored information,
Notice of Availability of Magistrate Judge to exercise Jurisdiction.
Notice of Electronic Filing


_____
William F. Greenberg (PB CERT 263 )

Index:   104278


Page    1