# EXHIBIT 36

## RETURN OF SERVICE AFFIDAVIT
### IANINA PETREA

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>THE NORTHERN DISTRICT OF CALIFORNIA | CASE: 3:16-CV-00175-SK<br>CIVIL DIVISION |
| WHITEPAGES, INC.<br><br>vs.<br><br>GREENFLIGHT VENTURES CORPORATION, A<br>FLORIDA COMPANY, JEFFREY ISAACS ET AL. | 21 DAY SUMMONS, COMPLAINT FOR DECLARATORY<br>JUDGMENT OF NON-INFRINGEMENT;<br>TRADE LIBEL; LIBEL; UNFAIR COMPETITION<br>SEE SUPPLEMENTARY FOR ALL DOCUMENTS SERVED |

Pursuant to the request of Bryan A. Kohm, Esquire, 555 California Street, Suite 1200, San Francisco, CA. WF GREENBERG & COMPANY, LLC., received this process on January 20, 2016 at 04:00 P.M.

I, WILLIAM F. GREENBERG was unable to serve same on **IANINA PETREA**, at 10312 ORCHID RESERVE DRIVE, WEST PALM BEACH, FL 33412 on **JANUARY 26, 2016** at **08:30 P.M.**

### NO SERVICE

For the reason that diligent search and inquiry failed to locate **IANINA PETREA**.

### COMMENTS

10312 ORCHID RESERVE DRIVE, WEST PALM BEACH: 1/22 11:30A PER WHITE MALE (DECLINE NAME) APPROX 55Y 5'10 170LB GREY HAIR, STATED PETREA HAVE NOT LIVED AT THIS ADDRESS FOR ABOUT 2 YEARS.

**I ACKNOWLEDGE** that I am authorized to serve process, in good standing in the jurisdiction wherein this process was served and I have no interest in the above action. No Notary required pursuant to F.S. 92.525 (2)

| | |
|---|---|
| The foregoing instrument was<br>acknowledged before me this day<br>by the process server who is<br>personally known to me.<br>February 1st, 2016 | **WF GREENBERG & COMPANY, LLC.**<br>**7040 SEMINOLE PRATT RD SUITE 25-169**<br>**LOXAHATCHEE, FL 33470**<br>**OFFICE (561) 422-3190** |
| _____<br>NOTARY | _____<br>WILLIAM F. GREENBERG PB CERT 263 |

INDEX   104280
FILE NO WHITEPAGES/GREENFLIGHT

CHRISTINA WILKOF
MY COMMISSION # FF 129263
EXPIRES: June 12, 2018
Bonded Thru Budget Notary Services

UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA
CIVIL DIVISION
3:16-CV-00175-SK


WHITEPAGES, INC.

    (Plaintiff/Petitioner)           **SUPPLEMENTAL AFFIDAVIT**

vs

GREENFLIGHT VENTURES CORPORATION, A
FLORIDA COMPANY, JEFFREY ISAACS ET AL.
    (DEFENDANT/RESPONDANT)


All Documents served to defendant;

Summons,
Complaint for declaratory Judgment of non-infringement; trade libel; libel; unfair competition,
Exhibit A,
Civil Cover Sheet,
Report on the filing or determination of an action regarding a patent or trademark,
Order Setting initial case management conference and ADR Deadlines,
Standing order for all Judges of the Northern District of California,
Standing order for magistrate Judge Sallie Kim,
Standing order for Patent Cases,
Notice of Assignment of Case to a United States Magistrate Judge for Trial,
ECF Registration Information,
United States District Court Northern District of California - Consenting to the Jurisdiction of a Magistrate Judge,
ADR Certification by Parties and Counsel,
Checklist for Rule 26(f) Meet and Confer regarding electronically stored information,
Guidelines for the discovery of electronically stored information,
Notice of Availability of Magistrate Judge to exercise Jurisdiction.
Notice of Electronic Filing

*************************************************

On 1/25/2016 Clients secretary called, our office and said that the defendant had also recently filed a complaint in US District Court of the Sourthern District of Florida where he listed 10312 Orchid Reserve Drive, West Palm Beach FL 33412 as a current address. With this information it was requested that process server serve Jeffrey Isaacs and Ianina Petrea at that address. The secretary sited Rule 4...., and was asked to email the specific rule under which the attorney was requesting said service that was proper. The follow-up email never was received.

In the meantime the Summons was sent back in the field, and served prior to obtaining further documention to support service at given address.

On 1/26/2016 at 8:30pm at 10312 Orchid Reserve Drive West Palm Beach FL

Page    1

UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA
CIVIL DIVISION
3:16-CV-00175-SK

33412 I, William Greenberg spoke with William Isaacs (father of defendant) and again asked for Jeffrey Isaacs and Ianina Petrea. William Isaacs whose approx description is; ~55-65 y/o white male 5'10" 170lbs white male glasses, refused to accept process and stated;  His son lives on an Island outside country. His son stayed temporarily at this address 2 years ago and left.

I then informed William, when he refused to accept the Summons, that I would leave them at the doorway, and placed them there. He was well informed of the nature of the suit.

The Summons were left at the doorstep.

_____
William F. Greenberg  (PB CERT 263 )

Index:   104280