# EXHIBIT 37

| | |
|---|---|
| **From:** | Jeffrey |
| **To:** | Bryan Kohm |
| **Subject:** | Fwd: Letters |
| **Date:** | Thursday, February 04, 2016 7:20:20 PM |
| **Attachments:** | photo 1.JPG |
| | photo 2.JPG |

Mr Kohm,

Please do not harrass my stepmother by mailing letters to her house for myself or Ianina.
They have been marked returned to sender.
Please be advised I do not waive Florida's personal service of summons rules, and that I do not reside at the address you are harassing.

# fenwick
**FENWICK & WEST LLP**
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WA 98101

*Return to Sender*

IANINA PETREA
10312 Orchid Reserve Drive
West Palm Beach, Florida 33412-3047

30412304712



neopost
01/25/2016
US POSTAGE
$00.48⁵
FIRST-CLASS MAIL
ZIP 98101
041L11248888

Individuals do not live here
Corporation not spelled correctly