# EXHIBIT 42

| From: | Ramos, Constance F. |
|---|---|
| To: | Ravi Ranganath |
| Cc: | Bryan Kohm; Liz Hagan; Badini, Aldo A.; Lin, James C. |
| Subject: | RE: Whitepages v. Greenflight - Request for Entry of Judgment |
| Date: | Wednesday, September 07, 2016 10:00:39 AM |

Hi Ravi,

Thank you for the draft.  Greenflight will agree not to oppose the motion so long as it is amended to include a statement that each party is to bear its own fees and costs.  Please let us know if you have any questions or concerns.

Thanks,
-Connie

**Constance F. Ramos Ph.D.**

**Partner**

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5840

D: +1 (415) 591-1405

F: +1 (415) 591-1400

Bio | VCard | | winston.com



---

**From:** Ravi Ranganath [mailto:rranganath@fenwick.com]
**Sent:** Friday, September 02, 2016 4:08 PM
**To:** Ramos, Constance F.; Ramos, Constance F.; Ramos, Constance F.
**Cc:** Bryan Kohm; Liz Hagan
**Subject:** Whitepages v. Greenflight - Request for Entry of Judgment

Connie,

Per our discussion yesterday, I attach a draft request for entry of judgment.  Please let us know Greenflight's position on the motion.

Best,



**RAVI RANGANATH**
Fenwick & West LLP
Associate, Litigation Group
☎ (415) 875-2443
🖷 (415) 281-1350
✉ rranganath@fenwick.com

-------------------------------------------

NOTICE:
This email and all attachments are confidential, may be legally privileged, and are intended solely for the individual or entity to whom the email is addressed.  However, mistakes sometimes happen in addressing emails.  If you believe that you are not an intended recipient, please stop reading immediately.  Do not copy, forward, or rely on the contents in any way.  Notify the sender and/or Fenwick & West LLP by telephone at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.  Sender reserves and asserts all rights to confidentiality, including all privileges that may apply.

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.