# EXHIBIT 44

| | |
|---|---|
| **From:** | Bryan Kohm |
| **To:** | Ravi Ranganath |
| **Cc:** | Badini, Aldo A.; Liz Hagan; Ramos, Constance F.; Lin, James C. |
| **Subject:** | Re: Meet and Confer |
| **Date:** | Friday, September 16, 2016 12:17:34 PM |

Aldo,

We'll separately provide an explanation regarding why your arguments lack basis.  And yes, I was aware of your authority, well before we filed the case.  As you will learn, it is inapplicable to our circumstances.

In the meantime, I ask that you refrain from acting unprofessionally and yelling at my associates.  I refer you to the Court's Guidelines for Professional Conduct, and in particular the following:

**"8.  Communications with Opponents or Adversaries**

A lawyer should at all times be civil, courteous, and accurate in communicating with opponents or adversaries, whether in writing or orally."

If you desire to violate this guideline, please direct your unprofessionalism at me.

Best,

Bryan


On Sep 16, 2016, at 11:23 AM, Ravi Ranganath <rranganath@fenwick.com> wrote:

> Please include Whitepages' trial counsel Bryan Kohm on this correspondence.
>
> Have a good weekend,
> Ravi
>
> ---
>
> **From:** Ravi Ranganath
> **Sent:** Friday, September 16, 2016 11:23 AM
> **To:** 'Badini, Aldo A.'; Liz Hagan
> **Cc:** Ramos, Constance F.; Lin, James C.
> **Subject:** RE: Meet and Confer
>
> Thank you, and to clear the record, the first time you brought this authority to our attention was on the phone during the meet and confer, leaving me no time to consider it, let alone provide you a substantive response.  We appreciate your time.
>
> Best regards,



**RAVI RANGANATH**
Fenwick & West LLP
Associate, Litigation Group
☎ (415) 875-2443
🖨 (415) 281-1350
✉ rranganath@fenwick.com

---

**From:** Badini, Aldo A. [mailto:ABadini@winston.com]
**Sent:** Friday, September 16, 2016 11:20 AM
**To:** Ravi Ranganath; Liz Hagan
**Cc:** Ramos, Constance F.; Lin, James C.
**Subject:** Meet and Confer

Dear Ravi and Elizabeth,

This is to confirm that we just had a meet and confer today with respect to your threatened motion for attorneys fees and costs under Section 285 and 1927 in the Whitepages v. Greenflight matter.  I explained in detail to you why any such motion would be frivolous and advised you that, should any such motion be filed, we would intend to seek fees and costs on account of the frivolous motion.  Despite my invitation, you had no substantive response during the call to any of the legal or factual defects with your motion which I articulated to you.

Regards,

Aldo

**Aldo A. Badini**
**Partner**

Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

D: +1 (212) 294-4601

F: +1 (212) 294-4700

Bio | VCard | Email | winston.com





Global Competition Review highly recommends Winston & Strawn 13th Edition (2014)

The contents of this message may be privileged and confidential. If this message has been received in error, please

delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.