# AIPLA

# 2015 Report of the Economic Survey

Prepared Under Direction of
Law Practice Management Committee



American Intellectual Property Law Association
241 18th Street South, Suite 700
Arlington, Virginia 22202
www.aipla.org



# Report of the Economic Survey 2015

Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee

Richard W. Goldstein, Chair
Donika P. Pentcheva, Vice Chair

June 2015

Prepared by:



910 Clopper Road, Suite 210N  ■  Gaithersburg, Maryland 20878
TEL: (240) 268-1262  ■  ARI@associationresearch.com

# AIPLA Law Practice Management 2015 Economic Survey Participants

We would like to thank those who helped put together and review
this year's AIPLA Economic Survey:

**Richard Goldstein**: Goldstein Patent Law – Chair of LPM Committee

**Donika Pentcheva**: Westman, Champlin & Koeher – Vice Chair of LPM Committee

---

**David A. Divine**: Lee & Hayes – Chair of Economic Survey Subcommittee

---

| | |
|---|---|
| **Ashraf Abdul-Mohsen**: ARI | **Kevin Kirsch**: Baker Hostetler |
| **Rhonda Bogart**: Lee & Hayes | **Douglas Nemec**: Skadden, Arps, |
| **Meghan Donohoe**: AIPLA | Slate, Meagher & Flom LLP |
| **Jennifer Jedra**: Myers Wolin | **John Shumaker**: Lee & Hayes |
| **Megan Kirkegaard**: ARI | |

©2015 AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION

ALL RIGHTS RESERVED. NO PART OF THIS BOOK MAY BE REPRODUCED OR TRANSMITTED IN ANY FORM OR BY ANY MEANS, ELECTRONIC OR MECHANICAL, INCLUDING PHOTOCOPYING, RECORDING, OR BY AN INFORMATION STORAGE AND RETRIEVAL SYSTEM, WITHOUT PERMISSION IN WRITING FROM THE PUBLISHER.

COPIES OF THIS REPORT ARE AVAILABLE FROM AIPLA AT A COST OF $45 PER COPY FOR MEMBERS AND $495 PER COPY FOR NON-MEMBERS.

AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION
241 18TH STREET, SOUTH, SUITE 700
ARLINGTON VA  22202-3694
(703) 415-0780
WWW.AIPLA.ORG

## Average hourly billing rate in 2014 (Q29)

*Private Firm, Partner*

| | | Average hourly billing rate in 2014 | | | | | |
|---|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
| All Individuals | | 402 | $471 | $300 | $350 | $425 | $529 | $709 |
| Years of Intellectual Property Law Experience | 5-6 | 6 | $255 | ISD | $232 | $258 | $278 | ISD |
| | 7-9 | 21 | $338 | $261 | $295 | $310 | $398 | $470 |
| | 10-14 | 55 | $389 | $288 | $312 | $375 | $450 | $500 |
| | 15-24 | 163 | $468 | $300 | $365 | $425 | $515 | $692 |
| | 25-34 | 100 | $517 | $331 | $400 | $483 | $588 | $870 |
| | 35 or More | 54 | $553 | $353 | $409 | $508 | $653 | $855 |
| Location | Boston CMSA | 18 | $576 | $390 | $421 | $503 | $786 | $831 |
| | NYC CMSA | 30 | $530 | $337 | $368 | $400 | $634 | $995 |
| | Philadelphia CMSA | 14 | $510 | $325 | $450 | $480 | $556 | $778 |
| | Washington, DC CMSA | 71 | $534 | $350 | $400 | $485 | $640 | $824 |
| | Other East | 17 | $427 | $298 | $342 | $420 | $490 | $600 |
| | Metro Southeast | 12 | $439 | $306 | $331 | $430 | $538 | $606 |
| | Other Southeast | 11 | $379 | $306 | $330 | $340 | $400 | $600 |
| | Chicago CMSA | 26 | $452 | $338 | $375 | $415 | $521 | $591 |
| | Minne.-St. Paul PMSA | 21 | $399 | $268 | $305 | $395 | $483 | $556 |
| | Other Central | 85 | $391 | $275 | $300 | $350 | $458 | $558 |
| | Texas | 25 | $501 | $298 | $370 | $440 | $598 | $860 |
| | Los Angeles CMSA | 9 | $561 | ISD | $405 | $575 | $660 | ISD |
| | ==San Francisco CMSA== | 18 | ==$651== | ==$427== | ==$493== | ==$530== | ==$863== | ==$937== |
| | Other West | 45 | $411 | $272 | $338 | $400 | $478 | $530 |
| IP Technical Specialization (>=50%) | Biotechnology | 16 | $483 | $311 | $355 | $410 | $583 | $862 |
| | Chemical | 30 | $389 | $286 | $300 | $368 | $431 | $600 |
| | Computer Hardware | 5 | $348 | ISD | $275 | $350 | $420 | ISD |
| | Computer Software | 37 | $427 | $300 | $363 | $400 | $493 | $628 |
| | Electrical | 39 | $488 | $300 | $325 | $435 | $600 | $825 |
| | Mechanical | 84 | $436 | $298 | $341 | $405 | $500 | $591 |
| | Medical/ Health Care | 20 | $496 | $287 | $388 | $492 | $579 | $698 |
| | Pharmaceutical | 13 | $520 | $329 | $409 | $480 | $600 | $828 |
| Age | Younger than 35 | 3 | $315 | ISD | ISD | $340 | ISD | ISD |
| | 35-39 | 29 | $348 | $250 | $268 | $300 | $383 | $480 |
| | 40-44 | 48 | $425 | $290 | $300 | $375 | $469 | $621 |
| | 45-49 | 75 | $457 | $300 | $350 | $415 | $515 | $720 |
| | 50-54 | 82 | $459 | $300 | $366 | $437 | $503 | $635 |
| | 55-59 | 64 | $515 | $348 | $400 | $483 | $595 | $795 |
| | 60 or Older | 99 | $523 | $335 | $390 | $495 | $600 | $850 |
| Gender | Male | 349 | $477 | $300 | $360 | $430 | $550 | $725 |
| | Female | 48 | $433 | $300 | $300 | $400 | $500 | $620 |
| Highest Non-Law Degree | Bachelor's Degree | 268 | $464 | $300 | $350 | $425 | $510 | $701 |
| | Master's Degree | 86 | $474 | $297 | $343 | $408 | $550 | $802 |
| | Doctorate Degree | 23 | $456 | $315 | $335 | $438 | $585 | $648 |
| Ethnicity | White/Caucasian | 360 | $467 | $300 | $350 | $425 | $520 | $705 |
| | Hispanic/Latino | 6 | $540 | ISD | $493 | $550 | $605 | ISD |
| | Asian/Pacific Islander | 12 | $446 | $262 | $309 | $413 | $559 | $775 |
| | Blended | 7 | $385 | ISD | $275 | $400 | $475 | ISD |
| | Other | 3 | $937 | ISD | ISD | $1,000 | ISD | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 32 | $386 | $300 | $301 | $373 | $450 | $507 |
| | 3-5 | 61 | $392 | $275 | $328 | $400 | $428 | $525 |
| | 6-10 | 58 | $407 | $289 | $326 | $400 | $475 | $550 |
| | 11-25 | 93 | $436 | $297 | $350 | $400 | $480 | $600 |
| | 26-50 | 71 | $487 | $303 | $380 | $450 | $515 | $696 |
| | 51-100 | 45 | $565 | $380 | $451 | $510 | $705 | $829 |
| | 101-150 | 20 | $640 | $408 | $505 | $600 | $720 | $971 |
| | More than 150 | 21 | $733 | $480 | $594 | $795 | $868 | $942 |

## Average hourly billing rate in 2014 (Q29)

*Private Firm, Associate*

|  |  | Average hourly billing rate in 2014 | | | | | |
|---|---|---|---|---|---|---|---|
|  |  | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
| All Individuals |  | 222 | $343 | $205 | $250 | $315 | $416 | $550 |
| Years of Intellectual Property Law Experience | Fewer than 5 | 75 | $279 | $186 | $210 | $255 | $300 | $419 |
|  | 5-6 | 27 | $348 | $228 | $250 | $330 | $380 | $537 |
|  | 7-9 | 48 | $366 | $225 | $282 | $340 | $408 | $600 |
|  | 10-14 | 32 | $357 | $233 | $272 | $335 | $438 | $484 |
|  | 15-24 | 22 | $472 | $276 | $411 | $450 | $581 | $631 |
|  | 25-34 | 6 | $486 | ISD | $386 | $530 | $573 | ISD |
|  | 35 or More | 4 | $448 | ISD | $373 | $445 | $525 | ISD |
| Location | Boston CMSA | 12 | $412 | $207 | $301 | $443 | $500 | $611 |
|  | NYC CMSA | 16 | $481 | $272 | $368 | $443 | $636 | $690 |
|  | Philadelphia CMSA | 4 | $326 | ISD | $273 | $315 | $389 | ISD |
|  | Washington, DC CMSA | 47 | $363 | $250 | $285 | $350 | $400 | $534 |
|  | Other East | 9 | $298 | ISD | $248 | $290 | $315 | ISD |
|  | Metro Southeast | 10 | $372 | $241 | $284 | $350 | $435 | $590 |
|  | Other Southeast | 8 | $236 | ISD | $178 | $237 | $288 | ISD |
|  | Chicago CMSA | 11 | $418 | $252 | $285 | $445 | $470 | $617 |
|  | Minne.-St. Paul PMSA | 11 | $240 | $184 | $209 | $240 | $250 | $328 |
|  | Other Central | 30 | $255 | $161 | $199 | $245 | $303 | $335 |
|  | Texas | 16 | $333 | $142 | $236 | $253 | $449 | $631 |
|  | Los Angeles CMSA | 8 | $412 | ISD | $291 | $380 | $570 | ISD |
|  | ==San Francisco CMSA== | 7 | ==$463== | ==ISD== | ==$420== | ==$425== | ==$575== | ==ISD== |
|  | Other West | 33 | $309 | $200 | $250 | $300 | $347 | $406 |
| IP Technical Specialization (>=50%) | Biotechnology | 15 | $338 | $208 | $270 | $300 | $425 | $500 |
|  | Chemical | 18 | $341 | $200 | $254 | $328 | $420 | $482 |
|  | Computer Hardware | 3 | $297 | ISD | ISD | $270 | ISD | ISD |
|  | Computer Software | 38 | $374 | $219 | $248 | $323 | $488 | $605 |
|  | Electrical | 25 | $356 | $191 | $243 | $305 | $458 | $634 |
|  | Mechanical | 37 | $309 | $178 | $245 | $300 | $386 | $450 |
|  | Medical/ Health Care | 10 | $343 | $192 | $220 | $355 | $425 | $467 |
|  | Pharmaceutical | 11 | $398 | $211 | $315 | $388 | $520 | $653 |
|  | Other areas | 3 | $260 | ISD | ISD | $250 | ISD | ISD |
| Age | Younger than 35 | 73 | $306 | $186 | $213 | $255 | $360 | $486 |
|  | 35-39 | 62 | $349 | $232 | $279 | $335 | $411 | $499 |
|  | 40-44 | 32 | $335 | $208 | $255 | $313 | $379 | $504 |
|  | 45-49 | 20 | $366 | $210 | $259 | $364 | $450 | $561 |
|  | 50-54 | 17 | $425 | $262 | $305 | $435 | $538 | $628 |
|  | 55-59 | 8 | $373 | ISD | $243 | $355 | $521 | ISD |
|  | 60 or Older | 6 | $486 | ISD | $418 | $500 | $556 | ISD |
| Gender | Male | 182 | $350 | $206 | $250 | $320 | $420 | $550 |
|  | Female | 38 | $309 | $169 | $235 | $300 | $370 | $472 |
| Highest Non-Law Degree | Bachelor's Degree | 139 | $340 | $200 | $245 | $310 | $400 | $555 |
|  | Master's Degree | 51 | $350 | $200 | $250 | $300 | $450 | $590 |
|  | Doctorate Degree | 29 | $348 | $205 | $265 | $350 | $414 | $520 |
| Ethnicity | White/Caucasian | 184 | $342 | $205 | $250 | $313 | $402 | $518 |
|  | Black/African American | 6 | $438 | ISD | $333 | $445 | $556 | ISD |
|  | Hispanic/Latino | 6 | $380 | ISD | $250 | $375 | $470 | ISD |
|  | Asian/Pacific Islander | 17 | $354 | $183 | $210 | $315 | $495 | $610 |
|  | Other | 4 | $280 | ISD | $214 | $260 | $366 | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 9 | $299 | ISD | $192 | $275 | $400 | ISD |
|  | 3-5 | 16 | $280 | $159 | $200 | $250 | $340 | $450 |
|  | 6-10 | 27 | $285 | $192 | $235 | $280 | $325 | $370 |
|  | 11-25 | 49 | $326 | $200 | $245 | $300 | $380 | $470 |
|  | 26-50 | 52 | $325 | $205 | $236 | $300 | $388 | $518 |
|  | 51-100 | 30 | $417 | $276 | $300 | $383 | $481 | $650 |
|  | 101-150 | 15 | $299 | $181 | $250 | $280 | $330 | $467 |
|  | More than 150 | 17 | $466 | $349 | $398 | $425 | $538 | $630 |