BRYAN A. KOHM (CSB No. 233276)
bkohm@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

ELIZABETH HAGAN (WSBA No. 46933)
Admitted *Pro Hac Vice*
ehagan@fenwick.com
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511

Attorneys for Plaintiff-Counterdefendant
WHITEPAGES, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WHITEPAGES, INC., a Delaware corporation,

Plaintiff-Counterdefendant,

v.

GREENFLIGHT VENTURE CORPORATION, a Florida company, and JEFFREY ISAACS, an individual,

Defendants-Counterclaimants.

Case No.: 3:16-cv-00175-RS

**[PROPOSED] ORDER GRANTING WHITEPAGES, INC.'S MOTION FOR ATTORNEYS' FEES**

Date: November 3, 2016
Time: 1:30 p.m.
Dept: Courtroom 3, 17th Floor
Judge: Honorable Richard Seeborg

Upon consideration of Whitepages, Inc.'s Motion for Attorneys' Fees and Costs, the Court having considered the moving papers, the supporting declarations, exhibits, and other arguments that came before this Court, the Court hereby finds this case exceptional and awards attorneys' fees to Whitepages as follows:

- $199,043.50 jointly and severally from Greenflight Venture Corporation, Jeffrey Isaacs, and their counsel, Winston & Strawn; and
- An additional $20,268.00 (for a total of $219,311.50) jointly and severally from Greenflight Venture Corporation and Jeffrey Isaacs.

**IT IS SO ORDERED.**

Dated: _______________, 2016

________________________________________
The Honorable Richard Seeborg
United States District Judge