Aldo A. Badini (SBN: 257086)
abadini@winston.com
James C. Lin (SBN: 271673)
jalin@winston.com
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, California 94025-4004
Telephone:   (650) 858-6500
Facsimile:   (650) 858-6550

Constance F. Ramos (SBN: 203637)
cframos@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone:   (415) 591-1000
Facsimile:   (415) 591-1400

Attorneys for Defendants
GREENFLIGHT VENTURE CORPORATION
AND JEFFREY ISAACS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WHITEPAGES, INC., a Delaware corporation, | **Case No. 3:16-cv-00175-RS** |
| Plaintiff, | |
| v. | **DECLARATION OF CONSTANCE F. RAMOS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES** |
| GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual, | |
| Defendants. | |
| GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual, | Date:   November 3, 2016<br>Time:   1:30 PM<br>Dept:   Courtroom 3, 17th Floor<br>Judge:   Honorable Richard Seeborg |
| Counterclaim-Plaintiffs, | |
| v. | |
| WHITEPAGES, INC., a Delaware corporation, | |
| Counterclaim-Defendant. | |

1

## DECLARATION OF CONSTANCE F. RAMOS

I, Constance F. Ramos, declare as follows:

1. I am an attorney at law duly authorized to practice before the Courts of the State of California and I am a partner at Winston & Strawn, LLP, counsel for Defendants Greenflight Venture Corporation and Jeffrey Isaacs ("Greenflight"). I have personal knowledge of the facts herein, and if called as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the prosecution history ("file wrapper") from the files of the United States Patent and Trademark Office for United States Patent No. 8,861,698.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a Stipulation, dated March 4, 2016, between Whitespaces, Inc. Greenflight Venture Corporation, Jeffrey Isaacs, and Ianina Petrea.

4. Attached hereto as **Exhibit 3** is a true and correct copy of an April 27, 2016 article from ibtimes.com, entitled "Meet Hiya: Whitepages Spins Off Caller ID Business With Mission To Fight Robocalls, Spam Texts Worldwide," by Kerry Flynn, retrieved July 22, 2016.

5. Attached hereto as **Exhibit 4** is the October 5, 2016 LinkedIn profile of Jeff Thompson.

6. Attached hereto as **Exhibit 5** are true and correct copies of September 16, 2016 email communications between Defendants' counsel, Aldo A. Badini, and Whitepages' counsel, Ravi Ranganath.

7. Whitepages served answers to Greenflight's interrogatories (Nos. 1-5) and document requests (Nos. 1-73) on July 29, 2016. I have reviewed those responses. No substantive answers were provided ("Subject to this and the other foregoing objections, if and when the Court formally opens discovery, Whitepages will amend its response to this Interrogatory"), and no documents were identified or ever produced.

8. Attached hereto as **Exhibit 6** are true and correct copies of September 16, 2016 email communications between Defendants' counsel, Aldo A. Badini, and Whitepages' counsel, Bryan Kohm.

2

DECLARATION OF CONSTANCE F. RAMOS IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR ATTORNEYS' FEES,
CASE NO. 3:16-CV-00175-RS

9. I attended a telephonic meet and confer between counsel concerning Whitepages' anticipated filing of its motion for fees on September 16, 2016. Whitepages' counsel had initiated the scheduling of that call. *See* attached **Exhibit 7** (a true and correct copy of email communication from Mr. Ranganath to Defendants' counsel). Whitepages' lead counsel, Bryan Kohm, was not in attendance. Mr. Ranganath, counsel for Whitepages, reiterated on the call that Whitepages intended to seek litigation fees incurred, under 35 U.S.C. § 285, 28 U.S.C. § 1927, and the court's inherent authority. Mr. Ranganath terminated the telephonic meet and confer after Greenflight's lead counsel, Mr. Badini, explained why the threatened fee motion had no basis in law and, if filed, would be frivolous and the basis of a counter-motion for fees. Mr. Ranganath had no substantive response to Mr. Badini's explanations.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of October, 2016.

/s/  *Constance F. Ramos*
Constance F. Ramos

3

DECLARATION OF CONSTANCE F. RAMOS IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR ATTORNEYS' FEES, CASE NO. 3:16-CV-00175-RS