# EXHIBIT 3



TECHNOLOGY

# Meet Hiya: Whitepages Spins Off Caller ID Business With Mission To Fight Robocalls, Spam Texts Worldwide

BY **KERRY FLYNN**  ON 04/27/16 AT 8:02 AM

00:07  01:40

Whitepages wants to end robocalls and spam texts once and for all. The online phone directory is spinning off Hiya Inc., formerly known as Whitepages Caller ID, to do just that.

Hiya pulls from a database of 1.5 billion numbers to identify a person or a business for incoming and outgoing calls to help with address book management. The app also signals to a user if the call is from a spam number and lets users block those callers. Hiya also shares news about the latest phone scams.

The company has been built for the last few years out of Whitepages, but founder Alex Algard said he'd identified more opportunity for the company to grow if it split from the core business. Hiya Inc. will now operate separately, based in Seattle, to further build on its software and lock down more deals with wireless carriers and phone manufacturers. It will operate with 40 of the 160 employees at Whitepages, the majority of whom are engineers.



The Whitepages has spun out its Caller ID app as a separate business, named Hiya. Pictured: A girl checks her phone as she shelters with her family in a gymnasium used as an evacuation center following an earthquake in Mashiki near Kumamoto, Japan, April 20, 2016.
PHOTO: CARL COURT/GETTY IMAGES

"It will better provide focus as a standalone company whose only mission is to make phone communication better. It's much better to focus as a smaller company that isn't competing with the goals of another," Algard told International Business Times.



The Hiya app can text incoming calls as spam through its database of 1.5 billion phone numbers.
PHOTO: HIYA

Hiya isn't at it alone. The Federal Communication Commission has been working to protect consumers from spam. The FCC allowed phone companies the ability to legally block unwanted robocalls and spam texts last year.

Since that ruling, some phone companies have partnered with Whitepages — now Hiya — to make their calls smarter. For example, the app is automatically downloaded on newly shipped Samsung S7 phones, the top-selling smartphone globally. Hiya also has a deal with T-Mobile where customers can pay $3.99 a month for enhanced services.

So far, the app has been downloaded on 25 million smartphones and has identified more than 1 billion spam calls. The app is available for Android devices only; rival Apple does not allow third-party developers to access a user's contacts.

Hiya is increasingly looking globally for its expansion. While robocalls are prevalent in the United States — accounting for 54 percent of customer complaints to the FCC in 2014 — the issue can be even more severe overseas.



The team studies common scenarios worldwide. Algard traveled to Korea last summer, where he learned of a phone scam that involved calling parents — often with a child in the military — to say that their son or daughter had been in an accident and needed to be financed the cost of treatment now.

In Mexico, there are fake extortion scams. "Someone will call, targeting parents, and say they have their kid with them right now: 'Don't hang up. If you hang up, terrible things will happen,'" Algard said.

Why Hiya? Hiya was also the name for Whitepage's address book app, first released in 2011. The team was looking for a catchy, four-letter word that did not translate into a swear word in other languages. "We're really entrusting on what a global issue this is," Algard said.

Hiya has offices in Seattle, New York City and Budapest and plans to open more overseas. Now, with Hiya as a standalone company, Algard said he's prioritizing signing on to new partnerships, domestically and globally.

## Sponsored Topics

| | |
|---|---|
| The Best Retirement Plans | Reverse Mortgage Calculator |
| Start a Business from Home | 3 Signs of Lung Cancer |
| Best Small Business Ideas | Dental Care Plans for Seniors |
| Loans for Small Businesses | Symptoms of Colon Cancer |

## Promoted Links

Ads by Revcontent

**Why Guys are Switching to Proper Cloth Custom Shirts**
Proper Cloth

**Tired Of Overpaying For Blades? Do Something About It**
Harry's

**Donald Trump's Brilliant Mortgage Advice (It's Genius!)**
Economic Times Today

**Does Your Office Attire Armour Better Prepare You For The Job?**
The New York Times





**Top 15 Celebrities Who Are Just Plain Ugly**
POPHitz

**5 San Jose Dating Sites that Actually Work**
Top 10 Best Dating Sites

**Anxiety? Cannabis Extract, Now Legal in CA**
Healthy Report

**A Secret To Winning Every Lottery**
Lotto Crusher



ADVERTISEMENT






## Popular Topics

POWERED BY REVCONTENT

Angelina Jolie-Brad Pitt Divorce: Actor Gets Emotional While Shooting New Film

Caitlyn Jenner Regrets Transitioning To A Woman, Wants To Become Bruce Again:

Casey Anthony Killed Daughter Caylee, Had Sex With Attorney Jose Baez In

Kate Middleton Really Pregnant With Third Royal Baby? Report Says Duchess Of

What Is Chyna's Cause Of Death? Former WWE Wrestler Joanie Laurer Died From

Jennifer Garner Seen With Daughter Seraphina In Los Angeles Amid Reports Of

Sarah Ferguson And Princess Beatrice Look Stunning At Royal Ascot Day 4

Kate Middleton Looks Stunning In Tory Burch Slit Maxi Dress For Dinner With

Teacher Appreciation Week 2016: Gift Ideas For Homemade Crafts, Cheap Presents

ADVERTISEMENT

adChoices

## Related Stories



### The Beginning Of The End Of Robocalls

BY **KERRY FLYNN**

Robocall blocking by wireless carriers is allowed, the federal government ruled Thursday. But will anything change?



# It's 2015, So Why Can't We End Robocalls?

BY **CHRISTOPHER ZARA**

An effort is afoot to kill automated phone calls, but some trade groups say they are a necessary communication tool.

# Join the Discussion

**0 Comments**  Sort by  Newest

Add a comment...

Facebook Comments Plugin

ADVERTISEMENT





**SPONSORED CONTENT**

**Dividends: Reinvest Or Take The Cash?**

BY **AMERICAN FUNDS**

Learn how reinvesting dividends can contribute to higher account values and share balances.

ADVERTISEMENT



**TOP STORIES**

Angelina Jolie-Brad Pitt Divorce: Actor Gets Emotional While Shooting New Film

Caitlyn Jenner Regrets Transitioning To A Woman, Wants To Become Bruce Again:

What Is Chyna's Cause Of Death? Former WWE Wrestler Joanie Laurer Died From

Kate Middleton Really Pregnant With Third Royal Baby? Report Says Duchess Of

Casey Anthony Killed Daughter Caylee, Had Sex With Attorney Jose Baez In

LeBron James

Caught Cheating On Wife Savannah Brinson With Instagram Model

Michelle Gregg To Face Criminal Charges After Gorilla Harambe Was Killed At

Christina Grimmie Death Update: Shooter Was Reportedly On A Mission To Kill

Donald Trump Jr For President? Oldest Son Considers Run for Office After

World's Fastest Supercomputer: China Surpasses US With Homegrown Chips

POWERED BY REVCONTENT

## Stay connected to the biggest stories unfolding in technology.

The IBTech Newsletter keeps you connected to the biggest stories unfolding in technology.

Email Address   SUBSCRIBE

ADVERTISEMENT



Power Your Business

Rewards Card    The Plum Card®
                †Terms and Conditions Apply

RECOMMENDED

Angelina Jolie-Brad Pitt Divorce: Actor Gets Emotional

While Shooting New Film

Caitlyn Jenner Regrets Transitioning To A Woman, Wants To Become Bruce Again:

What Is Chyna's Cause Of Death? Former WWE Wrestler Joanie Laurer Died From

'Big Bang Theory' Star Kaley Cuoco Admits Ryan Sweeting Divorce Changed Her

How The Porn Industry Plans To Convince California Voters To Trash The Condom La

Lindsay Lohan Announces She's Running For President In 2020, Wants To Take Car

Russia Tests Hypersonic PAK-DA Bomber Capable Of Launching Nuclear Weapons From

Cina crea il più potente supercomputer al mondo senza tecnologia USA

POWERED BY REVCONTENT

BUSINESS

## Amazon, Wells Fargo Joins Hands To Woo Students

Amazon and Wells Fargo Education Financial Services Thursday announced their decision to provide a new discounted interest rate for Amazon Prime Student customers.

TECHNOLOGY

## How To Catch Mewtwo In 'Pokémon Go'

Gamers might have to wait a for a special event.

WORLD

## MH370 Pilot Practiced Suicide Route: Report

The pilot of MH370 reportedly practiced a route similar to the path the disappeared plane took, New York Magazine reported.

**NATIONAL**

## Charles Kinsey Shooter ID'd

The North Miami police officer who shot Charles Kinsey is being represented by the local police union.

### IBT

About Us
Advertise with Us
Media Kit
Terms of Service
Privacy Policy

### Editions

Australia
China
India
Italy
Japan
Singapore
United Kingdom
United States

© Copyright 2016 IBT Media Inc.
All Rights Reserved.