# EXHIBIT 4



Master of Legal Studies - Online Master of Legal Studies in 1 year from WashU, no GRE/LSAT required. | Read More » | Ad

# Jeff Thompson
Technical Lead at Hiya Inc.
Greater Seattle Area | Computer Software

| | |
|---|---|
| Current | Hiya Inc. (formerly the Caller-Id and Spam Divisions of Whitepages Inc.), Whitepages |
| Previous | Agilysys, WildTangent, Rhapsody International |
| Education | University of Washington |

**Send Jeff InMail**

**220** connections

https://www.linkedin.com/in/jeff-thompson-2921862

## Background


### Summary

I am a seasoned developer with a long history of constructing highly scalable and maintainable, enterprise class web services that run on the JVM. Building on this strong track record, I have, most recently been playing a prominent role in the engineering organization at Hiya Inc (formerly the Caller-Id and Spam Divisions of Whitepages). In particular, I have lately been leading engineering efforts for several key OEM and Carrier integrations as well as building fundamental pieces of Hiya's platform in support our efforts to separate from Whitepages.


### Experience

**Technical Lead**
Hiya Inc. (formerly the Caller-Id and Spam Divisions of Whitepages Inc.)
May 2016 – Present (6 months) | Seattle



As Hiya Inc spins out from Whitepages, I have taken on additional responsibilities in the new company. I am continuing in my role as tech lead for the "Gateway Services" team while providing platform level support to engineering at large. I spend about half of my time contributing, in both architectural and engineering capacities, to the world-wide roll-out key OEM and carrier integrations. The remainder of my time is spent building tools and libraries that enable my teammates to produce high throughput, high scale, high quality services quickly and efficiently.

▼ 1 recommendation


**Sebastian Beresniewicz**
Engineering Manager at Hiya Inc.

I hired Jeff into Whitepages Mobile (and then Hiya) to help lead a new engineering team responsible for all of the mobile services. I was hoping he would be a Sr. Engineer who could lead projects and help mentor junior engineers but he became so... View ‼

**Technical Lead**
Whitepages
September 2014 – Present (2 years 2 months) | Seattle



As a Tech Lead at Whitepages, I am primarily responsible for the engineering efforts of the Mobile Back End Team. My focus has been on establishing best practices and coding standards that lead to improved stability and maintainability for production systems as well as streamlining the process of deploying new applications. I have contributed directly to large projects both in terms of architecture and design as well as engineering as an individual contributor. For example, I lead the engineering efforts to integrate Whitepages' caller-id and spam protection features into all of Samsung's 2016 flagship phones. More recently I have been taking on a higher profile in the engineering organization by helping other teams adopt many of the engineering techniques and practices that I pioneered on the Mobile Back End Team.

**Sr SDE**
Agilysys
October 2013 – September 2014 (1 year) | Bellevue, WA

---

### People Also Viewed


**Jake Utley**
Software Engineer WhitePages


**Matt Hertogs**
Software Engineer at WhitePages


**Sebastian Beresniewicz**
Engineering Manager at Hiya Inc.


**Rachel Flanagan**
Recruiter at Whitepages


**Matthew Magnuson**
Manager, Global Traffic at WhitePages


**Jonathan Weeks**
VP Engineering at Hiya Inc.


**Anosh Sulgaonkar**
Sr Software Engineer at Disney Interactive


**John Siu**
QA Engineer at WhitePages


**Robert Noble**
Senior Manager Software Engineering at Indeed.com


**Kevin Tang**
Software Engineer at Whitepages



### Sr SDE
WildTangent
December 2012 – October 2013 (11 months) | Redmond, WA

I'm building back end web services in Scala to support the WildTangent Game Studio and potentially third party studios as well.

### Lead Developer for Rhapsody Direct Services
Rhapsody International
April 2010 – December 2012 (2 years 9 months)

After Rhapsody spun out from RealNetworks, I took over day to day management of the Rhapsody Services team. In this role, I lead a group of six to eight developers who were tasked with supporting and extending a suite of web services that form the backbone of the Rhapsody music listening experience. As well as ensuring that the team worked efficiently in the context of our agile practices, I was responsible for key architectural decisions. Highlights of my time at Rhapsody include moving our stack from a proprietary web application framework to a RESTful stack based on modern, industry standard technologies, building a highly efficient core data ingestion framework in Scala and, through careful hiring practices, helping to build one of the best teams I have ever been a part of.

▼ 2 recommendations

**Anosh Sulgaonkar**
Sr Software Engineer at Disney Interactive

I was fortunate to work with Jeff while at Real Networks and at Rhapsody. Rhapsody is a dynamic environment with constantly... View ‖

**Matthew Lapora**
Project Manager at MTV Networks / Logo

Doctor Jeff, as we called him, was exactly that. He was the developer and person you looked to for advice. Wisdom is his... View ‖

### Software Engineer
RealNetworks
January 2007 – October 2010 (3 years 10 months)

At Real, I worked as a Senior SDE in the Rhapsody Direct Services Group - a team that produced the suite of web services that still power the Rhapsody.com music listening experience. I was personally responsible for service that enabled download of collections of purchased tracks as well as the service that supported all online streaming.

### Software Engineer
Blue Nile
2002 – 2006 (4 years)

At BlueNile, I served as a generalist SDE. My work was primarily Java and Oracle (PL/SQL). Some highlights of my time there include building systems for: automatically detecting suspicious orders, find matching sets of up to five diamonds based multiple independent criteria and for automatically pricing diamonds as they entered the database.

### Skills

**Top Skills**

| 16 | REST |
| 15 | Agile Methodologies |
| 15 | Scrum |
| 14 | Java |
| 14 | Web Services |
| 9 | Software Development |
| 7 | XML |
| 7 | Databases |
| 6 | Web Applications |
| 4 | SOAP |



