# EXHIBIT 5

| | |
|---|---|
| **From:** | Badini, Aldo A. |
| **To:** | Ravi Ranganath; Liz Hagan |
| **Cc:** | Ramos, Constance F.; Lin, James C. |
| **Subject:** | RE: Meet and Confer |
| **Date:** | Friday, September 16, 2016 2:24:59 PM |
| **Attachments:** | image001.jpg |
| | image002.gif |
| | image003.gif |
| | image004.gif |
| | image005.gif |
| | image006.jpg |
| | image007.jpg |

The fact that you would even threaten a motion without being aware of key, controlling authority – *Dominant Semiconductor* – which is in fact cited prominently in one of the cases you rely upon, is further evidence of the frivolity and bad faith of your proposed motion.

**Aldo Badini**

Winston & Strawn LLP

D: +1 (212) 294-4601

winston.com



---

**From:** Ravi Ranganath [mailto:rranganath@fenwick.com]
**Sent:** Friday, September 16, 2016 2:23 PM
**To:** Badini, Aldo A.; Liz Hagan
**Cc:** Ramos, Constance F.; Lin, James C.
**Subject:** RE: Meet and Confer

Thank you, and to clear the record, the first time you brought this authority to our attention was on the phone during the meet and confer, leaving me no time to consider it, let alone provide you a substantive response. We appreciate your time.

Best regards,



RAVI RANGANATH
Fenwick & West LLP
Associate, Litigation Group
   (415) 875-2443
   (415) 281-1350
   rranganath@fenwick.com

---

**From:** Badini, Aldo A. [mailto:ABadini@winston.com]
**Sent:** Friday, September 16, 2016 11:20 AM
**To:** Ravi Ranganath; Liz Hagan
**Cc:** Ramos, Constance F.; Lin, James C.

**Subject:** Meet and Confer

Dear Ravi and Elizabeth,

This is to confirm that we just had a meet and confer today with respect to your threatened motion for attorneys fees and costs under Section 285 and 1927 in the Whitepages v. Greenflight matter. I explained in detail to you why any such motion would be frivolous and advised you that, should any such motion be filed, we would intend to seek fees and costs on account of the frivolous motion. Despite my invitation, you had no substantive response during the call to any of the legal or factual defects with your motion which I articulated to you.

Regards,

Aldo

**Aldo A. Badini**
**Partner**

Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

D: +1 (212) 294-4601

F: +1 (212) 294-4700

Bio | VCard | Email | winston.com





The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

------------------------------------------
NOTICE:
This email and all attachments are confidential, may be legally privileged, and are intended solely for the individual or entity to whom the email is addressed.  However, mistakes sometimes happen in addressing emails.  If you believe that you are not an intended recipient, please stop reading immediately.  Do not copy, forward, or rely on the contents in any way.  Notify the sender and/or Fenwick & West LLP by telephone at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.  Sender reserves and asserts all rights to confidentiality, including all privileges that may apply.