# EXHIBIT 7

| | |
|---|---|
| **From:** | Ravi Ranganath |
| **To:** | Ramos, Constance F. ; Badini, Aldo A. ; Lin, James C. |
| **Cc:** | Bryan Kohm ; Liz Hagan |
| **Subject:** | Whitepages v. Greenflight: Motion for Attorney Fees |
| **Date:** | Wednesday, September 14, 2016 2:44:55 PM |

Counsel,

Whitepages intends to seek an award of reasonable attorney fees from Greenflight, Mr. Isaacs, and Winston & Strawn under 35 U.S.C. § 285, 28 U.S.C. § 1927, and the Court's inherent authority.  Local Rule 54-5(a) requires the parties to meet and confer to resolve all disputed issues relating to attorney fees prior to the filing of the motion.  We are available on Friday to confer regarding the motion.  Aside from the issue of Whitepages' entitlement to attorney fees, we are not aware of any disputed issues requiring a conference.  If you agree, we appreciate that a telephone call to discuss the issue may not be productive, but we're glad to discuss the issue further.  Please advise regarding Greenflight's position and/or availability for a call.

Thanks,



**R A V I   R A N G A N A T H**
Fenwick & West LLP
Associate, Litigation Group
   (415) 875-2443
   (415) 281-1350
   rranganath@fenwick.com

--------------------------------------------
NOTICE:
This email and all attachments are confidential, may be legally privileged, and are intended solely for the individual or entity to whom the email is addressed.  However, mistakes sometimes happen in addressing emails.  If you believe that you are not an intended recipient, please stop reading immediately.  Do not copy, forward, or rely on the contents in any way.  Notify the sender and/or Fenwick & West LLP by telephone at (650) 988-8500 and then delete or destroy any copy of this email and its attachments.  Sender reserves and asserts all rights to confidentiality, including all privileges that may apply.