1
2
3
4
5
6
7
8
9
10
11
12           **UNITED STATES DISTRICT COURT**
13           **NORTHERN DISTRICT OF CALIFORNIA**
14           **SAN FRANCISCO DIVISION**

| | |
|---|---|
| WHITEPAGES, INC., a Delaware corporation, | **Case No. 3:16-cv-00175-RS** |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR ATTORNEYS FEES** |
| GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual, | |
| Defendants. | |
| GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| WHITEPAGES, INC., a Delaware corporation, | |
| Counterclaim-Defendant. | |

1 | Before the Court is Whitepages' Motion For Attorneys' Fees (ECF No. 64).  Having considered the parties' pleadings and evidence, and having heard oral argument, the Court hereby DENIES Whitepages' motion.

Further, the Court is persuaded that Whitepages' motion for fees is frivolous under the law and in light of the uncontroverted facts before the Court. As such, pursuant to the Court's inherent authority, the Court hereby awards Defendants its reasonable fees and costs in defending against Whitepages' Motion For Fees.

Defendants are hereby granted leave to present an accounting of such fees and costs.

IT IS SO ORDERED.

Dated:  October __, 2016         By:_____
                                      Richard Seeborg
                                      United States District Court Judge