# EXHIBIT B



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/174,724 | 02/06/2014 | Jeffrey D. Isaacs | | 6493 |

121712        7590        04/16/2014
Jeffrey D. Isaacs
8 Chase Circle
Fort Washington, PA 19034

| EXAMINER |
|---|
| TRAN, QUOC DUC |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2656 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 04/16/2014 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 14/174,724 | ISAACS, JEFFREY D. |
| | Examiner | Art Unit | AIA (First Inventor to File) Status |
| | QUOC D. TRAN | 2656 | Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

### Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE **3** MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

### Status

1) ☒ Responsive to communication(s) filed on _2/6/2014_.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.
2a) ☐ This action is **FINAL**.   2b) ☒ This action is non-final.
3) ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.
4) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

### Disposition of Claims*

5) ☒ Claim(s) _1-7_ is/are pending in the application.
   5a) Of the above claim(s) _____ is/are withdrawn from consideration.
6) ☐ Claim(s) _____ is/are allowed.
7) ☒ Claim(s) _1-7_ is/are rejected.
8) ☐ Claim(s) _____ is/are objected to.
9) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

### Application Papers

10) ☐ The specification is objected to by the Examiner.
11) ☒ The drawing(s) filed on _2/6/2014_ is/are: a) ☒ accepted or b) ☐ objected to by the Examiner.
   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

### Priority under 35 U.S.C. § 119

12) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a) ☐ All   b) ☐ Some**   c) ☐ None of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____.
   3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)
2) ☐ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.
3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date _____.
4) ☐ Other: _____.

Application/Control Number: 14/174,724                                                                        Page 2
Art Unit: 2656

1.      The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

### *Drawings*

2.      Figure 1A-1C should be designated by a legend such as --Prior Art-- because only that which is old is illustrated. See MPEP § 608.02(g). Corrected drawings in compliance with 37 CFR 1.121(d) are required in reply to the Office action to avoid abandonment of the application. The replacement sheet(s) should be labeled "Replacement Sheet" in the page header (as per 37 CFR 1.84(c)) so as not to obstruct any portion of the drawing figures. If the changes are not accepted by the examiner, the applicant will be notified and informed of any required corrective action in the next Office action. The objection to the drawings will not be held in abeyance.

### *Notice*

3.      In the event the determination of the status of the application as subject to AIA 35 U.S.C. 102 and 103 (or as subject to pre-AIA 35 U.S.C. 102 and 103) is incorrect, any correction of the statutory basis for the rejection will not be considered a new ground of rejection if the prior art relied upon, and the rationale supporting the rejection, would be the same under either status.

### *Claim Rejections - 35 USC § 101*

4.      35 U.S.C. 101 reads as follows:

> Whoever invents or discovers any new and useful process, machine, manufacture, or composition of matter, or any new and useful improvement thereof, may obtain a patent therefor, subject to the conditions and requirements of this title.

Claims 4-7 are rejected under 35 U.S.C. 101 as not falling within one of the four statutory categories of invention. Supreme Court precedent[1] and recent Federal Circuit decisions[2] indicate

---
[1] *Diamond v. Diehr*, 450 U.S. 175, 184 (1981); *Parker v. Flook*, 437 U.S. 584, 588 n.9 (1978); *Gottschalk v. Benson*, 409 U.S. 63, 70 (1972); *Cochrane v. Deener*, 94 U.S. 780, 787-88 (1876).
[2] *In re Bilski*, 88 USPQ2d 1385 (Fed. Cir. 2008).

Application/Control Number: 14/174,724    Page 3
Art Unit: 2656

that a statutory "process" under 35 U.S.C. 101 must (1) be tied to another statutory category (such as a particular apparatus), or (2) transform underlying subject matter (such as an article or material) to a different state or thing.  While the instant claim recites a series of steps or acts to be performed, the claim neither transforms underlying subject matter nor is positively tied to another statutory category that accomplishes the claimed method steps, and therefore does not qualify as a statutory process. For example the method including steps of receiving CID, entry of CID by user, perform CNAM database query and displaying result is of sufficient breadth that it would be reasonably interpreted as a series of steps completely performed mentally, verbally or without a machine.  **The claim language itself is sufficiently broad to read on as a user entering a telephone number search request on a computer to query a name and display thereof.**

*Claim Rejections - 35 USC § 103*

5.    The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is not identically disclosed as set forth in section 102 of this title, if the differences between the claimed invention and the prior art are such that the claimed invention as a whole would have been obvious before the effective filing date of the claimed invention to a person having ordinary skill in the art to which the claimed invention pertains.  Patentability shall not be negated by the manner in which the invention was made.

6.    Claims 1-7 are rejected under 35 U.S.C. 103 as being unpatentable over Fronczak et al (2008/0240383) in view of Zerillo (2013/0287196).

    Consider claims 1, 4 and 7, Fronczak et al teach a system and method for providing post-page caller name identification service, comprising: (a) an SS7 interfacing switch or node (par. 0010-0011; 0017); (c) a CNAM database query function regulated by the SS7 interface (par. 0030-0032; 0036-0039); and (d) a user interface element for displaying the successfully queried calling party CNAM (par. 0020; 0040; 0045).

    Fronczak et al disclose the calling party name system and method that automatically query for the calling party name using the received caller telephone number. Fronczak et al lack

Application/Control Number: 14/174,724 Page 4
Art Unit: 2656

the manual step of requiring the user to enter the caller ID number into the system (*i.e., a CID entry interface which permits the user to enter a post-page CID into the system*).

In the same field of endeavor, Zerillo teaches a system and method for providing calling part name service to private branch telephone stations where the system alternative enable the user to selectively determine which incoming call will be query for calling party name (par. 0006; 0008; 0036). Therefore, it would have been obvious to one of the ordinary skill in the art before the effective filing date of the claimed invention to utilize the teaching Zerillo into view of Fronczak et al and the result would have been predictable and resulted in providing manual entry (i.e., user selectively determine) of the incoming call data for querying of the calling party name thereby reduce service cost.

Consider claim 2, as discussed above, Fronczak et al teach wherein said CID entry and CNAM display user interface elements are located on a separate end-user smartphone or TCP/IP connected personal computer (par. 0012).

Consider claim 3, the combination does not explicitly suggest wherein said user CID entry and CNAM display functions are interfaced via JSON (javascript object notation) to the SS7 interfacing switch. Fronczak et al utilize extensible markup language (XML) (see par. 0033). However, it is a design choice to utilize a different protocol such as JSON. Therefore, it would have been obvious to one of the ordinary skill in the art to utilize different protocols to obtain or arrives with the same or similar result.

Consider claim 5, Fronczak et al teach performs a Global Title Translation prior to the said CNAM Database Query (par. 0035; determine appropriate ISCP).

Application/Control Number: 14/174,724 Page 5
Art Unit: 2656

Consider claim 6, Fronczak et al teach confirms that the CID is not subject to system opt-out privacy controls; and confirms that the CID paged a telephonic device owned or operated by the end-user (par. 0026; enabling or disabled).

## Conclusion

7. The prior art made of record and not relied upon is considered pertinent to applicant's disclosure.

8. Any response to this action should be mailed to:

>Mail Stop ____(explanation, e.g., Amendment or After-final, etc.)
>Commissioner for Patents
>P.O. Box 1450
>Alexandria, VA 22313-1450
>
>Facsimile responses should be faxed to:
>**(571) 273-8300**
>Hand-delivered responses should be brought to:
>Customer Service Window
>Randolph Building
>401 Dulany Street
>Alexandria, VA 22314

Any inquiry concerning this communication or earlier communications from the examiner should be directed to **Quoc Tran** whose telephone number is **(571) 272-7511**. The examiner can normally be reached on Monday-Friday from 8:00 to 4:30 PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, **Curtis Kuntz**, can be reached on **(571) 272-7499**.

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the **Technology Center 2600** whose telephone number is **(571) 272-2600**.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

/Quoc D Tran/
Primary Examiner, Art Unit 2656
April 15, 2014

| **Notice of References Cited** | Application/Control No.<br>14/174,724 | Applicant(s)/Patent Under Reexamination<br>ISAACS, JEFFREY D. | |
|---|---|---|---|
| | Examiner<br>QUOC D. TRAN | Art Unit<br>2656 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-8,625,762 | 01-2014 | White et al. | 379/142.06 |
| * | B | US-5,457,738 | 10-1995 | Sylvan, Loren M. | 379/93.23 |
| * | C | US-2013/0287196 | 10-2013 | Zerillo, Anthony | 379/142.06 |
| * | D | US-2009/0328118 | 12-2009 | Ravishankar et al. | 725/106 |
| * | E | US-2008/0240383 | 10-2008 | FRONCZAK et al. | 379/88.19 |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    **Notice of References Cited**                    Part of Paper No. 20140415

# EAST Search History

## EAST Search History (Prior Art)

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L2 | 29 | json adj protocol | US-PGPUB; USPAT | OR | ON | 2014/04/15 20:21 |
| L3 | 1 | "20130287196" | US-PGPUB; USPAT | OR | ON | 2014/04/15 20:25 |
| L4 | 1 | 3 and protocol | US-PGPUB; USPAT | OR | ON | 2014/04/15 20:25 |
| L5 | 2 | "20080240383" | US-PGPUB; USPAT | OR | ON | 2014/04/15 20:42 |
| L8 | 0 | 5 and privacy | US-PGPUB; USPAT | OR | ON | 2014/04/15 20:46 |
| S1 | 1 | Isaacs-jeff$9 | US-PGPUB; USPAT | OR | ON | 2014/04/15 11:03 |
| S2 | 118 | (SS7 same CNAM) | US-PGPUB; USPAT | OR | ON | 2014/04/15 11:03 |
| S3 | 110 | S2 and query$4 | US-PGPUB; USPAT | OR | ON | 2014/04/15 11:04 |
| S4 | 25 | S2 and (called near5 query$4) | US-PGPUB; USPAT | OR | ON | 2014/04/15 11:04 |
| S5 | 1 | S2 and gr-1188 | US-PGPUB; USPAT | OR | ON | 2014/04/15 11:05 |
| S6 | 634 | tran-quoc$.xp. | US-PGPUB; USPAT | OR | ON | 2014/04/15 11:08 |
| S7 | 18 | S6 and cnam | US-PGPUB; USPAT | OR | ON | 2014/04/15 11:08 |
| S8 | 27 | S2 and privacy | US-PGPUB; USPAT | OR | ON | 2014/04/15 11:14 |
| S9 | 827 | 379/142.$.ccls. | US-PGPUB | OR | ON | 2014/04/15 11:18 |
| S10 | 740 | S9 AND ( (H04M3/42042 OR H04M15/06 OR H04M3/42059 OR H04M1/57 OR H04M1/575 OR H04M3/436 OR H04M3/42068 OR H04M1/663 OR H04M2201/38 OR H04M2242/22 OR H04M3/42 OR H04M3/42102 OR H04M3/42365 OR H04M1/56 OR H04M1/72519 OR H04M3/42093 OR | US-PGPUB | OR | ON | 2014/04/15 11:19 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | H04M3/4211 OR H04M3/42153 OR H04M3/42195 OR H04M3/42382 OR H04M3/4365 OR H04M15/00 OR H04M1/2535 OR H04M2242/30 OR H04M3/38 OR H04M3/42348 OR H04M3/42357 OR H04M3/4931 OR H04M7/0033 OR H04M7/0069 OR H04M1/247 OR H04M1/665 OR H04M1/723 OR H04M1/72547 OR H04M1/72561 OR H04M1/72566 OR H04M2201/40 OR H04M2203/2072 OR H04M2203/654 OR H04M2203/655 OR H04M2207/12 OR H04M2250/60 OR H04M3/02 OR H04M3/2218 OR H04M3/42161 OR H04M3/42187 OR H04M3/42221 OR H04M3/42263 OR H04M3/4228 OR H04M3/42314 OR H04M3/42323 OR H04M3/465 OR H04M3/48 OR H04M3/4872 OR H04M3/493 OR H04M3/523 OR H04M3/533 OR H04M3/543 OR H04M7/12 OR H04M11/00 OR H04M11/025 OR H04M11/085 OR H04M15/08 OR H04M15/43 OR H04M15/44 OR H04M15/56 OR H04M15/745 OR H04M15/8044 OR H04M15/88 OR H04M15/881 OR H04M15/882 OR H04M15/888 OR H04M17/02 OR H04M19/04 OR H04M1/2478 OR H04M1/2745 OR H04M1/274508 OR H04M1/274575 OR H04M1/573 OR H04M1/578 OR H04M1/64 OR H04M1/65 OR H04M1/656 OR H04M1/667 OR H04M1/72569 OR H04M1/72572 OR H04M1/72577 OR H04M1/72597 OR H04M1/738 OR H04M1/82 OR H04M2201/12 OR H04M2201/18 OR H04M2201/42 OR H04M2203/055 OR H04M2203/152 OR H04M2203/158 OR H04M2203/2011 OR H04M2203/2016 OR H04M2203/2094 OR H04M2203/253 OR H04M2203/306 OR H04M2203/4509 OR H04M2203/4536 OR H04M2203/5063 OR H04M2203/551 OR H04M2203/558 OR H04M2203/6009 OR H04M2203/6027 OR H04M2203/6045 OR H04M2203/6081 OR H04M2207/203 OR H04M2215/0192 OR H04M2242/28 OR H04M2250/10 OR H04M2250/22 OR H04M2250/66 OR H04M3/10 OR H04M3/2254 OR H04M3/2281 OR H04M3/382 OR H04M3/42008 OR H04M3/42017 OR H04M3/42051 OR H04M3/42085 OR H04M3/42229 OR H04M3/42272 OR H04M3/42306 OR H04M3/42374 OR H04M3/4285 OR H04M3/4288 OR H04M3/4878 OR H04M3/51 OR H04M3/5116 OR H04M3/5191 OR H04M3/53308 OR H04M3/53325 OR H04M3/537 OR H04M3/54 OR H04M3/545 OR H04M3/546 OR H04M3/56 OR H04M7/0009 OR H04M7/0012 OR H04M7/003 OR H04M7/0036 OR H04M7/0057 OR H04M7/006 OR H04M7/0075 OR H04M7/0081 OR H04M7/06 OR H04M7/1205 OR H04M7/125 OR H04M7/1275).CPC. ) | | | | |
| S11 | 10 | national near5 CNAM | US-PGPUB | OR | ON | 2014/04/15 12:42 |
| S12 | 3 | calling adj2 name same (("not" or non) adj3 subscrib$9) | US-PGPUB | OR | ON | 2014/04/15 12:44 |

| | | | | | | |
|---|---|---|---|---|---|---|
| S13 | 827 | 379/142.$.ccls. | US-PGPUB | OR | ON | 2014/04/15 12:49 |
| S14 | 740 | S13 AND ( (H04M3/42042 OR H04M15/06 OR H04M3/42059 OR H04M1/57 OR H04M1/575 OR H04M3/436 OR H04M3/42068 OR H04M1/663 OR H04M2201/38 OR H04M2242/22 OR H04M3/42 OR H04M3/42102 OR H04M3/42365 OR H04M1/56 OR H04M1/72519 OR H04M3/42093 OR H04M3/4211 OR H04M3/42153 OR H04M3/42195 OR H04M3/42382 OR H04M3/4365 OR H04M15/00 OR H04M1/2535 OR H04M2242/30 OR H04M3/38 OR H04M3/42348 OR H04M3/42357 OR H04M3/4931 OR H04M7/0033 OR H04M7/0069 OR H04M1/247 OR H04M1/665 OR H04M1/723 OR H04M1/72547 OR H04M1/72561 OR H04M1/72566 OR H04M2201/40 OR H04M2203/2072 OR H04M2203/654 OR H04M2203/655 OR H04M2207/12 OR H04M2250/60 OR H04M3/02 OR H04M3/2218 OR H04M3/42161 OR H04M3/42187 OR H04M3/42221 OR H04M3/42263 OR H04M3/4228 OR H04M3/42314 OR H04M3/42323 OR H04M3/465 OR H04M3/48 OR H04M3/4872 OR H04M3/493 OR H04M3/523 OR H04M3/533 OR H04M3/543 OR H04M7/12 OR H04M11/00 OR H04M11/025 OR H04M11/085 OR H04M15/08 OR H04M15/43 OR H04M15/44 OR H04M15/56 OR H04M15/745 OR H04M15/8044 OR H04M15/88 OR H04M15/881 OR H04M15/882 OR H04M15/888 OR H04M17/02 OR H04M19/04 OR H04M1/2478 OR H04M1/2745 OR H04M1/274508 OR H04M1/274575 OR H04M1/573 OR H04M1/578 OR H04M1/64 OR H04M1/65 OR H04M1/656 OR H04M1/667 OR H04M1/72569 OR H04M1/72572 OR H04M1/72577 OR H04M1/72597 OR H04M1/738 OR H04M1/82 OR H04M2201/12 OR H04M2201/18 OR H04M2201/42 OR H04M2203/055 OR H04M2203/152 OR H04M2203/158 OR H04M2203/2011 OR H04M2203/2016 OR H04M2203/2094 OR H04M2203/253 OR H04M2203/306 OR H04M2203/4509 OR H04M2203/4536 OR H04M2203/5063 OR H04M2203/551 OR H04M2203/558 OR H04M2203/6009 OR H04M2203/6027 OR H04M2203/6045 OR H04M2203/6081 OR H04M2207/203 OR H04M2215/0192 OR H04M2242/28 OR H04M2250/10 OR H04M2250/22 OR H04M2250/66 OR H04M3/10 OR H04M3/2254 OR H04M3/2281 OR H04M3/382 OR H04M3/42008 OR H04M3/42017 OR H04M3/42051 OR H04M3/42085 OR H04M3/42229 OR H04M3/42272 OR H04M3/42306 OR H04M3/42374 OR H04M3/4285 OR H04M3/4288 OR H04M3/4878 OR H04M3/51 OR H04M3/5116 OR H04M3/5191 OR H04M3/53308 OR H04M3/53325 OR H04M3/537 OR H04M3/54 OR H04M3/545 OR H04M3/546 OR H04M3/56 OR H04M7/0009 OR H04M7/0012 OR | US-PGPUB | OR | ON | 2014/04/15 13:24 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | H04M7/003 OR H04M7/0036 OR H04M7/0057 OR H04M7/006 OR H04M7/0075 OR H04M7/0081 OR H04M7/06 OR H04M7/1205 OR H04M7/125 OR H04M7/1275).CPC. ) | | | | |
| S15 | 0 | S14 and (private near5 cnam) | US-PGPUB | OR | ON | 2014/04/15 13:24 |
| S16 | 0 | S14 and (internet near5 cnam) | US-PGPUB | OR | ON | 2014/04/15 13:24 |
| S17 | 28 | S14 and (localnear5 cnam) | US-PGPUB | OR | ON | 2014/04/15 13:25 |
| S18 | 0 | S14 and (local near5 cnam) | US-PGPUB | OR | ON | 2014/04/15 13:25 |
| S19 | 28 | S14 and (cnam) | US-PGPUB | OR | ON | 2014/04/15 13:25 |
| S23 | 167 | called same search same (caller adj3 name) | US-PGPUB; USPAT | OR | ON | 2014/04/15 16:24 |
| S24 | 39 | called near5 search same (caller adj3 name) | US-PGPUB; USPAT | OR | ON | 2014/04/15 16:24 |
| S25 | 41 | called near5 search$4 same (caller adj3 name) | US-PGPUB; USPAT | OR | ON | 2014/04/15 16:24 |
| S26 | 78 | called near5 (search$4 or query$4) same (caller adj3 name) | US-PGPUB; USPAT | OR | ON | 2014/04/15 16:24 |
| S27 | 1 | called near5 (search$4 or query$4) same (caller adj3 name) same interface | US-PGPUB; USPAT | OR | ON | 2014/04/15 16:24 |
| S28 | 8 | ("5457738" | "5940484" | "6298128" | "6353664" | "6449351" | "6459782" | "6496569" | "6539080").PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2014/04/15 16:31 |
| S29 | 2 | called near5 search near5 (caller adj3 name) | US-PGPUB; USPAT | OR | ON | 2014/04/15 16:36 |
| S30 | 1 | called near5 input$ same search same (caller adj3 name) | US-PGPUB; USPAT | OR | ON | 2014/04/15 16:36 |

4/15/2014 8:55:45 PM
C:\Users\qtran\Documents\EAST\Workspaces\14174724.wsp

| Search Notes | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 14174724 | ISAACS, JEFFREY D. |
| | Examiner | Art Unit |
| | QUOC D TRAN | 2656 |

### CPC- SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| H04M1/26; H04M1/274508; H04M1/2745; H04M1/66; H04M1/663; H04M1/72519; H04M1/72547 | 4/15/2014 | QT |

### CPC COMBINATION SETS - SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

### US CLASSIFICATION SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 379 | 142.01, 142.04, 142.1, 142.11; 142.15 | 4/15/2014 | QT |

### SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| inventor name search | 4/15/2014 | QT |
| EAST text search | 4/15/2014 | QT |

### INTERFERENCE SEARCH

| US Class/ CPC Symbol | US Subclass / CPC Group | Date | Examiner |
|---|---|---|---|
| | | | |



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# BIB DATA SHEET

**CONFIRMATION NO. 6493**

| SERIAL NUMBER | FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 14/174,724 | 02/06/2014 RULE | 379 | 2656 | |

**APPLICANTS**

**INVENTORS**
Jeffrey D. Isaacs, Fort Washington, PA;

** CONTINUING DATA *************************

** FOREIGN APPLICATIONS *************************

** IF REQUIRED, FOREIGN FILING LICENSE GRANTED ** ** MICRO ENTITY **
02/21/2014

| Foreign Priority claimed | ☐ Yes ☑ No | ☐ Met after Allowance | STATE OR COUNTRY | SHEETS DRAWINGS | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|---|---|
| 35 USC 119(a-d) conditions met | ☐ Yes ☑ No | | | | | |
| Verified and Acknowledged | /QUOC DUC TRAN/ Examiner's Signature | QT Initials | PA | 4 | 7 | 3 |

**ADDRESS**

Jeffrey D. Isaacs
8 Chase Circle
Fort Washington, PA 19034
UNITED STATES

**TITLE**

Post-page Caller Name Identification System

| FILING FEE RECEIVED 400 | FEES: Authority has been given in Paper No._____ to charge/credit DEPOSIT ACCOUNT No._____ for following: | ☐ All Fees<br>☐ 1.16 Fees (Filing)<br>☐ 1.17 Fees (Processing Ext. of time)<br>☐ 1.18 Fees (Issue)<br>☐ Other _____<br>☐ Credit |
|---|---|---|

BIB (Rev. 05/07).

| | | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|---|
| **Index of Claims** | | 14174724 | ISAACS, JEFFREY D. |
| | | Examiner | Art Unit |
| | | QUOC D TRAN | 2656 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

☐ Claims renumbered in the same order as presented by applicant   ☐ CPA   ☐ T.D.   ☐ R.1.47

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 04/15/2014 | | | | | | | |
| | 1 | ✓ | | | | | | | |
| | 2 | ✓ | | | | | | | |
| | 3 | ✓ | | | | | | | |
| | 4 | ✓ | | | | | | | |
| | 5 | ✓ | | | | | | | |
| | 6 | ✓ | | | | | | | |
| | 7 | ✓ | | | | | | | |

U.S. Patent and Trademark Office                                       Part of Paper No. : 20140415