# EXHIBIT F



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 14/174,724 | 02/06/2014 | Jeffrey D. Isaacs | | 6493 |

121712          7590          07/21/2014

Jeffrey D. Isaacs
8 Chase Circle
Fort Washington, PA 19034

| EXAMINER |
|---|
| TRAN, QUOC DUC |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2656 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 07/21/2014 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

| **Office Action Summary** | **Application No.** 14/174,724 | **Applicant(s)** ISAACS, JEFFREY D. |
| | **Examiner** QUOC D. TRAN | **Art Unit** 2656 | **AIA (First Inventor to File) Status** Yes |

| -- The MAILING DATE of this communication appears on the cover sheet with the correspondence address -- |

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) months from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>5/5/2014</u>.
  ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2a)☐ This action is **FINAL**.    2b)☒ This action is non-final.

3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5)☒ Claim(s) <u>1-10</u> is/are pending in the application.
  5a) Of the above claim(s) <u>4,5 and 7</u> is/are withdrawn from consideration.

6)☐ Claim(s) _____ is/are allowed.

7)☒ Claim(s) <u>1,3,6 and 8-10</u> is/are rejected.

8)☐ Claim(s) _____ is/are objected to.

9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

**Application Papers**

10)☐ The specification is objected to by the Examiner.

11)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
  Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
  Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
  **Certified copies:**
    a)☐ All   b)☐ Some**   c)☐ None of the:
      1.☐ Certified copies of the priority documents have been received.
      2.☐ Certified copies of the priority documents have been received in Application No. _____.
      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☐ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.

3)☐ Interview Summary (PTO-413) Paper No(s)/Mail Date _____.

4)☐ Other: _____.

Application/Control Number: 14/174,724                                      Page 2
Art Unit: 2656

1.      The present application, filed on or after March 16, 2013, is being examined under the

first inventor to file provisions of the AIA.

### Response to Amendment

### Notice

2.      In the event the determination of the status of the application as subject to AIA 35 U.S.C.

102 and 103 (or as subject to pre-AIA 35 U.S.C. 102 and 103) is incorrect, any correction of the

statutory basis for the rejection will not be considered a new ground of rejection if the prior art

relied upon, and the rationale supporting the rejection, would be the same under either status.

### Status of Claims

3.      Claims 4-5 and 7 are withdrawn from further consideration. However, these claims

should be "canceled" rather than "withdrawn". Claims that are <u>restricted</u> as being of different

inventions may be "withdrawn" and later rejoined. In this case, claims 4-5 and 7 were rejected

under 35 U.S.C. 101.

### Claim Rejections - 35 USC § 103

4.      The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness

rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is not
> identically disclosed as set forth in section 102 of this title, if the differences between the claimed
> invention and the prior art are such that the claimed invention as a whole would have been obvious
> before the effective filing date of the claimed invention to a person having ordinary skill in the art to
> which the claimed invention pertains.  Patentability shall not be negated by the manner in which the
> invention was made.

5.      Claims 1-3, 6 and 8-10 are rejected under 35 U.S.C. 103 as being unpatentable over

Fronczak et al (2008/0240383) in view of Bertolino (2008/0147771) <u>OR</u> Bansal (2002/0099720).

Application/Control Number: 14/174,724                                      Page 3
Art Unit: 2656

Consider claims 1 and 8, Fronczak et al teach a system and method for providing post-page caller name identification service, comprising: (a) an SS7 interfacing switch or node (par. 0010-0011; 0017); (c) a CNAM database query function regulated by the SS7 interface (par. 0030-0032; 0036-0039); and (d) a user interface element for displaying the successfully queried calling party CNAM (par. 0020; 0040; 0045).

Fronczak et al disclose the calling party name system and method that automatically query for the calling party name using the received caller telephone number. Fronczak et al lack the manual step of requiring the user to enter the post-page or missed caller ID number into the system (*i.e., a CID entry interface which permits the user to enter a post-page or missed CID into the system*).

Bertolino teaches a mobile device and method that enable the user to initiate reverse lookup using the received unidentified telephone number (par. 0033-0034; 0037).

Bansal teaches a method and system that provide the user to perform a reverse lookup search over the world wide web using a telephone number or email address (par. 0045; 0048). It should be noted that the telephone is on the received call list and thus the searching of the telephone number take place after ringing.

Therefore, it would have been obvious to one of the ordinary skill in the art before the effective filing date of the claimed invention to utilize the teaching Bertolino or Bansal into view of Fronczak et al and the result would have been predictable and resulted in enabling user to search the telephone number of the incoming in order to obtain additional information regarding the telephone number.

Application/Control Number: 14/174,724                                     Page 4
Art Unit: 2656

Consider claims 2 and 9, the combination teach wherein said CID entry and CNAM display user interface elements are located on a separate end-user smartphone or TCP/IP connected personal computer (par. 0012 of Fronczak et al; par. 0045-0048 of Bansal).

Consider claims 3 and 10, the combination does not explicitly suggest wherein said user CID entry and CNAM display functions are interfaced via JSON (javascript object notation) to the SS7 interfacing switch. Fronczak et al utilize extensible markup language (XML) (see par. 0033). However, it is a design choice to utilize a different protocol such as JSON. Therefore, it would have been obvious to one of the ordinary skill in the art to utilize different protocols to obtain or arrives with the same or similar result.

Consider claim 5, Fronczak et al teach performs a Global Title Translation prior to the said CNAM Database Query (par. 0035; determine appropriate ISCP).

Consider claim 6, Fronczak et al teach confirms that the CID is not subject to system opt-out privacy controls; and confirms that the CID paged a telephonic device owned or operated by the end-user (par. 0026; enabling or disabled).

### *Response to Arguments*

6.      Applicant's arguments with respect to claims 1-3, 6, 8-10 have been considered but are moot because the arguments do not apply to any of the references being used in the current rejection.

### *Conclusion*

7.      Any response to this action should be mailed to:

                    Mail Stop _____(explanation, e.g., Amendment or After-final, etc.)
                    Commissioner for Patents
                    P.O. Box 1450
                    Alexandria, VA 22313-1450

Application/Control Number: 14/174,724                                                    Page 5
Art Unit: 2656

Facsimile responses should be faxed to:
**(571) 273-8300**
Hand-delivered responses should be brought to:
Customer Service Window
Randolph Building
401 Dulany Street
Alexandria, VA 22314

Any inquiry concerning this communication or earlier communications from the examiner should be directed to **Quoc Tran** whose telephone number is **(571) 272-7511**. The examiner can normally be reached on Monday-Friday from 8:00 to 4:30 PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, **Curtis Kuntz**, can be reached on **(571) 272-7499**.

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the **Technology Center 2600** whose telephone number is **(571) 272-2600**.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).


/Quoc D Tran/
Primary Examiner, Art Unit 2656
July 17, 2014

| *Notice of References Cited* | Application/Control No.<br>14/174,724 | Applicant(s)/Patent Under Reexamination<br>ISAACS, JEFFREY D. | |
|---|---|---|---|
| | Examiner<br>QUOC D. TRAN | Art Unit<br>2656 | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-2008/0222144 | 09-2008 | Backer et al. | 707/5 |
| * | B | US-2008/0147771 | 06-2008 | Bertolino, Robert | 709/201 |
| * | C | US-2002/0099720 | 07-2002 | Bansal, Pradeep | 707/104.1 |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 14174724 | ISAACS, JEFFREY D. |
| | **Examiner** | **Art Unit** |
| | QUOC D TRAN | 2656 |

## CPC- SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| H04M1/26; H04M1/274508; H04M1/2745; H04M1/66; H04M1/663; H04M1/72519;  H04M1/72547 | 4/15/2014 | QT |
| update above | 7/15/2014 | QT |

## CPC COMBINATION SETS  - SEARCHED

| Symbol | Date | Examiner |
|---|---|---|
| | | |

## US CLASSIFICATION SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 379 | 142.01, 142.04, 142.1, 142.11; 142.15 | 4/15/2014 | QT |
| update above | | 7/15/2014 | QT |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| inventor name search | 4/15/2014 | QT |
| EAST text search | 4/15/2014 | QT |
| update EAST | 7/15/2014 | QT |
| Consulted Binh Tieu | 7/16/2014 | QT |

## INTERFERENCE SEARCH

| US Class/ CPC Symbol | US Subclass / CPC Group | Date | Examiner |
|---|---|---|---|
| | | | |

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 14174724 | ISAACS, JEFFREY D. |
| | **Examiner** | **Art Unit** |
| | QUOC D TRAN | 2656 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

| ☐ Claims renumbered in the same order as presented by applicant | | ☐ CPA | ☐ T.D. | ☐ R.1.47 |

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 04/15/2014 | 07/17/2014 | | | | | | |
| | 1 | ✓ | ✓ | | | | | | |
| | 2 | ✓ | ✓ | | | | | | |
| | 3 | ✓ | ✓ | | | | | | |
| | 4 | ✓ | N | | | | | | |
| | 5 | ✓ | N | | | | | | |
| | 6 | ✓ | ✓ | | | | | | |
| | 7 | ✓ | N | | | | | | |
| | 8 | | ✓ | | | | | | |
| | 9 | | ✓ | | | | | | |
| | 10 | | ✓ | | | | | | |

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| S1 | 1 | Isaacs-jeff$9 | US-PGPUB; USPAT | OR | ON | 2014/04/15 11:03 |
| S2 | 118 | (SS7 same CNAM) | US-PGPUB; USPAT | OR | ON | 2014/04/15 11:03 |
| S3 | 110 | S2 and query$4 | US-PGPUB; USPAT | OR | ON | 2014/04/15 11:04 |
| S4 | 25 | S2 and (called near5 query$4) | US-PGPUB; USPAT | OR | ON | 2014/04/15 11:04 |
| S5 | 1 | S2 and gr-1188 | US-PGPUB; USPAT | OR | ON | 2014/04/15 11:05 |
| S6 | 634 | tran-quoc$.xp. | US-PGPUB; USPAT | OR | ON | 2014/04/15 11:08 |
| S7 | 18 | S6 and cnam | US-PGPUB; USPAT | OR | ON | 2014/04/15 11:08 |
| S8 | 27 | S2 and privacy | US-PGPUB; USPAT | OR | ON | 2014/04/15 11:14 |
| S9 | 827 | 379/142.$.ccls. | US-PGPUB | OR | ON | 2014/04/15 11:18 |
| S10 | 740 | S9 AND ( (H04M3/42042 OR H04M15/06 OR H04M3/42059 OR H04M1/57 OR H04M1/575 OR H04M3/436 OR H04M3/42068 OR H04M1/663 OR H04M2201/38 OR H04M2242/22 OR H04M3/42 OR H04M3/42102 OR H04M3/42365 OR H04M1/56 OR H04M1/72519 OR H04M3/42093 OR H04M3/4211 OR H04M3/42153 OR H04M3/42195 OR H04M3/42382 OR H04M3/4365 OR H04M15/00 OR H04M1/2535 OR H04M2242/30 OR H04M3/38 OR H04M3/42348 OR H04M3/42357 OR H04M3/4931 OR H04M7/0033 OR H04M7/0069 OR H04M1/247 OR H04M1/665 OR H04M1/723 OR H04M1/72547 OR H04M1/72561 OR H04M1/72566 OR H04M2201/40 OR H04M2203/2072 OR H04M2203/654 OR H04M2203/655 OR H04M2207/12 OR H04M2250/60 OR H04M3/02 OR H04M3/2218 OR H04M3/42161 OR H04M3/42187 OR H04M3/42221 OR H04M3/42263 OR H04M3/4228 OR | US-PGPUB | OR | ON | 2014/04/15 11:19 |

H04M3/42314 OR H04M3/42323 OR
H04M3/465 OR H04M3/48 OR H04M3/4872
OR H04M3/493 OR H04M3/523 OR
H04M3/533 OR H04M3/543 OR H04M7/12
OR H04M11/00 OR H04M11/025 OR
H04M11/085 OR H04M15/08 OR
H04M15/43 OR H04M15/44 OR H04M15/56
OR H04M15/745 OR H04M15/8044 OR
H04M15/88 OR H04M15/881 OR
H04M15/882 OR H04M15/888 OR
H04M17/02 OR H04M19/04 OR
H04M1/2478 OR H04M1/2745 OR
H04M1/274508 OR H04M1/274575 OR
H04M1/573 OR H04M1/578 OR H04M1/64
OR H04M1/65 OR H04M1/656 OR
H04M1/667 OR H04M1/72569 OR
H04M1/72572 OR H04M1/72577 OR
H04M1/72597 OR H04M1/738 OR
H04M1/82 OR H04M2201/12 OR
H04M2201/18 OR H04M2201/42 OR
H04M2203/055 OR H04M2203/152 OR
H04M2203/158 OR H04M2203/2011 OR
H04M2203/2016 OR H04M2203/2094 OR
H04M2203/253 OR H04M2203/306 OR
H04M2203/4509 OR H04M2203/4536 OR
H04M2203/5063 OR H04M2203/551 OR
H04M2203/558 OR H04M2203/6009 OR
H04M2203/6027 OR H04M2203/6045 OR
H04M2203/6081 OR H04M2207/203 OR
H04M2215/0192 OR H04M2242/28 OR
H04M2250/10 OR H04M2250/22 OR
H04M2250/66 OR H04M3/10 OR
H04M3/2254 OR H04M3/2281 OR
H04M3/382 OR H04M3/42008 OR
H04M3/42017 OR H04M3/42051 OR
H04M3/42085 OR H04M3/42229 OR
H04M3/42272 OR H04M3/42306 OR
H04M3/42374 OR H04M3/4285 OR
H04M3/4288 OR H04M3/4878 OR
H04M3/51 OR H04M3/5116 OR
H04M3/5191 OR H04M3/53308 OR
H04M3/53325 OR H04M3/537 OR
H04M3/54 OR H04M3/545 OR H04M3/546
OR H04M3/56 OR H04M7/0009 OR
H04M7/0012 OR H04M7/003 OR
H04M7/0036 OR H04M7/0057 OR
H04M7/006 OR H04M7/0075 OR
H04M7/0081 OR H04M7/06 OR
H04M7/1205 OR H04M7/125 OR
H04M7/1275).CPC. )

| S11 | 10 | national near5 CNAM | US-PGPUB | OR | ON | 2014/04/15 12:42 |
| S12 | 3 | calling adj2 name same (("not" or non) adj3 subscrib$9) | US-PGPUB | OR | ON | 2014/04/15 12:44 |
| S13 | 827 | 379/142.$.ccls. | US-PGPUB | OR | ON | 2014/04/15 12:49 |
| S14 | 740 | S13 AND ( (H04M3/42042 OR H04M15/06 OR H04M3/42059 OR H04M1/57 OR H04M1/575 OR H04M3/436 OR H04M3/42068 OR H04M1/663 OR H04M2201/38 OR H04M2242/22 OR H04M3/42 OR H04M3/42102 OR H04M3/42365 OR H04M1/56 OR | US-PGPUB | OR | ON | 2014/04/15 13:24 |

H04M1/72519 OR H04M3/42093 OR
H04M3/4211 OR H04M3/42153 OR
H04M3/42195 OR H04M3/42382 OR
H04M3/4365 OR H04M15/00 OR
H04M1/2535 OR H04M2242/30 OR
H04M3/38 OR H04M3/42348 OR
H04M3/42357 OR H04M3/4931 OR
H04M7/0033 OR H04M7/0069 OR
H04M1/247 OR H04M1/665 OR H04M1/723
OR H04M1/72547 OR H04M1/72561 OR
H04M1/72566 OR H04M2201/40 OR
H04M2203/2072 OR H04M2203/654 OR
H04M2203/655 OR H04M2207/12 OR
H04M2250/60 OR H04M3/02 OR
H04M3/2218 OR H04M3/42161 OR
H04M3/42187 OR H04M3/42221 OR
H04M3/42263 OR H04M3/4228 OR
H04M3/42314 OR H04M3/42323 OR
H04M3/465 OR H04M3/48 OR H04M3/4872
OR H04M3/493 OR H04M3/523 OR
H04M3/533 OR H04M3/543 OR H04M7/12
OR H04M11/00 OR H04M11/025 OR
H04M11/085 OR H04M15/08 OR
H04M15/43 OR H04M15/44 OR H04M15/56
OR H04M15/745 OR H04M15/8044 OR
H04M15/88 OR H04M15/881 OR
H04M15/882 OR H04M15/888 OR
H04M17/02 OR H04M19/04 OR
H04M1/2478 OR H04M1/2745 OR
H04M1/274508 OR H04M1/274575 OR
H04M1/573 OR H04M1/578 OR H04M1/64
OR H04M1/65 OR H04M1/656 OR
H04M1/667 OR H04M1/72569 OR
H04M1/72572 OR H04M1/72577 OR
H04M1/72597 OR H04M1/738 OR
H04M1/82 OR H04M2201/12 OR
H04M2201/18 OR H04M2201/42 OR
H04M2203/055 OR H04M2203/152 OR
H04M2203/158 OR H04M2203/2011 OR
H04M2203/2016 OR H04M2203/2094 OR
H04M2203/253 OR H04M2203/306 OR
H04M2203/4509 OR H04M2203/4536 OR
H04M2203/5063 OR H04M2203/551 OR
H04M2203/558 OR H04M2203/6009 OR
H04M2203/6027 OR H04M2203/6045 OR
H04M2203/6081 OR H04M2207/203 OR
H04M2215/0192 OR H04M2242/28 OR
H04M2250/10 OR H04M2250/22 OR
H04M2250/66 OR H04M3/10 OR
H04M3/2254 OR H04M3/2281 OR
H04M3/382 OR H04M3/42008 OR
H04M3/42017 OR H04M3/42051 OR
H04M3/42085 OR H04M3/42229 OR
H04M3/42272 OR H04M3/42306 OR
H04M3/42374 OR H04M3/4285 OR
H04M3/4288 OR H04M3/4878 OR
H04M3/51 OR H04M3/5116 OR
H04M3/5191 OR H04M3/53308 OR
H04M3/53325 OR H04M3/537 OR
H04M3/54 OR H04M3/545 OR H04M3/546
OR H04M3/56 OR H04M7/0009 OR
H04M7/0012 OR H04M7/003 OR
H04M7/0036 OR H04M7/0057 OR
H04M7/006 OR H04M7/0075 OR

| | | | | | | |
|---|---|---|---|---|---|---|
| | | H04M7/0081 OR H04M7/06 OR H04M7/1205 OR H04M7/125 OR H04M7/1275).CPC. ) | | | | |
| S15 | 0 | S14 and (private near5 cnam) | US-PGPUB | OR | ON | 2014/04/15 13:24 |
| S16 | 0 | S14 and (internet near5 cnam) | US-PGPUB | OR | ON | 2014/04/15 13:24 |
| S17 | 28 | S14 and (localnear5 cnam) | US-PGPUB | OR | ON | 2014/04/15 13:25 |
| S18 | 0 | S14 and (local near5 cnam) | US-PGPUB | OR | ON | 2014/04/15 13:25 |
| S19 | 28 | S14 and (cnam) | US-PGPUB | OR | ON | 2014/04/15 13:25 |
| S23 | 167 | called same search same (caller adj3 name) | US-PGPUB; USPAT | OR | ON | 2014/04/15 16:24 |
| S24 | 39 | called near5 search same (caller adj3 name) | US-PGPUB; USPAT | OR | ON | 2014/04/15 16:24 |
| S25 | 41 | called near5 search$4 same (caller adj3 name) | US-PGPUB; USPAT | OR | ON | 2014/04/15 16:24 |
| S26 | 78 | called near5 (search$4 or query$4) same (caller adj3 name) | US-PGPUB; USPAT | OR | ON | 2014/04/15 16:24 |
| S27 | 1 | called near5 (search$4 or query$4) same (caller adj3 name) same interface | US-PGPUB; USPAT | OR | ON | 2014/04/15 16:24 |
| S28 | 8 | ("5457738" | "5940484" | "6298128" | "6353664" | "6449351" | "6459782" | "6496569" | "6539080").PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2014/04/15 16:31 |
| S29 | 2 | called near5 search near5 (caller adj3 name) | US-PGPUB; USPAT | OR | ON | 2014/04/15 16:36 |
| S30 | 1 | called near5 input$ same search same (caller adj3 name) | US-PGPUB; USPAT | OR | ON | 2014/04/15 16:36 |
| S32 | 29 | json adj protocol | US-PGPUB; USPAT | OR | ON | 2014/04/15 20:21 |
| S33 | 1 | "20130287196" | US-PGPUB; USPAT | OR | ON | 2014/04/15 20:25 |
| S34 | 1 | S33 and protocol | US-PGPUB; USPAT | OR | ON | 2014/04/15 20:25 |
| S35 | 2 | "20080240383" | US-PGPUB; USPAT | OR | ON | 2014/04/15 20:42 |
| S38 | 0 | S35 and privacy | US-PGPUB; USPAT | OR | ON | 2014/04/15 20:46 |
| S41 | 295 | 379/142.01.ccls. | US-PGPUB | OR | ON | 2014/04/15 21:02 |
| S42 | 52 | 379/142.1.ccls. | US- | OR | ON | 2014/04/15 |

| | | | PGPUB | | | 21:02 |
|---|---|---|---|---|---|---|
| S43 | 145 | 379/142.1.ccls. | US-PGPUB; USPAT | OR | ON | 2014/04/15 21:02 |
| S44 | 145 | 379/142.1.ccls. | US-PGPUB; USPAT | OR | ON | 2014/04/15 21:02 |
| S45 | 927 | 379/142.01.ccls. | US-PGPUB; USPAT | OR | ON | 2014/04/15 21:03 |
| S46 | 1044 | S44 or S45 | US-PGPUB; USPAT | OR | ON | 2014/04/15 21:03 |
| S47 | 910 | S46 AND ( (H04M15/06 OR H04M3/42042 OR H04M1/575 OR H04M3/42059 OR H04M1/57 OR H04M3/42017 OR H04M3/436 OR H04M1/56 OR H04M2242/30 OR H04M2201/38 OR H04M3/42348 OR H04M1/72572 OR H04M2242/22 OR H04M3/42357 OR H04M1/2535 OR H04M1/578 OR H04M2207/12 OR H04M7/006 OR H04M15/00 OR H04M15/56 OR H04M19/04 OR H04M1/72552 OR H04M2203/2072 OR H04M2203/551 OR H04M2250/60 OR H04M3/02 OR H04M3/2218 OR H04M3/38 OR H04M3/42 OR H04M3/42068 OR H04M3/42093 OR H04M3/42102 OR H04M3/42365 OR H04M3/4931 OR H04M3/533 OR H04M3/537 OR H04M1/2745 OR H04M1/66 OR H04M1/663 OR H04M1/72519 OR H04M1/72547 OR H04M2203/654 OR H04M2203/655 OR H04M2207/18 OR H04M2215/202 OR H04M2242/14 OR H04M2250/22 OR H04M2250/58 OR H04M3/42051 OR H04M3/42187 OR H04M3/4228 OR H04M3/42374 OR H04M3/42382 OR H04M3/465 OR H04M3/56 OR H04M7/0027 OR H04M7/0075 OR H04M11/04 OR H04M11/066 OR H04M15/58 OR H04M15/721 OR H04M15/745 OR H04M15/7655 OR H04M15/88 OR H04M15/881 OR H04M15/882 OR H04M15/888 OR H04M17/02 OR H04M19/041 OR H04M1/006 OR H04M1/21 OR H04M1/247 OR H04M1/274516 OR H04M1/274566 OR H04M1/576 OR H04M1/6041 OR H04M1/6058 OR H04M1/658 OR H04M1/667 OR H04M1/673 OR H04M1/72527 OR H04M1/7253 OR H04M1/72536 OR H04M1/7255 OR H04M1/72561 OR H04M1/72566 OR H04M1/72569 OR H04M1/738 OR H04M2201/14 OR H04M2201/18 OR H04M2201/60 OR H04M2203/152 OR H04M2203/2005 OR H04M2203/2061 OR H04M2203/2094 OR H04M2203/256 OR H04M2203/306 OR H04M2203/4563 OR H04M2203/5063 OR H04M2203/5072 OR H04M2203/5081 OR H04M2203/558 OR H04M2203/6045 OR H04M2203/652 OR | US-PGPUB; USPAT | OR | ON | 2014/04/15 21:03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | H04M2207/203 OR H04M2215/0108 OR H04M2215/0188 OR H04M2215/7045 OR H04M2215/725 OR H04M2242/04 OR H04M2242/15 OR H04M2250/02 OR H04M3/20 OR H04M3/2281 OR H04M3/307 OR H04M3/382 OR H04M3/42076 OR H04M3/4211 OR H04M3/42153 OR H04M3/42221 OR H04M3/42229 OR H04M3/42263 OR H04M3/42272 OR H04M3/42306 OR H04M3/42323 OR H04M3/4365 OR H04M3/46 OR H04M3/48 OR H04M3/4872 OR H04M3/4878 OR H04M3/4936 OR H04M3/51 OR H04M3/5116 OR H04M3/5191 OR H04M3/523 OR H04M3/5238 OR H04M3/5322 OR H04M3/53308 OR H04M3/53383 OR H04M3/54 OR H04M3/543 OR H04M3/545 OR H04M3/567 OR H04M3/64 OR H04M7/0039 OR H04M7/0042 OR H04M7/06 OR H04M7/12 OR H04M7/1235 OR H04L67/18 OR H04L65/1069 OR H04L65/1006 OR H04L65/1096 OR H04L65/403 OR H04L67/24 OR H04L12/66 OR H04L29/1216 OR H04L61/106 OR H04L61/157 OR H04L61/609 OR H04L65/1016 OR H04L12/10 OR H04L12/14 OR H04L12/1822 OR H04L12/585 OR H04L12/5865 OR H04L12/588 OR H04L2463/121 OR H04L29/06027 OR H04L29/12122 OR H04L29/12792 OR H04L29/12896 OR H04L51/32 OR H04L61/1547 OR H04L61/60 OR H04L61/605 OR H04L63/00 OR H04L63/0823 OR H04L63/101 OR H04L63/102 OR H04L63/107 OR H04L63/108 OR H04L63/12 OR H04L63/30 OR H04L65/1066 OR H04L65/1083 OR H04L65/1089 OR H04L65/4015 OR H04L67/04 OR H04L67/306 OR H04L67/34 OR H04L69/08 OR H04W4/02 OR H04W4/20 OR H04W76/02 OR H04W12/08 OR H04W4/028 OR H04W64/00 OR H04W12/06 OR H04W4/001 OR H04W4/021 OR H04W4/023 OR H04W4/026 OR H04W4/22 OR H04W4/24 OR H04W76/007 OR H04W8/18 OR H04W8/26).CPC. ) | | | | |
| S48 | 1 | called near5 input$ same search same (caller adj3 name) | US-PGPUB; USPAT | OR | ON | 2014/07/16 14:47 |
| S49 | 838 | 379/142.$.ccls. | US-PGPUB | OR | ON | 2014/07/16 14:48 |
| S50 | 751 | S49 AND ( (H04M3/42042 OR H04M15/06 OR H04M3/42059 OR H04M1/57 OR H04M1/575 OR H04M3/436 OR H04M3/42068 OR H04M1/663 OR H04M2201/38 OR H04M2242/22 OR H04M3/42 OR H04M3/42102 OR H04M3/42365 OR H04M1/56 OR H04M1/72519 OR H04M3/42093 OR H04M3/4211 OR H04M3/42153 OR H04M3/42195 OR H04M3/42382 OR H04M3/4365 OR H04M15/00 OR | US-PGPUB | OR | ON | 2014/07/16 14:48 |

H04M1/2535 OR H04M2242/30 OR
H04M3/38 OR H04M3/42348 OR
H04M3/42357 OR H04M3/4931 OR
H04M7/0033 OR H04M7/0069 OR
H04M1/247 OR H04M1/665 OR H04M1/723
OR H04M1/72547 OR H04M1/72561 OR
H04M1/72566 OR H04M2201/40 OR
H04M2203/2072 OR H04M2203/654 OR
H04M2203/655 OR H04M2207/12 OR
H04M2250/60 OR H04M3/02 OR
H04M3/2218 OR H04M3/42161 OR
H04M3/42187 OR H04M3/42221 OR
H04M3/42263 OR H04M3/4228 OR
H04M3/42314 OR H04M3/42323 OR
H04M3/465 OR H04M3/48 OR H04M3/4872
OR H04M3/493 OR H04M3/523 OR
H04M3/533 OR H04M3/543 OR H04M7/12
OR H04M11/00 OR H04M11/025 OR
H04M11/085 OR H04M15/08 OR
H04M15/43 OR H04M15/44 OR H04M15/56
OR H04M15/745 OR H04M15/8044 OR
H04M15/88 OR H04M15/881 OR
H04M15/882 OR H04M15/888 OR
H04M17/02 OR H04M19/04 OR
H04M1/2478 OR H04M1/2745 OR
H04M1/274508 OR H04M1/274575 OR
H04M1/573 OR H04M1/578 OR H04M1/64
OR H04M1/65 OR H04M1/656 OR
H04M1/667 OR H04M1/72569 OR
H04M1/72572 OR H04M1/72577 OR
H04M1/72597 OR H04M1/738 OR
H04M1/82 OR H04M2201/12 OR
H04M2201/18 OR H04M2201/42 OR
H04M2203/055 OR H04M2203/152 OR
H04M2203/158 OR H04M2203/2011 OR
H04M2203/2016 OR H04M2203/2094 OR
H04M2203/253 OR H04M2203/306 OR
H04M2203/4509 OR H04M2203/4536 OR
H04M2203/5063 OR H04M2203/551 OR
H04M2203/558 OR H04M2203/6009 OR
H04M2203/6027 OR H04M2203/6045 OR
H04M2203/6081 OR H04M2207/203 OR
H04M2215/0192 OR H04M2242/28 OR
H04M2250/10 OR H04M2250/22 OR
H04M2250/66 OR H04M3/10 OR
H04M3/2254 OR H04M3/2281 OR
H04M3/382 OR H04M3/42008 OR
H04M3/42017 OR H04M3/42051 OR
H04M3/42085 OR H04M3/42229 OR
H04M3/42272 OR H04M3/42306 OR
H04M3/42374 OR H04M3/4285 OR
H04M3/4288 OR H04M3/4878 OR
H04M3/51 OR H04M3/5116 OR
H04M3/5191 OR H04M3/53308 OR
H04M3/53325 OR H04M3/537 OR
H04M3/54 OR H04M3/545 OR H04M3/546
OR H04M3/56 OR H04M7/0009 OR
H04M7/0012 OR H04M7/003 OR
H04M7/0036 OR H04M7/0057 OR
H04M7/006 OR H04M7/0075 OR
H04M7/0081 OR H04M7/06 OR
H04M7/1205 OR H04M7/125 OR
H04M7/1275).CPC. )

| S51 | 30868 | ( ( H04M3/42042 OR H04M15/06 OR | US- | OR | ON | 2014/07/16 |

H04M3/42059 OR H04M1/57 OR
H04M1/575 OR H04M3/436 OR
H04M3/42068 OR H04M1/663 OR
H04M2201/38 OR H04M2242/22 OR
H04M3/42 OR H04M3/42102 OR
H04M3/42365 OR H04M1/56 OR
H04M1/72519 OR H04M3/42093 OR
H04M3/4211 OR H04M3/42153 OR
H04M3/42195 OR H04M3/42382 OR
H04M3/4365 OR H04M15/00 OR
H04M1/2535 OR H04M2242/30 OR
H04M3/38 OR H04M3/42348 OR
H04M3/42357 OR H04M3/4931 OR
H04M7/0033 OR H04M7/0069 OR
H04M1/247 OR H04M1/665 OR H04M1/723
OR H04M1/72547 OR H04M1/72561 OR
H04M1/72566 OR H04M2201/40 OR
H04M2203/2072 OR H04M2203/654 OR
H04M2203/655 OR H04M2207/12 OR
H04M2250/60 OR H04M3/02 OR
H04M3/2218 OR H04M3/42161 OR
H04M3/42187 OR H04M3/42221 OR
H04M3/42263 OR H04M3/4228 OR
H04M3/42314 OR H04M3/42323 OR
H04M3/465 OR H04M3/48 OR H04M3/4872
OR H04M3/493 OR H04M3/523 OR
H04M3/533 OR H04M3/543 OR H04M7/12
OR H04M11/00 OR H04M11/025 OR
H04M11/085 OR H04M15/08 OR
H04M15/43 OR H04M15/44 OR H04M15/56
OR H04M15/745 OR H04M15/8044 OR
H04M15/88 OR H04M15/881 OR
H04M15/882 OR H04M15/888 OR
H04M17/02 OR H04M19/04 OR
H04M1/2478 OR H04M1/2745 OR
H04M1/274508 OR H04M1/274575 OR
H04M1/573 OR H04M1/578 OR H04M1/64
OR H04M1/65 OR H04M1/656 OR
H04M1/667 OR H04M1/72569 OR
H04M1/72572 OR H04M1/72577 OR
H04M1/72597 OR H04M1/738 OR
H04M1/82 OR H04M2201/12 OR
H04M2201/18 OR H04M2201/42 OR
H04M2203/055 OR H04M2203/152 OR
H04M2203/158 OR H04M2203/2011 OR
H04M2203/2016 OR H04M2203/2094 OR
H04M2203/253 OR H04M2203/306 OR
H04M2203/4509 OR H04M2203/4536 OR
H04M2203/5063 OR H04M2203/551 OR
H04M2203/558 OR H04M2203/6009 OR
H04M2203/6027 OR H04M2203/6045 OR
H04M2203/6081 OR H04M2207/203 OR
H04M2215/0192 OR H04M2242/28 OR
H04M2250/10 OR H04M2250/22 OR
H04M2250/66 OR H04M3/10 OR
H04M3/2254 OR H04M3/2281 OR
H04M3/382 OR H04M3/42008 OR
H04M3/42017 OR H04M3/42051 OR
H04M3/42085 OR H04M3/42229 OR
H04M3/42272 OR H04M3/42306 OR
H04M3/42374 OR H04M3/4285 OR
H04M3/4288 OR H04M3/4878 OR
H04M3/51 OR H04M3/5116 OR
H04M3/5191 OR H04M3/53308 OR

PGPUB

14:48

| | | H04M3/53325 OR H04M3/537 OR H04M3/54 OR H04M3/545 OR H04M3/546 OR H04M3/56 OR H04M7/0009 OR H04M7/0012 OR H04M7/003 OR H04M7/0036 OR H04M7/0057 OR H04M7/006 OR H04M7/0075 OR H04M7/0081 OR H04M7/06 OR H04M7/1205 OR H04M7/125 OR H04M7/1275).CPC. ) | | | | |
|---|---|---|---|---|---|---|
| S52 | 59 | S51 and (search$4 or quer$6) near5 telephone adj3 number same (answered or ring) | US-PGPUB | OR | ON | 2014/07/16 14:50 |
| S53 | 31046 | ( ( H04M3/42042 OR H04M15/06 OR H04M3/42059 OR H04M1/57 OR H04M1/575 OR H04M3/436 OR H04M3/42068 OR H04M1/663 OR H04M2201/38 OR H04M2242/22 OR H04M3/42 OR H04M3/42102 OR H04M3/42365 OR H04M1/56 OR H04M1/72519 OR H04M3/42093 OR H04M3/4211 OR H04M3/42153 OR H04M3/42195 OR H04M3/42382 OR H04M3/4365 OR H04M15/00 OR H04M1/2535 OR H04M2242/30 OR H04M3/38 OR H04M3/42348 OR H04M3/42357 OR H04M3/4931 OR H04M7/0033 OR H04M7/0069 OR H04M1/247 OR H04M1/665 OR H04M1/723 OR H04M1/72547 OR H04M1/72561 OR H04M1/72566 OR H04M2201/40 OR H04M2203/2072 OR H04M2203/654 OR H04M2203/655 OR H04M2207/12 OR H04M2250/60 OR H04M3/02 OR H04M3/2218 OR H04M3/42161 OR H04M3/42187 OR H04M3/42221 OR H04M3/42263 OR H04M3/4228 OR H04M3/42314 OR H04M3/42323 OR H04M3/465 OR H04M3/48 OR H04M3/4872 OR H04M3/493 OR H04M3/523 OR H04M3/533 OR H04M3/543 OR H04M7/12 OR H04M11/00 OR H04M11/025 OR H04M11/085 OR H04M15/08 OR H04M15/43 OR H04M15/44 OR H04M15/56 OR H04M15/745 OR H04M15/8044 OR H04M15/88 OR H04M15/881 OR H04M15/882 OR H04M15/888 OR H04M17/02 OR H04M19/04 OR H04M1/2478 OR H04M1/2745 OR H04M1/274508 OR H04M1/274575 OR H04M1/573 OR H04M1/578 OR H04M1/64 OR H04M1/65 OR H04M1/656 OR H04M1/667 OR H04M1/72569 OR H04M1/72572 OR H04M1/72577 OR H04M1/72597 OR H04M1/738 OR H04M1/82 OR H04M2201/12 OR H04M2201/18 OR H04M2201/42 OR H04M2203/055 OR H04M2203/152 OR H04M2203/158 OR H04M2203/2011 OR H04M2203/2016 OR H04M2203/2094 OR H04M2203/253 OR H04M2203/306 OR H04M2203/4509 OR H04M2203/4536 OR H04M2203/5063 OR H04M2203/551 OR H04M2203/558 OR H04M2203/6009 OR H04M2203/6027 OR H04M2203/6045 OR | USPAT | OR | ON | 2014/07/16 15:22 |

H04M2203/6081 OR H04M2207/203 OR
H04M2215/0192 OR H04M2242/28 OR
H04M2250/10 OR H04M2250/22 OR
H04M2250/66 OR H04M3/10 OR
H04M3/2254 OR H04M3/2281 OR
H04M3/382 OR H04M3/42008 OR
H04M3/42017 OR H04M3/42051 OR
H04M3/42085 OR H04M3/42229 OR
H04M3/42272 OR H04M3/42306 OR
H04M3/42374 OR H04M3/4285 OR
H04M3/4288 OR H04M3/4878 OR
H04M3/51 OR H04M3/5116 OR
H04M3/5191 OR H04M3/53308 OR
H04M3/53325 OR H04M3/537 OR
H04M3/54 OR H04M3/545 OR H04M3/546
OR H04M3/56 OR H04M7/0009 OR
H04M7/0012 OR H04M7/003 OR
H04M7/0036 OR H04M7/0057 OR
H04M7/006 OR H04M7/0075 OR
H04M7/0081 OR H04M7/06 OR
H04M7/1205 OR H04M7/125 OR
H04M7/1275).CPC. )

| | | | | | | |
|---|---|---|---|---|---|---|
| S54 | 52 | S53 and (search$4 or quer$6) near5 telephone adj3 number same (answered or ring) | US-PGPUB; USPAT | OR | ON | 2014/07/16 15:22 |
| S55 | 1347 | tieu-binh$.xa,xp. | US-PGPUB; USPAT | OR | ON | 2014/07/16 15:28 |
| S56 | 0 | S55 and S49 | US-PGPUB; USPAT | OR | ON | 2014/07/16 15:28 |
| S57 | 2843 | 379/142.$.ccls. | US-PGPUB; USPAT | OR | ON | 2014/07/16 15:28 |
| S58 | 119 | S55 and S57 | US-PGPUB; USPAT | OR | ON | 2014/07/16 15:29 |
| S59 | 13 | S58 and manually | US-PGPUB; USPAT | OR | ON | 2014/07/16 15:29 |
| S60 | 1 | S59 and secretary | US-PGPUB; USPAT | OR | ON | 2014/07/16 15:29 |
| S61 | 9 | S58 and disposition | US-PGPUB; USPAT | OR | ON | 2014/07/16 15:30 |
| S62 | 3 | S58 and (quer$4 or search$4) near5 internet | US-PGPUB; USPAT | OR | ON | 2014/07/16 15:30 |
| S63 | 9 | ("5784444" \| "5864612" \| "6192116" \| "6310944" \| "6343120" \| "6397059" \| "6449351" \| "6662006" \| "6771755").PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2014/07/16 15:31 |
| S64 | 92 | "6459782" | US-PGPUB; USPAT; USOCR | OR | OFF | 2014/07/16 15:35 |
| S65 | 27 | S57 and (manual$4 near5 (search or quer$4)) | US-PGPUB; USPAT | OR | ON | 2014/07/16 15:42 |

| S66 | 6 | ("20030147518" \| "20040063445" \| "5546447" \| "5754636" \| "5930700" \| "6728355").PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2014/07/16 15:48 |
| S67 | 68 | S57 and secretary | US-PGPUB; USPAT | OR | ON | 2014/07/16 15:50 |
| S68 | 3 | S57 and secretary same (search$4) | US-PGPUB; USPAT | OR | ON | 2014/07/16 15:51 |
| S69 | 61914 | S51 or S53 | US-PGPUB; USPAT | OR | ON | 2014/07/16 15:53 |
| S70 | 0 | S69 and (manuall4 near5 (query$4 or search$4)) near name | US-PGPUB; USPAT | OR | ON | 2014/07/16 15:54 |
| S71 | 0 | S69 and (manuall4 near5 (query$4 or search$4)) same name | US-PGPUB; USPAT | OR | ON | 2014/07/16 15:54 |
| S72 | 0 | S69 and (manuall4 near5 (query$4 or search$4)) | US-PGPUB; USPAT | OR | ON | 2014/07/16 15:54 |
| S73 | 339 | S69 and (manuall$ near5 (query$4 or search$4)) | US-PGPUB; USPAT | OR | ON | 2014/07/16 15:54 |
| S74 | 2 | S69 and (manuall$ near5 (query$4 or search$4)) near5 name | US-PGPUB; USPAT | OR | ON | 2014/07/16 15:54 |
| S75 | 305 | S69 and (manuall$ near5 (query$4 or search$4)) and name | US-PGPUB; USPAT | OR | ON | 2014/07/16 15:55 |
| S76 | 0 | S69 and (manuall$ near5 (query$4 or search$4)) same (caler adj3 ID) | US-PGPUB; USPAT | OR | ON | 2014/07/16 15:56 |
| S77 | 1 | S69 and (manuall$ near5 (query$4 or search$4)) same (caller adj3 ID) | US-PGPUB; USPAT | OR | ON | 2014/07/16 15:56 |
| S78 | 88 | S69 and (manuall$ near5 (query$4 or search$4)) and (caller adj3 ID) | US-PGPUB; USPAT | OR | ON | 2014/07/16 15:58 |
| S79 | 210 | (manuall$ near5 (query$4 or search$4)) and (caller adj3 ID) | US-PGPUB; USPAT | OR | ON | 2014/07/16 16:19 |
| S80 | 2 | (manuall$ near5 (query$4 or search$4)) same (caller adj3 ID) | US-PGPUB; USPAT | OR | ON | 2014/07/16 16:19 |
| S81 | 57 | ((called adj3 party) near5 (query$4 or search$4)) same (caller adj3 name) | US-PGPUB; USPAT | OR | ON | 2014/07/16 16:21 |
| S82 | 11 | reversed ADJ2 (lookup or look-up) | US-PGPUB; USPAT | OR | ON | 2014/07/16 16:29 |
| S83 | 1062 | search$4 near5 (call$4 near5 name) | US-PGPUB; USPAT | OR | ON | 2014/07/16 16:44 |
| S84 | 88 | S83 and 379/142.$.ccls. | US-PGPUB; | OR | ON | 2014/07/16 16:45 |

| | | | USPAT | | | |
|---|---|---|---|---|---|---|
| S85 | 62 | (user adj3 search$4) near5 (call$4 near5 name) | US-PGPUB; USPAT | OR | ON | 2014/07/16 16:50 |
| S86 | 955 | enter adj3 $phone adj3 number same (search$4 or quer$6) | US-PGPUB; USPAT | OR | ON | 2014/07/16 17:06 |
| S87 | 0 | S76 and (calling adj3 name) | US-PGPUB; USPAT | OR | ON | 2014/07/16 17:07 |
| S88 | 0 | S76 and (name) | US-PGPUB; USPAT | OR | ON | 2014/07/16 17:07 |
| S89 | 40 | S86 and (calling adj3 name) | US-PGPUB; USPAT | OR | ON | 2014/07/16 17:07 |
| S90 | 0 | (manual$4 adj3 search) same (calling adj3 name) | US-PGPUB; USPAT | OR | ON | 2014/07/16 17:12 |
| S91 | 10 | (manual$4 adj3 quer$4) same (calling adj3 name) | US-PGPUB; USPAT | OR | ON | 2014/07/16 17:12 |
| S92 | 154 | reversed adj3 search$4 | US-PGPUB; USPAT | OR | ON | 2014/07/16 17:13 |
| S93 | 0 | S92 and (calling adj3 name) | US-PGPUB; USPAT | OR | ON | 2014/07/16 17:13 |
| S94 | 7 | S92 and (call$4 adj3 name) | US-PGPUB; USPAT | OR | ON | 2014/07/16 17:13 |
| S95 | 42 | S58 and automatically | US-PGPUB; USPAT | OR | ON | 2014/07/16 17:29 |
| S96 | 13 | S58 and automatically same name | US-PGPUB; USPAT | OR | ON | 2014/07/16 17:29 |
| S97 | 33 | ("20020098831" \| "20020191596" \| "20030017824" \| "20030084427" \| "20030220898" \| "20040029568" \| "20040167877" \| "20040209677" \| "20040249650" \| "20040254823" \| "20050008135" \| "20050010656" \| "20050117736" \| "20050138177" \| "20060034434" \| "20060056599" \| "20060146998" \| "5581599" \| "5999525" \| "6005927" \| "6427064" \| "6529724" \| "6535596" \| "6580787" \| "6680935" \| "6769013" \| "6782268" \| "6961420" \| "6980993" \| "7187760" \| "7526079" \| "7602892" \| "8335299").PN. | US-PGPUB; USPAT; USOCR | OR | OFF | 2014/07/16 17:29 |
| S98 | 1 | manual$ adj3 search$4 same (call$4 adj3 name) | US-PGPUB; USPAT; USOCR | OR | OFF | 2014/07/16 17:34 |
| S99 | 2694 | (search$4 or look$4 or lookup or look-up) same (call$4 adj3 name) | US-PGPUB; USPAT; | OR | OFF | 2014/07/16 19:18 |

| | | | USOCR | | | |
|---|---|---|---|---|---|---|
| S100 | 1327 | S99 and ("379"/$.ccls. or "455"/$.ccls.) | US-PGPUB; USPAT; USOCR | OR | OFF | 2014/07/16 19:18 |
| S101 | 2867 | (search$4 or look$4 or lookup or look-up) same (call$4 adj3 name) | US-PGPUB; USPAT; USOCR | OR | ON | 2014/07/16 19:19 |
| S102 | 1359 | S101 and ("379"/$.ccls. or "455"/$.ccls.) | US-PGPUB; USPAT; USOCR | OR | ON | 2014/07/16 19:19 |
| S103 | 255 | (search$4 or look$4 or lookup or look-up) same internet same (call$4 adj3 name) | US-PGPUB; USPAT; USOCR | OR | ON | 2014/07/16 19:20 |
| S104 | 86 | S103 and ("379"/$.ccls. or "455"/$.ccls.) | US-PGPUB; USPAT; USOCR | OR | ON | 2014/07/16 19:20 |
| S105 | 774 | (search$4 or look$4 or lookup or look-up) near5 (call$4 adj3 name) | US-PGPUB; USPAT; USOCR | OR | ON | 2014/07/16 19:21 |
| S106 | 437 | S105 and ("379"/$.ccls. or "455"/$.ccls.) | US-PGPUB; USPAT; USOCR | OR | ON | 2014/07/16 19:21 |
| S107 | 274 | S106 and internet | US-PGPUB; USPAT; USOCR | OR | ON | 2014/07/16 19:22 |
| S108 | 61 | (user or called or party) adj3 (search$4 or look$4 or lookup or look-up) near5 (call$4 adj3 name) | US-PGPUB; USPAT; USOCR | OR | ON | 2014/07/16 19:25 |
| S109 | 5 | "7088994" | US-PGPUB; USPAT; USOCR | OR | ON | 2014/07/16 19:28 |
| S110 | 2795 | reverse ADJ2 (lookup or look-up) | US-PGPUB; USPAT | OR | ON | 2014/07/16 20:04 |
| S111 | 95 | S110 and (input$4 or enter$4) adj3 telephone adj3 number | US-PGPUB; USPAT | OR | ON | 2014/07/16 20:04 |

7/17/2014 5:17:50 PM
C:\Users\qtran\Documents\EAST\Workspaces\14174724.wsp