Aldo A. Badini (SBN: 257086)
abadini@winston.com
James C. Lin (SBN: 271673)
jalin@winston.com
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, California 94025-4004
Telephone:   (650) 858-6500
Facsimile:   (650) 858-6550

Constance F. Ramos (SBN: 203637)
cframos@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone:   (415) 591-1000
Facsimile:   (415) 591-1400

Attorneys for Defendants
GREENFLIGHT VENTURE CORPORATION
AND JEFFREY ISAACS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WHITEPAGES, INC., a Delaware corporation, | **Case No. 3:16-cv-00175-RS** |
| Plaintiff, | |
| v. | **SUPPLEMENTAL DECLARATION OF CONSTANCE F. RAMOS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES** |
| GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual, | |
| Defendants. | |
| GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual, | Date:   November 3, 2016<br>Time:   1:30 PM<br>Dept:   Courtroom 3, 17th Floor<br>Judge:  Honorable Richard Seeborg |
| Counterclaim-Plaintiffs, | |
| v. | |
| WHITEPAGES, INC., a Delaware corporation, | |
| Counterclaim-Defendant. | |

1

Supplemental Declaration Of Constance F. Ramos In Support of Defendants' Opposition To Motion For Attorneys' Fees,
Case No. 3:16-CV-00175-RS

**SUPPLEMENTAL DECLARATION OF CONSTANCE F. RAMOS**

I, Constance F. Ramos, declare as follows:

1.     I am an attorney at law duly authorized to practice before the Courts of the State of California and I am a partner at Winston & Strawn, LLP, counsel for Defendants Greenflight Venture Corporation and Jeffrey Isaacs ("Greenflight").  I have personal knowledge of the facts herein, and if called as a witness, I could and would competently testify thereto.

2.     Attached hereto as **Supplemental Exhibit 1** are true and correct copies of webpages from Hiya.com, retrieved on July 22, 2016.  These documents supplement **Exhibit 3** (Doc. 65-4) to the October 5, 2016 Declaration of Constance F. Ramos.

3.     Attached hereto as **Supplemental Exhibit 2** are true and correct copies of September 16, 2016 email communications between Defendants' counsel, Aldo A. Badini, and Whitepages' counsel, Bryan Kohm.  These emails supplement **Exhibit 5** (Doc. 65-6) and **Exhibit 6** (Doc. 65-7) to the October 5, 2016 Declaration of Constance F. Ramos.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 6th day of October, 2016 in San Francisco, California.

/s/ *Constance F. Ramos*
Constance F. Ramos

2

Supplemental Declaration Of Constance F. Ramos In Support of Defendants' Opposition To Motion For Attorneys' Fees,
Case No. 3:16-CV-00175-RS

# CERTIFICATE OF SERVICE
## United States District Court for the Northern District of California
### Case No. 3:16-cv-00175-RS

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 101 California Street, San Francisco, CA 94111-5840. On the below date, I served the following document(s):

**SUPPLEMENTAL DECLARATION OF CONSTANCE F. RAMOS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**

by filing the document with the Federal Circuit Court of Appeals through their CM/ECF system which electronically transmitted copies of the documents listed above to the addressees as set forth below. No error messages were received after said transmissions.

| | |
|---|---|
| Bryan A. Kohm<br>Ravi R. Ranganath<br>Fenwick & West LLP<br>555 California St.<br>San Francisco, CA 94104<br>Tel:   415-875-2404<br><br>Elizabeth B. Hagan<br>Fenwick & West LLP<br>1191 Second Ave., 10th Floor<br>Seattle, WA  98101<br>Telephone:     206.389.4510<br>Facsimile:      206.389.4511 | *Attorneys for Whitepages, Inc.*<br><br>Email:  bkohm@fenwick.com;<br>Whitepages-Greenflight_Fenwick_Service@fenwick.com |

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 6th day of October, 2016 at San Francisco, California.

Signed:     /s/*Maureen Courtney*
                  MAUREEN COURTNEY