BRYAN A. KOHM (CSB No. 233276)
bkohm@fenwick.com
RAVI R. RANGANATH (CSB No. 272981)
rranganath@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:      415.281.1350

ELIZABETH HAGAN (WSBA No. 46933)
Admitted *Pro Hac Vice*
ehagan@fenwick.com
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA  98101
Telephone:     206.389.4510
Facsimile:      206.389.4511

Attorneys for Plaintiff-Counterdefendant
WHITEPAGES, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WHITEPAGES, INC., a Delaware corporation,<br><br>            Plaintiff-Counterdefendant,<br><br>     v.<br><br>GREENFLIGHT VENTURE CORPORATION, a Florida company, and JEFFREY ISAACS, an individual,<br><br>            Defendants-Counterclaimants. | Case No.: 3:16-cv-00175-RS<br><br>**DECLARATION OF BRYAN A. KOHM IN SUPPORT OF WHITEPAGES, INC.'S REPLY RE MOTION FOR ATTORNEYS' FEES**<br><br>Date:       November 3, 2016<br>Time:      1:30 PM<br>Dept:       Courtroom 3, 17th Floor<br>Judge:     Honorable Richard Seeborg |

I, Bryan A. Kohm, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the state of California and am a partner with the law firm of Fenwick & West LLP, counsel for Whitepages, Inc. ("Whitepages") in the above-captioned action. I have personal knowledge of the facts set forth in this declaration, and I am competent to testify as to those facts.

2. Defendants' Opposition to Plaintiff's Motion for Attorneys' Fees attempts to rewrite history with respect to the communications between myself and Jeffrey Isaacs. Until Winston & Strawn was retained by Defendants on or around February 4, 2016, Greenflight was not represented by counsel in this case. This is not an artificial distinction, nor a distinction even created by me. To the contrary, it was Greenflight and its counsel that stressed this distinction to me. And both Greenflight and its counsel, Fox Rothschild, consistently represented to me that Fox Rothschild's representation of Greenflight was strictly limited to the Florida case. And for that reason, I was instructed to communicate with Mr. Isaacs regarding the California case. Indeed, Fox Rothschild affirmatively declined to discuss the California case with me and informed me that Fox Rothschild was not retained by Greenflight, much less Mr. Isaacs or Ms. Petrea, with respect to the California case.

3. Any communications I had with Mr. Isaacs following Fox Rothschild's filing of the Florida complaint were limited to the California dispute. Notably, the California case was the action involving Whitepages' tort claims. No such claims were asserted in any other venue.

4. I note that Mr. Isaacs' declaration filed with this Court confirms that Defendants were not represented by Fox Rothschild for the California case and that its representation was strictly limited to the Florida case. Dkt. No. 66, ¶ 50.

5. Until Whitepages filed the present motion, Defendants and their counsel insisted that the Florida and California cases were separate.

/ / /

/ / /

/ / /

KOHM DECLARATION IN SUPPORT OF REPLY RE MOTION FOR ATTORNEYS' FEES    1    Case No.: 3:16-cv-00175-RS

6. Paragraph 57.c. of my prior declaration contained an incorrect number. Paragraph 57.c. should read as follows:

    c. Stipulation to proceed in California to present, 3/5/2016–9/16/2016: $178,778.50

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at San Francisco, California, this 12th day of October, 2016.

          /s/ *Brian A. Kohm*
             Bryan A. Kohm