NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

───────────────

**WHITEPAGES, INC.,**
*Plaintiff/Counterclaim Defendant-Appellee*

v.

**JEFFREY ISAACS, GREENFLIGHT VENTURE CORPORATION,**
*Defendants/Counterclaimants-Appellants*

───────────────

2016-2672

───────────────

Appeal from the United States District Court for the Northern District of California in No. 3:16-cv-00175-RS, Judge Richard Seeborg.

--------------------------------------------------------------------------------

**GREENFLIGHT VENTURE CORPORATION, JEFFREY ISAACS,**
*Plaintiffs-Appellants*

v.

**TRUE SOFTWARE SCANDINAVIA A.B.,**
*Defendant-Appellee*

───────────────

2017-1299

───────────────

Appeal from the United States District Court for the Northern District of California in No. 3:16-cv-01837-RS, Judge Richard Seeborg.

_____

**O R D E R**

The above-captioned appeals appear to be related.

We consolidate the cases and thus one set of briefs should be filed for the two appeals. We retain the individual captions.

Accordingly,

IT IS ORDERED THAT:

(1) The appeals are consolidated. Each of the briefs shall include the full captions of both appeals.

(2) The briefing schedule is as noted in the court's November 2, 2016 order in 2016-2672.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s32