1 | Aldo A. Badini (SBN: 257086)
  | abadini@winston.com
2 | James C. Lin (SBN: 271673)
  | jalin@winston.com
3 | WINSTON & STRAWN LLP
  | 275 Middlefield Road, Suite 205
4 | Menlo Park, California 94025-4004
  | Telephone:    (650) 858-6500
5 | Facsimile:    (650) 858-6550

6 | Constance F. Ramos (SBN: 203637)
  | cframos@winston.com
7 | WINSTON & STRAWN LLP
  | 101 California Street
8 | San Francisco, CA 94111
  | Telephone:    (415) 591-1000
9 | Facsimile:    (415) 591-1400

10 | Attorneys for Defendants
   | GREENFLIGHT VENTURE CORPORATION
11 | AND JEFFREY ISAACS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| WHITEPAGES, INC., a Delaware corporation, | **Case No. 3:16-cv-00175-RS** |
| Plaintiff, | |
| v. | **NOTICE OF CHANGE IN COUNSEL** |
| GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual, | |
| Defendants. | |
| GREENFLIGHT VENTURE CORPORATION, a Florida company, JEFFREY ISAACS, an individual, | |
| Counterclaim-Plaintiffs, | |
| v. | |
| WHITEPAGES, INC., a Delaware corporation, | |
| Counterclaim-Defendant. | |

1 | PLEASE TAKE NOTICE that Alexandra McTague hereby withdraws as counsel of record for Greenflight Venture Corporation and Jeffrey Isaacs in this action.  Counsel of record for Greenflight Venture and Jeffrey Isaacs otherwise remains the same.

Dated:  January 18, 2017

WINSTON & STRAWN LLP

By:  */s/ Alexandra McTague*
Alexandra McTague
Attorneys for Defendants
GREENFLIGHT VENTURE CORPORATION
AND JEFFREY ISAACS