# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

16-2672, 17-1299

**WHITEPAGES, INC.,**

*Plaintiff/Counterclaim Defendant - Appellee*

v.

**JEFFREY ISAACS, GREENFLIGHT VENTURE CORPORATION,**

*Defendants/Counterclaimants - Appellants*

------------------------------------------------------------------------------------

**GREENFLIGHT VENTURE CORPORATION, JEFFREY ISAACS,**

*Plaintiffs-Appellants*

v.

**TRUE SOFTWARE SCANDINAVIA A.B.,**

*Defendant-Appellee*

Appeals from the United States District Court for the Northern District of California in case nos. 3:16-cv-00175-RS, 3:16-cv-01837-RS
United States District Judge Richard Seeborg

## MANDATE

In accordance with the judgment of this Court, entered October 11, 2017, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court