UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. Soong                                                                                          General Court Number
Clerk of Court                                                                                              415-522-2000

December 28, 2017

CASE NUMBER:  16-cv-00175-RS

CASE TITLE: Whitepages, Inc. v. Isaacs

DATE MANDATE FILED:  December 28, 2017

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Federal Circuit has been filed in the above captioned case.

Sincerely,

Susan Y. Soong, Clerk

_____

by:  Gina Agustine
Case Systems Administrator
(415) 522-2087